Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of ____
_____ Division

Mr. Francisco Pastor Chaviano Gonzalez

(1) {P/aintiff(s)
Write the full no.me of each plaintiff who is filing this complaint.
ff the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and a'ttach an additional
page with the full list of names.)

-v-

Mr. Willian Jefferson (Bill) Clinton
Mr. Barack Hussein Obama II

Defendant(,)
(2)(Write the full name of each defendant who Is being sued. ff
the names of all the defendants cannot fit in the space above,
please write "see attached" in the space and attach an
additional page with the full list of names. Do not include
addresses here.)

Caso No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (checkone) ☒ Yes ☐ No

FILED BY _____ D.C.
MAR 2 3 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAJNT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### (3) NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person !mown to be a minor; or a complete financial account number. A filing may include *only:* the last four digits of a social security number; the year of an individual's birth; a·minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint Attach additional pages if needed.

| | |
|---|---|
| Name | Francisco Pastor Chaviano González |
| Address | 15149 SW 173 Terrace, |
| City / State / Zip Code | Miami, FL 33187 |
| County | Miami-Dade |
| Telephone Number | (407) 860 9511 |
| E-Mail Address | franciscochaviano@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Mr. William Jefferson «Bill» Clinton |
| Job or Title (if known) | Former President |
| Address | |
| City / State / Zip Code | |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

( ) Individual capacity    (x) Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Barack Hussein Obama II |
| Job or Title (if known) | Former President |
| Address | |
| City / State / Zip Code | |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

( ) Individual capacity    (x) Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

II. **Basis for Jurisdiction**

U der 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]," Under *Bivens* v. *Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A. Are you bringing suit against *(check all that apply):*
   (x) Federal officials (a *Bivens* claim)
   ( ) State or local officials (a§ 1983 claim)

   B.
   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Former President Bill Clinton:
1- Inform against a group of 5 activists that included a Deputy to the Cuban National Assembly and 2 officers from Department 21 who delivered information to the SINA. Clinton ordered the INS to withhold entry from the key activist who had a visa until they apprehended us.
2- Clinton ordered the FBI to implement a smear campaign against our person in Miami, making use of prominent members of exile. In this they used information from Fidel Castro instead of the abundant information they had from the Secretary of State.
3- Clinton ordered at his discretion, to sanction me extrajudicially and extraterritorially, cutting off financial ai from the Cuban Democratic Directorate and suspending any promotion of my person

Former President Barack Obama:
4- Obama forced my exile with illegal and extraterritorial intrusion, to please the Castros and their G-2, actively collaborating with them to force me to leave Cuba. He cut off my economic support, supported the traitors who attacked me sent by the G-2 and gave orders to harass me at the SINA. Similar things happened to many other compatriots. (See documentary evidence A-5, A-8, A-9 and E-1 and E-2).
5- Use the secret counterintelligence services (FBI), to execute extrajudicial and extraterritorial sanctions not only for me, but for the majority of Cuban opponents on behalf of Castro. For most, this is low-profile damage, such as preventing job promotion, but for others, the escalation includes service companies, banks, and theft of goods. (Evidence, among many others, documents **B-3, B-4, B-5, B-7, D-1 to D-5 and also all documents F, especially F-7, F-9 and F-11**)
6- Collaborate in the inoculation of serious diseases to selected Cuban opponents. This is a practice that the Castros have been accused of for a few years, both Cubans and Venezuelans, and I should say Salvadorans, in the case of former President Francisco Flores. This has been happening since the Genetic Engineering and Biotechnology laboratories were installed in Havana. What is unheard of, is that the FBI is collaborating with them in this effort after the Obama-Castro agreements until today. Here everything seems to indicate that Lt. Colonel Juan Reinaldo Sánchez, who died of an aggressive lymphoma that took him away in three months, others who have died suspiciously after the agreements, the life of an activist with very casual illnesses such as the

Pro Se

      distortion of the macula that are suffering from the creator of the Cuban Council Leonel Morejón Almagro, the former high-level Cuban diplomat Héctor G. Aguililla and the undersigned Francisco Chaviano; have been a victim of that.

7- This collaboration with the Cuban G-2 includes the murder, some in a violent way, as in the case of Dr. Darsi Ferrer Ramírez, and others using diseases as happened to Lt. Colonel Juan Reinaldo Sánchez that I quoted. There are other cases of deaths in exile due to diseases that have been reported blaming the Castros, but they forgot this Obama-Castro collaboration. In my case they have tried, but I discovered them in time, I say this because I am still breathing, but I am mortally wounded by the damage they did to me with a "respirator for altered sleep apnea" **(See C-1 to C-5; F-10 and F-12)**

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

**ARTICLE III / SECTION 3:** Breaking the law by joining their enemies, (The Castros) giving them help and protection.
**ARTICLE IV / SECTION 2**: The citizens of each State shall be entitled to all the privileges and immunities of the citizens of the other States.
**Amendment IV:** The right of the people to the security that their persons, homes, papers and effects are safe from arbitrary searches and seizures, shall be inviolable, and orders shall not be issued....
**Amendment V:** ...nor shall be deprived of life, liberty, or property without due process of law;....
**Amendment XIV / SECTION 1:** All persons born or naturalized in the United States and subject to its jurisdiction are citizens of the United States and of the State in which they reside. No State may enact or enforce any law that limits the privileges or immunities of citizens of the United States; nor may any State deprive any person of life, liberty or property without due process of law; nor deny any person under its jurisdiction equal protection of the laws.

    D.

        .Section 1983 allows defendants to be found liable only when they have acted "**under color of any staMe, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia.**" 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* **explain how each defendant acted under color of federal law. Attach additional pages if needed.**

The Constitution establishes: Everyone must follow the law. Leaders must obey the law. Government must obey the law. No one is above the law.
However, this spirit is contradicted in Bivens and we also know that presidents have some power of action under immunity, but this includes:
- Violate the United Nations Universal Declaration of Human Rights of which this country is a beacon and guide.
- Attack activists who are loyal friends to please enemies like the Castros who live to annihilate this country. That with this effort they not only facilitated the installation of atomic weapons in Cuba, but also urged Nikita Khrushchev to carry out the first atomic blow.

~~Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)~~

~~The Patriarchs of narco-terrorism in America~~ with whom they dream of bringing this country to its knees.
- The promoters of the Embargo on Cuba, who devised the Castros and forced this country to establish it. Then they have prevented it from being raised at all costs, even though they publicly say otherwise. A secret document from 1970 signed by Fidel Castro recognized these things, we delivered it to the Embassy of the United States in Havana and there it was lost.
- This presidential license includes martyring political refugees, preventing their normal development and impoverishing them. It includes giving us diseases and even murder.

III.

## III. Estatement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite aoy cases or statutes. If more than one claim is asserted, number each claim and write a short aod plain statement of each claim in a separate paragraph. Attach additional pages if needed.

It must be taken into account as a starting point, that the undersigned, Prof. Francisco Pastor Chaviano González, from 1988 to 1995 was one of the most prominent Human Rights activists. And at the same time, the opponent who hit the communist regime of Fidel Castro the hardest (with the exception of the Cuban Pro-Human Rights Committee for being the genesis). As a sample synthesis, I list: My collaboration in the defection of a high-level Cuban diplomat; the outstanding work on the "disappeared" Cubans; the comic and burlesque art to the figure of the tyrant that I sponsored; the promotion of aid programs for the opposition in general in 1991, 92 and 93; the trajectory of complaints presented to the Office of the Attorney General of the Republic and the Council of State; having in our ranks a Deputy to the National Assembly and the work he did for our cause; having the collaboration of two officers from Department 21 of the G-2 and collaborating with General Patricio de la Guardia Font a few years after he was in prison. My work hurt Fidel Castro so deeply that he personally set a trap for me, for which he used the two highest-ranking officials of his government team: the then Vice President and Secretary of the Council of State, Carlos Lage Dávila and José M. Millar Barruecos respectively and both failed in their efforts. Details of all of the above can be found in (Theme A) that we accompany. Hence the magnitude of the rancorous hatred that the Commander in Chief dedicated to me, because I ridiculed him like no one else in Cuba and I won the game over and over again, to the point of deciding to pay for it being the US government itself that charge, as shown in Topics A, B, C, D, E and F that accompany this claim with abundant evidence.

Former President Bill Clinton took office in January 1993 with a dream: "Resolve the dispute with Cuba by lifting the embargo", and several presidents had tried before and received Castro's discouraging rudeness as a response. They had this experience as a base, but apparently Clinton thought that by entertaining the Commander with some gifts, they would change their position and he used us to indulge his vindictive vanity. It cannot be specified whether we were a gift, or a bargaining chip, but time has revealed what he gave us so that Castro would allow him to "Lift the economic embargo." With this determination, Clinton ordered that

our compatriot Juan Carlos González Vázquez's visa be withheld for five months, as he was a key player in the case, as described in (Issue A) and they waited for us all to be jailed. The documents that can corroborate this are, in addition to the Cuban G-2, the Secretary of State, the INS, and as an exceptional witness the diplomat Christofer Sibila. Also, the testimony of Juan Antonio Blanco Gil, at that time an official of the Cuban MINREX, who participated in these negotiations as a liaison for the Kingdom of Norway, mediator in this attempt to lift the embargo and is a witness to the absolute will of Clinton who guaranteed Cuba that he would veto the Helms-Bolton Act if it passed. However, the Castros deceived him, to finally shoot down the planes of Brothers to the Rescue and promote the approval of the aforementioned law. We also have important witnesses who can corroborate what I write here.

In 1995 Clinton, pursuant to the agreement with Castro, ordered the FBI to carry out a punishment plan against me. With this effort, the FBI instructed Orlando Gutiérrez Boronat, who presided over the Cuban Democratic Directorate and was my representative, to spread false discrediting information against me and apparently, coupled with this, they congratulated him with a Grants. Despite the fact that the Secretary of State had abundant information that contradicted what they were doing and spreading. But Clinton was not interested in the information they had, but rather in fulfilling his agreement with Castro, which, in its first paragraphs, consisted of discrediting me and cutting off my economic aid, a task that Gutiérrez Boronat undertook during the second half of the 1990s. Ninoska also Pérez, apparently deceived by the FBI, spread this false information on her radio program. That they only checked against the interests of the Cuban G-2, as demonstrated by our ruling in Case 132 of 95 of the Provincial Court of Havana, which today has become a boomerang, since it demonstrates what we are exposing. Hence, it is very suspicious that this document has disappeared from our physical file in paper and digital format, of which I accuse the FBI, which has stolen dozens of documents from me both via the Internet and by physically entering my home. This practice is demonstrated in documents B-3, B-4, B-5 and E-3. It is striking that this action corresponded only to the claims of Fidel Castro and that they continued to contribute to it, even after the shooting down of the Brothers to the Rescue planes. We have witnesses to all this who will be able to testify to it.
So, there is enough evidence to ensure that: There was a Clinton-Castro agreement where the president of the United States not only handed us over to be imprisoned, but also promised to take extrajudicial reprisals that have greatly damaged my person and family. It is possible that other people were included as a target in this agreement but I have no knowledge of it. However, it is clear that, by handing me over to the Castros, they also handed over several of my compatriots, inflicting serious harm on: Augusto Cesar San Martín Albistur, sentenced to (17 years in prison), Juan Carlos González Vázquez (8 years), Abel Del Valle (3 years); to Pedro Labrador (1 year) and to whom Francisco Chaviano González (15 years) signs. Our relatives, who must be compensated for this cause, were also seriously affected by extension. This is a crime of flagrant violation of Human Rights executed against a practicing activist, they do not prescribe and have international jurisdiction. President Clinton had no right to do what he did, he does not have presidential prerogatives to violate Human Rights, because with this he violates the very essence of the Constitution of this country.

I was sentenced to 15 years in prison, which they made me serve in its entirety, with the double sanction, Castro's and Clinton's, working secretly behind my back. When I was released, I resumed the strength that characterizes me, placing myself among the most active opponents, but also the most betrayed and attacked. This was enhanced by the inauguration of Barack Obama as president a little over a year after my freedom. Obama not only resumed the path of Clinton, but went further: The doors began to close for the opponents and open for the Castros, who gave money in abundance, gave them to the spies, put the FBI and the CIA at their orders through the Obama-Castro agreements and thereby facilitated the assassination of several opponents, starting with Orlando Zapata Tamayo, Laura Pollán, Osvaldo Payá, Harol Cepero and others. The list of those sanctioned extrajudicially like me was extended, the generality with a lower profile, but some equal or greater: As is the case of Dr. Darsi Ferrer Ramírez, who was assassinated in his office with the

participation of the FBI, at least as accomplice if not that they were executors; I demand that this case be reopened and investigated.

In my case, the extra-penal sanction was reinforced, if Clinton put me in Castro's prison, Obama banished me. He started by cutting off all my avenues of financial support to the point of having to go back to family charity. They began to attack me on three fronts: The traitors of the opposition, the G-2 and the FBI, as shown in the documents (A-5, A-8, A-9 and E-1) corresponding to the conspiracy in front of the embassy where all three parties participated, the harassment inside the Embassy A-8, the suspension of all foreign support A-9 among these there was an email from the NED (Felipe) telling me that they were pressuring him to leave me (this was stolen by the FBI), F-1 and my departure from Cuba where the two parties used the cabal numbers of Fidel Castro, with which they have been pestering me since I fell into prison until today and they are: 7,13,14 and 26 They also use a lot the dates of my imprisonment May/7, the one of the conspiracy in front of the embassy December/8 and December/10 day of the Universal Declaration of Human Rights of the UN (see them in E-3 and the documents of both parties referring to my departure from Cuba E-1 and those of the INS in E-2 constitute shameful evidence).

Since I arrived in this country they have been attacking us everywhere: The betrayal of those who are supposed to help us continues Theme A; in the economic aspect Topic B, they do not let you progress, they prevent any promotion, they create problems for you with as many companies and banks as possible to make you unstable (See B-1 to B-10 and F-11 some with various documentary evidence such as B- 7 consisting of 9 subdocuments); in Theme C health, they are making us sick to shorten our lives, in my case I have a distortion in the macula that is leaving me blind as well as other opponents. I recently discovered that they were giving me a heart attack through a breathing apparatus, a murder in the garb of natural death; and many physicians do not abide by the Hippocratic Oath (See C-1 through C-5). Theme D includes the sabotage of our "Editorial Pluma Libre" and its books "Long is the night" by the writer Frank Correa, a work awarded with the Franz Kafka prize and "La evasión suicida" of my authorship. Testimonial novel that gathers the drama of the Straits of Florida and Cuban prisons. Added to this is the harassment and violation of privacy Thematic E, whose manipulative practices have led the exiles to fight and collaborate with the Castros. Finally, Theme F. Full of complaints and claims to the authorities, be it the FBI, Police, Congressmen, Federal Prosecutors and Judges; all thrown as if on deaf ears.
I know that the FBI follows orders, but also that it has compromised the main leaders by smearing them in the filth, including Angel de Fana. Also the Hispanic Television Stations that have lent themselves to inappropriate things, the radio that has my phone number circulated and eliminates my calls, the main Hispanic newspapers and even the featured Youtubers who apparently have told them something. All of them very critical of CNN and the big press, which they call complacent and it's not that they are missing the truth, but that they fall into the same and even worse. Because these are collaborating with him, on the opposite: Bill Clinton and Barack Obama. I know that they have been deceived and blackmailed, but also bribed because that is the imprint of the Counterintelligence Services. Cuban Senators and Congressmen are not left out, nor are mayors or judges. But when it comes to Homeland, love and ethics must prevail over the offense that I will forgive. I call on you to rectify your missteps in supporting the Clinton-Castro and Obama-Castro agreements, with which you have been collaborating to this day. In other words, they have been collaborating with the Castros and their G-2, through the FBI, but that does not exempt them from being a traitor. I offer them the benefit of the doubt, on the assumption that they have deceived them, but this is valid only if they break with Clinton, with Obama and with their FBI; to start doing their duty

I know that I am the tip of this Iceberg, but what you see is a very small percentage of the volume. Presidents have certain prerogatives, but these cannot include selling out human rights activists or taking the hand of the enemy tyrant to help him swing the whip of punishment, as Clinton did against our group. And then Obama expanded with his ignominious deal with Castro. That's where Darsi Ferrer, Leonel Morejón, the group of 75

in full, came in, there are also some from the old exile, like Ramón Saúl Sánchez, Salvador Romaní Orúe and the National College of Journalists of Cuba in Exile and so many others whose case I do not know and perhaps not even they themselves know that their misadventures stem from that Obama-Castro agreement. That's not the worst, but the fact that President Biden act dirty in the Obama agreement and he is close to establish a new one. That he has not been able to execute him due to the events that have taken place in Cuba. However, as soon as he can, he will, because the extreme left in Congress demands that he return to Obama's path and go further. This will mean expanding the list of people to subjugate, the Castros will compile the registry of the slaves who fled and who were or are harmful to them. They will deliver the list to the FBI, and these modern-day ranchers of the 21st century will take care of rounding up the runaway slaves. There is no mercy for the rebels who raised their hands to the communist master, to the modern trap, as virtual as it is fatal, where they will purge their fault until they satisfy the despot's rancor.

I demand that the Clinton-Castro negotiation be declared a crime against humanity and the punitive actions taken on US soil as an illegal, extra-penal abuse and compensation according to the severity of the damage, to those affected by this aforementioned group and their families. Likewise, declare the Obama-Castro agreements as a spurious act and illegal extrajudicial punishment against Cuban human rights activists and opponents and compensate those harmed; whether Ramón Saúl Sánchez, Salvador Romaní Orúe, the Association of Cuban Journalists in Exile, the Group of 75 and the opponents who entered the country during the Obama administration according to the elements that can be presented: Documentary evidence cannot be claimed, but elements of credible doubt such as too much time without being promoted at work, etc.

I also declare that I am a fervent supporter of ending the Embargo and the Blockade suffered by the Cuban people on the Island and in exile for more than 60 years. I know that everyone, except the Castros and their henchmen, long for the end of this tragedy conceived with great malice and treachery to impose it on us by disrupting the roles of victim and victimizer. The Castros were the criminals who stole our Homeland and with it, the interests of all Cubans, put an end to our roots, customs and traditions; as well as with our loves and hopes. Presidents Clinton, Obama and Biden are wrong: The current law on this issue is correct. It is the Castros who have to return the freedoms and rights to all Cubans, including the wrongfully confiscated properties, even if only the foundations remain.

A. **Where did the events giving rise to your claim(s) occur?**

**Those that took place under the government of Bill Clinton, in relation to the handover to the Castros, well, in Cuba naturally. But the extrajudicial sanctions occurred in Miami, shortly after the judicial process that followed us in Havana in 1995 ended, taking as good the assertions of the Cuban G-2 who could not prove a single word of what they said. To this trial that took place before a Western Military Court on April 15, 1995, they took me drugged: it was behind closed doors, they did not let the American diplomats enter, who also had the tires of the car punctured. However, Clinton took Castro's infamies for good despite having abundant information about it, which contradicts everything accepted as true. The extrajudicial sanction consisted of unofficially defaming me by various means and cutting off all help. Most of it, executed after the Castros shot down the planes of Brothers to the Rescue. That's how sordid the Clinton Castro business was!**

**B. What date and approximate time did** the events giving rise to your claim(s) occur?

The generality of the events that are claimed occurred in the USA from our departure from Cuba on June 14 / 2012, and from this date to the present day. Documents are dated.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

G-2 and the FBI-INS that prove the existence of the Obama-Castro agreements, which have lasted over time during these 10 years, which is evident in the E-1 documents, E-2 and E-3
- The attack on two trucks belonging to my son's Corporation
- The attack against my Corola car in September/1917, the penetration into my home to steal my contract with Wells Fargo, replacing it with an altered one, and the collusion with all those who participated, including the lawyer, as evidenced by evidence B-3, B-4, B-5 and B-6.
- The attack on the National College of Journalists of Cuba in Exile (CNP) collected in Court Sentence, document B-7, which includes a protest at Banco Regions. Here is also added the robbery of our office and CNP funds in the aforementioned Bank.
- The murder of our compatriot Dr. Darsi Ferrer Ramírez in his office in Wes Palm Beach one day before the airing of his channel "DarTV"
-Aggressions of all kinds against numerous compatriots in exile: some low-profile, such as charging Roberto de Miranda double the established rent in his building, located at 2 NW and 12 Ave.
- Aggressions with diseases that we exposed at the beginning in 6 and 7

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My wife has lost the salary difference from the first job she had, the damage of not being able to revalidate her title and what she has earned, a difference that exceeds $600,000 in these 10 years, as much for me, more than a million to my son for the attack on his trucks. They would add around 2 and a half million dollars in family losses.
And beyond, what we have all had to suffer. The damage to our vision, the injury to my heart from the attempt to kill me with the ventilator altered to aggravate my sleep apnea and give me a heart attack. And what about the 15 years I was in prison? And the damage to so many compatriots that the Obama-Castro has generated? The damage they have done to us is truly incalculable. But worst of all, is that it took place in this country, which has been a beacon and guide to the world, the cradle of public freedoms and human rights. Therefore it is a crime against humanity.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

---

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes: If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To begin with, put an end to the Obama-Castro, declare null and void any agreement that has been reached.
Then restore to life as much as possible all those affected. Other compensation I leave in your hands.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with

Page 10 of

the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/23/2022

Signature of Plaintiff

Printed Name of Plaintiff: Francisco Pastor Chaviano González

B. **For Attorneys**

Date of signing: _____

Signature of Attorney

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

                                            *City          State          Zip Code*

Telephone Number _____

E-mail Address _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)