A-5

## *CELADA DE LOS SERVICIOS SECRETOS DEL OBAMA-CASTRO CONTRA ACTIVISTA SACRIFICADO POR CLINTON Y OBAMA*

## OBAMA-CASTRO SECRET SERVICES ENTRANCE AGAINST ACTIVIST SACRIFICED BY CLINTON AND OBAMA





At this point in the 2nd frame, a brawl occurred that was edited by the Cuban Political Police. They hatched a provocation from Gómez Manzano to provoke my physical aggression. But I limited myself to accusing the traitor of being an agent of the G-2 and the aggression occurred on his part.

A-5



Altercado en las proximidades de la SINA en #Cuba

La primera reyerta la omitieron, porque no fue como ellos esperaban. La segunda la toman de forma que no se vea lo que ocurrió como se aprecia en el marco negro. La filmación se ejecutó con las cámaras instaladas en los postes del alumbrado que controla el G-2.



Altercado en las proximidades de la SINA en #Cuba

La reyerta duró pocos segundos y acaba de concluir en ese instante. La imagen vuelve a ser visible y el guardia ya está ahí. Es una conjura manipulada además como es evidente.



Altercado en las proximidades de la SINA en #Cuba

Los conjurados y yo, el opositor más traicionado. Ninguno de ellos tiene problemas en este país, a pesar de su abultado expediente de colaboraciones con el G-2. Yo sí, porque soy uno de los más odiados por Fidel Castro. Pero aquí también los hay que sin el menor pudor se prestan a colaborar con los Castro si se los pide el FBI.

**Asunto:**   Re: SOLICITUD IMPORTANTE

**De:**       Francisco Chaviano (chavi_glez@yahoo.com)

**Para:**     MonserrateJF@state.gov;

**Fecha:**    Lunes, noviembre 21, 2011 2:41 P.M.

Joaquin:
Sin, más que reportar, yo traigo mi carpeta ordenada por día, de manera que la muchacha que trabaja en internet no tiene ni que preguntarme, ella busca la carpeta que tiene la fecha del día y me la pasa sin preguntar. El jueves antes pasado Geidy me dijo que no estaba la carpeta del día, me quede sorprendido porque estaba seguro que la trafa. Me tuve que retirar antes de tiempo para poder acudir a otro lugar y enviar ese día los trabajos que precisaba, revisé en mi maquina por si hubo algún error operativo y elimine la carpeta después de lista enviándola a la papelera, pero nada, no estaba allí. Al siguiente lunes día 14, volvi6 a repetirse la operaci6n, desapareci6 la carpeta del día. El jueves 17 ocurri6 lo mismo, pero yo traía una carpeta de seguridad oculta en otro mes y con otra fecha, por lo que pude recuperar los documentos.
Hoy no se volvi6 a repetir, la carpeta solo perdió la fecha del día, pero los trabajos estaban dentro. En el día de hoy Geidy, me llam6 antes de revisar las memorias porque estaba preocupada.
En cuanto usted disponga nos vemos.
Saludos
Chaviano


**De:** "Monserrate, Joaquin F (Havana)" <MonserrateJF@state.gov>
**Para:** Francisco Chaviano <chavi_glez@yahoo.com>
**Enviado:** Viernes, noviembre 18, 2011 10:42 A.M.
**Asunto:** RE: SOLICITUD IMPORTANTE

Hola Chaviano – Nos vemos la semana que viene. IHa reportado las carpetas que desaparecen?

This email is UNCLASSIFIED.

**From:** Francisco Chaviano [mailto:chavi_glez@yahoo.com]
**Sent:** Thursday, November 17, 2011 3:38 PM
**To:** Monserrate, Joaquin F (Havana)
**Subject:** SOLIC::ITUD IMPORTANTE

Joaquin:
Yo no quisiera importunarle en nada, pero a cada rato me pasan cosas y mas cosas nuevas y no hay para cuando acabar.
En mis últimas tres visitas a esta secci6n para internet, entregue mi memoria como de costumbre en la entrada y cuando llegó al Eleonor Roosevelt, faltaba la carpeta en las tres ocasiones (en la última pude recuperarla porque traía una copia de seguridad). Durante este afio me han estado sucediendo tantas cosas como estas y otras mucho peores que me han hecho mucho daño. La cosa ha llegado a un punto, en que mi percepci6n (no aseguro que así sea) es de que me encuentro entre dos fuegos el gobierno cubano y ustedes que son los que más me afectan y es muy doloroso para mí. La cosa es hasta tal punto, que estoy pensando seriamente en que me tengo que retirar total o parcialmente de la política y dedicarme a otra cosa o no sé, pero no es posible vivir entre dos fuegos.

Imprimir

Le pido encarecidamente que me atienda alguien para conversar el problema de forma civilizada, a modo de encontrar yo un espacio para ver qué puedo hacer y tomar una decisión en cuanto a que voy a hacer. Esto es imprescindible para mí, porque tengo que ponerme de acuerdo con alguien, y con mi enemigo histórico no será.

Le ruego atienda este pedido y me contacte para este encuentro el día, hora y lugar que ustedes entiendan.

Saludos.

Chaviano.

## TRANSLATION

Joaquin:

Yes, more than reporting, I bring my folder organized by day, so that the girl who works on the internet doesn't even have to ask me, she looks for the folder that has the date of the day and passes it to me without asking. Last Thursday before Geidy told me that the day's folder was not there, I was surprised because I was sure it was traffic. I had to withdraw early to be able to go to another place and send the jobs I needed that day, I checked on my machine in case there was any operational error and deleted the folder after I sent it to the trash, but nothing, it wasn't there . The following Monday, the 14th, the operation was repeated, the folder for the day disappeared. On Thursday the 17th the same thing happened but I brought a hidden security folder in another month and with another date, so I was able to recover the documents.

Today it did not happen again, the folder only lost the date of the day, but the works were inside. Earlier today, Geidy called me before going through the reports because she was worried.

See you as soon as you have. Greetings

Chaviano

-------------------------------------------------------------------------------------------------------

Hello Chaviano -- See you next week. Have you reported the missing folders?

Joaquin:

I wouldn't want to bother him at all, but every so often new things happen to me and more and there's no time to finish.

In my last three visits to this section for the internet, I handed in my memory as usual at the entrance and when I arrived at the Eleonor Roosevelt, the folder was missing on all three occasions (on the last one I was able to recover it because it had a backup copy). During this year so many things like these have been happening to me and much worse things that have hurt me a lot. Things have reached a point where my perception (I am not sure it is) is that the Cuban government and you are caught between two fires, since you are the ones that affect me the most and it is very painful for me. The thing is to such an extent that I am seriously thinking that I have to totally or partially withdraw from politics and dedicate myself to something else or I don't know, but it is not possible to live between two fires.

I strongly urge you to see someone to talk to me about the problem in a civilized way, so that I can find a space to see what I can do and make a decision about what I am going to do. This is essential for me, because I have to come to an agreement with someone, and it won't be with my historical enemy. Please attend to this request and contact me for this meeting on the day, time and place that you understand.

Greetings.

Chaviano.

http:/le1:mg3.mail.yahoo.com/neo/launch?.rand=cui76rrb00h7d          21/11/2011

**E-1**

### Evidencias de la acción coordinada Obama-Castro / Evidence of coordinated Obama-Castro action



En Abril 30/2012 me contactaron de la SINA (Embajada de EE.UU) para informarme que tenían una fecha de vuelo especial donde viajaríamos solo mi esposa y yo, para el día **Mayo/13**. Y me preguntaban si yo podía viajar ese día. Le respondí que sí – preguntó entonces si ya tenía la Tarjeta Blanca – le respondí que me la entregaban el viernes día 4. Ah si no la tienes no, dijo y le repliqué – Otro día será y colgué el teléfono. Pero de inmediato entró una llamada del oficial del G-2 a cargo de mi caso. Me preguntó por mis trámites, le conté sobre lo que había pasado y me replicó : – ¿Cómo que no la tienes?, ve a recogerla mañana temprano que el Jefe de Inmigración te la va a entregar. Y así fue. He hecho este cuento muchas veces para destacar que estaban oyendo la conversación. Pero la verdad es que hoy me doy cuenta que era una acción coordinada de la SINA y el G-2 para patentizar su pacto Obama-Castro, creo que la fecha de vuelo no existía, pero sí querían destacar la relación de **fechas 13 y 14 en la salida, como ya tenía el pasaporte cubano y ahora le han dado a mi pasaporte USA nueve, años después.**

E-1

**TRANSLATION:** On April 30/2012 I was contacted by the SINA (US Embassy) to inform me that they had a special flight date where only my wife and I would travel, on **May / 13**. And they asked me if I could travel that day. I answered yes - then he asked if I already had the White Card - I answered that they gave it to me on Friday the 4th. Oh, if you don't have it, no, he said and I replied - Another day will be and I hung up the phone. But immediately a call came in from the G-2 officer in charge of my case. He asked me about my paperwork, I told him about what had happened and he replied: - Why don't you come early tomorrow morning that the Head of Immigration is going to give it to you. So it was. I have done this story many times to emphasize that they were hearing the conversation. But the truth is that today I realize that it was a coordinated action of the SINA and the G-2 to patent their Obama-Castro pact, I think the flight date did not exist, but they did want to highlight the relationship between <u>dates 13 and 14 at the exit, as I already had a Cuban passport and now they have given my US passport nine years later.</u>



E-2/1

# El (I.N.S.) en el OBAMA-CASTRO



**Naturalization Interview Results**

**USCIS Form N-652**

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

A-Number ▶ A- 025424101

On 09/17/2020 , you were interviewed by USCIS officer BABILONIA, B.

☐ You passed the English test and the U.S. history and government test.

☐ You passed the U.S. history and government test and you are exempt from the English language requirement.

☐ USCIS granted your request for a disability exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.

☒ You will have another opportunity to be tested on your ability to ☐ speak ☐ read ☐ write ☒ understand English.

☐ You will  have another opportunity to be tested on your knowledge of  U.S. history and government.

☐ You did not pass the second and final test of your ☐ English ability ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.

☐ Follow the instructions on Form N-14, Request for Additional Information, Documents, or Forms.

☐ USCIS will send you a written decision about your application.

**A)** ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified of when and where to report for your naturalization ceremony.

**B)** ☒ **A decision cannot be made yet about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.

2. Attend any scheduled interview.

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above.  Include your full legal name, Alien Registration Number (A-Number), and a copy of your Form N-652.

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of  this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

**NOTE:** Be advised that under section 336 of the Immigration and Nationality Act (INA), you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

E-2/2



### Naturalization Interview Results

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

USCIS
**Form N-652**

A-Number  ▶  A- 025424101

On 12/08/2020 _____ , you were interviewed by USCIS officer VILLELA, A. _____

☒ You passed the English test and the U.S. history and government test.

☐ You passed the U.S. history and government test and you are exempt from the English language requirement.

☐ USCIS granted your request for a disability exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.

☐ You will have another opportunity to be tested on your ability to   ☐ speak  ☐ read  ☐ write  ☐ understand English.

☐ You will  have another opportunity to be tested on your knowledge of U.S. history and government.

☐ You did not pass the second and final test of your  ☐ English ability  ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.

☐ Follow the instructions on Form N-14, Request for Additional Information, Documents, or Forms.

☒ USCIS will send you a written decision about your application.

A) ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified of when and where to report for your naturalization ceremony.

B) ☒ **A decision cannot be made yet about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.

2. Attend any scheduled interview.

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above.  Include your full legal name, Alien Registration Number (A-Number), and a copy of your Form N-652.

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of  this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

**NOTE:** Be advised that under section 336 of the Immigration and Nationality Act (INA), you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.



THE UNITED STATES OF AMERICA

No. 42629904

CERTIFICATE OF NATURALIZATION

*Personal description of holder as of date of naturalization:*

*Date of birth:* MARCH 07, 1953

*Sex:* MALE

*Height:* 5 *feet* 05 *inches*

*Marital status:* MARRIED

*Country of former nationality:* CUBA

*USCIS Registration No:* A025 424 101

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

_____
*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* MIAMI, FLORIDA

*The Secretary having found that:*

FRANCISCO PASTOR CHAVIANO GONZALEZ

*residing at:*

HOMESTEAD, FLORIDA

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

U.S. CITIZENSHIP AND IMMIGRATION SERVICES

*at:* MIAMI, FLORIDA        *on:* MARCH 26, 2021

*such person is admitted as a citizen of the United States of America.*

*U. S. Citizenship and Immigration Services*

DEPARTMENT OF HOMELAND SECURITY

E-2/3

E-2/4



## Notas esclarecedoras.

Comienzo destacando una evidencia no presente, pero que si está en los registros del INS y es que el USCIS Officer BABILONIA, B. me atendió en la ventanilla 5 con Villela parado detrás de él. Tres meses depués el USCIS Officer VILLELA, A. (Encargado de esta encomienda) me recibió en la ventanilla 7 y estos numeros son la fecha de mi encarcelamiento en Mayo 7/1994 y en el 26 aniversario de este suceso. ¿Parece enfermiso esto? Si lo es, pero no de mi parte, sino de la política Obama-Castro, que más que enferma es homicida pues además de procurarme un infarto cardiaco con el respirador alterado, me están cohibiendo verme con un cardiólogo para atender el daño que me hicieron. Y sigue la comedia, vean la cita del Officer Villela, A. Diciembre 8, aniversario de la agresión que me hicieran frente a la SINA y que luego colgaron en YouTube en dia Diciembre 10, para burla de los Derechos Humanos a los que dediqué mi vida. Me extienden la ciudadanía con fecha 26 – el numerito preferido de Fidel Castro – y finalmente, el pasaporte con los numeros de fecha 13 y 14 (Como ya vimos en **E-1**, secuencia de la colaboración Obama-Castro para desterrarme, consignada en pasaporte cubano, trámites de vuelo y luego en pasaporte USA). Tambien queda claro, que todo lo que sucedió con mi ciudadanía, estuvo sujeta a la utilización de estas fechas y números con los que me han estado hostigando durante casi 30 años, llevándome a celdas de castigo con estos números. Espero que estos números, más que tales, se puedan interpretar como la amenaza que yo veo en ellos cuando se usan puntualmente y que fuera de esto, no tengo adversión por ellos.

## Enlightening notes. /Translation. (Aún no está revisada)

I begin by highlighting evidence that is not present, but is in the INS records, and that is that USCIS Officer BABILONIA, B. attended me at window 5 with Villela standing behind him. Three months later, USCIS Officer VILLELA, A. (In charge of this assignment) received me at window 7 and these numbers are the date of my imprisonment on May 7/1994 and the 26th anniversary of this event. Does this look sick? Yes, it is, but not from me, but from the Obama-Castro policy, which is homicidal rather than sick, because in addition to giving me a heart attack with the altered respirator, they are inhibiting me from seeing a cardiologist to treat the damage they did to me. . And the comedy continues, see the quote from Officer Villela, A. December 8, anniversary of the aggression they made against me in front of the SINA and that they later posted on YouTube on December 10 to make fun of the Human Rights to which I dedicated my life . They extend my citizenship with date 26, the favorite number of Fidel Castro and finally the passport with numbers dated 13 and 14 (As we already saw in E-1, sequence of the Obama-Castro collaboration to banish me, consigned in Cuban passport, paperwork of flight and then in USA passport). It is also clear that everything that happened to my citizenship was subject to the use of these dates and numbers with which they have been harassing me for almost 30 years, taking me to punishment cells with these numbers. I hope that these numbers, more than such, can be interpreted as the threat that I see in them when they are used punctually and that apart from this, I have no dislike for them.

**B-3/1**

**EVIDENCE OF FORGERY OF DOCUMENT, FORCE THE DOOR OF THE HOME AND ENTER TO STEAL THE ORIGINAL COPY ON PAPER SUPPORT AND INTRODUCE IT WITH THE BLANK SPACES (See B-4 and B-5).**

**EVIDENCIA DE FALSIFICACIÓN DE DOCUMENTO, FORZAR LA PUERTA DEL DOMICILIO Y PENETRAR PARA ROBAR LA COPIA ORIGINAL EN SOPORTE DE PAPEL E INTRODUCIR ESTA CON LOS ESPACIOS EN BLANCO (Ver B-4 y B-5)**

Florida documentary stamp tax required by law in the amount of $64.75 has been paid or will be paid directly to the Florida Department of Revenue. Certificate of Registration #94-1347393

**Wells Fargo Bank, N.A.**                                    **LOAN AND SECURITY AGREEMENT**

Reference: 20152024500027                              **Account: 457-457-2832836-0001**

Borrower Name: FRANCISCO P CHAVIANO
Co-Borrower Name:
Loan Amount: 18,477.00

In this Loan and Security Agreement (the "Agreement"), the words "you" and "your" refer to each Borrower and Co-Borrower who signs this Agreement. The words "Bank," "we," "our," and "us," refer to Wells Fargo Bank, N.A., and its successors and assigns. Each person who signs this Agreement will be individually bound by its terms and will be directly liable to the Bank for the entire amount owed.

**Promise to Pay** You promise to pay us the total of the principal loan amount of $18,477.00 plus interest, fees, charges, expenses, and all other obligations due under this Agreement or any instrument securing this Agreement.

**Payments** You will pay this loan by making payments of principal and interest in 72 monthly installments of $299.41 beginning on 09-07-2015 and continuing until 08-07-2021 at which time all unpaid principal, accrued interest and any other fees and amounts owed and remaining unpaid shall be immediately due and payable.

You will make your payments in United States funds, payable to us, at the address provided on your periodic statement. You understand that there may be a delay in posting a payment to your Account if it is sent to a different address, and that the date payments are credited to your Account may vary depending upon the location and/or method of your payment. You will need to allow adequate time for your payments to reach us.

You may prepay this loan in full or in part at any time without penalty. If you make a partial prepayment it will be credited to your account, but there will not be any change in your scheduled payment amounts or due dates unless we have agreed in writing to such a change.

**Optional Pre-Authorized Electronic Payment (ACH) Authorization** ☑ If checked, you will provide us with a voided check, and your signature on this Agreement authorizes Wells Fargo Bank, N.A., to take each payment due including any additional charges you owe on your Account, such as late charges, past due payments, returned payment fees, collateral protection insurance, Wells Fargo Guaranteed Asset Protection Plan fees associated with this loan or other amounts then owing under this Agreement from your account number 2095782989 located at WELLS FARGO. This authorization will remain in effect until all amounts due under this Agreement are paid in full, we notify you of the revocation or you notify us that you wish to revoke your authorization and we are given a reasonable opportunity to act on your request. You may revoke this authorization by sending a written notice to Wells Fargo Auto Finance, P.O. Box 29704, Phoenix, AZ 85038-9704, or by calling us at 1-800-55WELLS (1-800-559-3557), TDD: use relay service.

**Security Interest** To secure the payment and performance of all obligations under this Agreement, and any extensions, renewals or modifications hereof, you grant us a security interest in the property described below, together with any parts, accessories, repairs, replacements, improvements and accessions to the property and all proceeds and products from the property.  Proceeds include anything acquired upon the sale, lease, license, exchange or other disposition of the property.  You also give us a security interest in any proceeds or refunds related to any insurance, service contract or other product we finance for you.  All of the property, proceeds, and other items that you give us a security interest in, are referred to collectively herein as "Collateral."

Reference: 20152024500027                  Account: 2836                    **BANK COPY**
                                                                                                          1/15
NA-8000 Loan & Security Agmt. CDP.V2 (05/2015)                              Document Processed 07-24-2015 11:08:43


0101-000319481712-01

**B-3/2**

## COLLATERAL DESCRIPTION

| NEW/ USED | YR. MODEL | MAKE TRADE NAME | MODEL | VIN# OR SERIAL# OR L.D.# |
|-----------|-----------|-----------------|-------|--------------------------|
| U | 2015 | TOYOTA | COROLLA | 2T1BURHE8FC255401 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Lienholder for this account is:** Wells Fargo Bank, N.A., P.O. Box 53439, Phoenix, AZ 85072.

The Collateral is currently located at 2211 75TH AVE SW
MIAMI, FL 33155-1418

Notwithstanding anything to the contrary in any other agreement between you and us, this Agreement is secured only by a security interest in the Collateral, and we hereby disclaim any security interest under this Agreement in property other than the Collateral created by another security agreement between you and us. This disclaimer does not affect our deposit account right of setoff reserved in any deposit account agreement between you and us.

THIS SPACE INTENTIONALLY LEFT BLANK

Reference: 20152024500027          Account: 2836

NA-8000 Loan & Security Agmt, CDP.V2 (05/2015)

BANK COPY
2/15
Document Processed 07-24-2015 11:09:44



0101-000319481712-02

**B-3/3**

**Interest**

Interest will be calculated on the unpaid principal balance of this loan at an annual rate of 5.140%, (the "Interest Rate") subject to the following:

> You received a discount of 0.350 percentage point(s) that is included in your Interest Rate. You received this discount because you currently have a qualifying Wells Fargo consumer checking account, and you agreed to provide pre-authorized electronic payments each month from a Wells Fargo checking or savings account. If your pre-authorized electronic payments from a Wells Fargo checking or savings account are discontinued for any reason, you will lose this discount and your Interest Rate will increase by 0.350 percentage point(s), resulting in a corresponding increase in your APR. Any Interest Rate change will be effective immediately and will remain in effect for the remaining term of this Agreement.

Interest will begin to accrue on the date the principal is advanced. Interest will accrue on the unpaid principal balance of this loan until it is paid in full. Interest is calculated based on the actual number of days elapsed in a 365-day year (or 366-day leap year). Interest accrues after maturity on the same basis as interest accrues before maturity. The finance charge you owe will be less if you pay early and more if you pay late. The amount of your final payment will depend on your payment record. To the extent that any fees or amounts are added to the principal balance, they will thereafter bear interest at the contract rate, and you agree to pay this interest. Payments will be applied to amounts you owe in the order we choose, which may vary from time to time without notice to you.

THIS SPACE INTENTIONALLY LEFT BLANK

Reference: 20152024500027

NA-8000 Loan & Security Agmt. CDP.V2 (06/2015)

Account: 2836

**BANK COPY**
3/15
Document Processed 07-24-2015 11:09:44



0101-000319481712-03

**B-3/4**

## NOTICE TO CONSUMER.

You understand that:

- **CAUTION — IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS AGREEMENT (INCLUDING THE REVERSE SIDES OF ALL PAGES) BEFORE YOU SIGN IT, EVEN IF OTHERWISE ADVISED.**

- **You should not sign this Agreement if it contains any blank spaces.**

- **You are entitled to an exact copy of this and any other agreement that you sign.**

- **You have the right to prepay the unpaid balance due under this Agreement at any time without penalty.**

- **You may not use any portion of this loan to pay post-secondary education expenses, or to refinance/consolidate any loan that you incurred for such purposes.**

- **The Collateral may be subject to repossession without prior notice to you. If it is repossessed and sold, and all amounts due to us are not received in the sale, you may have to pay the difference.**

- **To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identified each person (individuals and businesses) who opens an account.**

  - **What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.**

THIS SPACE INTENTIONALLY LEFT BLANK



0101-000319481712-06

BY SIGNING BELOW, YOU AGREE THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS OF THIS AGREEMENT, INCLUDING THE TRUTH IN LENDING DISCLOSURE STATEMENT AND ARBITRATION AGREEMENT.  YOU ALSO ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS AGREEMENT PRIOR TO SIGNING.

X _____               _____7/24/15_____
Borrower  FRANCISCO P CHAVIANO                        Date

X _____               _____
Co-Borrower                                           Date

**THIRD PARTY SECURITY AGREEMENT:  For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned, as Owner or Co-Owner of the Collateral, grants us a security interest in the Collateral.  The undersigned also agrees to the terms of this Agreement, except that the undersigned will not be personally liable for payment of amounts owed under this Agreement.  The undersigned further agrees that we may, without notice to or demand upon the undersigned, extend, renew, or modify this Agreement one or more times, or release any party or collateral without releasing the undersigned from their obligations under this Agreement.**

_Ana B- Aguililla Saladrigas  2211 sw 75 Ave, Miami, Fl 33155_
Name and Address of Owner/Co-Owner (type or print)

X _____               ____7/24/2015____
Signature of Owner/Co-Owner                            Date

THIS SPACE INTENTIONALLY LEFT BLANK


0101~000319481712-07

**B-4**

WELLS FARGO                                                                              Miami, May 28, 2018
FINANCIAL DEPARTMENT
Reference: 20152024500027
Account: 457-457-2832836-0001
Borrower Name: Francisco P. Chaviano

This is to request a correction in the reference account heading this letter for the 2015 Toyota Corolla
VIN (2T1BURHE8FC255401) which was crashed into a political attack dated 09/10/17 while still owed $
12,473.84. The GEICO insurance payed $ 9,336.66 according to the appraisal value of the property,
leaving a balance of $ 3,137.18 that was supposed to be covered by the GUARANTEED ASSET
PROTECTION. However, GAP claimed that its agreement was with the financial SOUTH EAST TOYOTA
FINANCE and was canceled after WELLS FARGO purchase, who Must have agreed a new depreciation
contract for mileage.

When I reviewed the WELLS FARGO contract (written in Spanish), I see that it is consigned to fully
assumed financial responsibility for the vehicle or property (which they call collateral) and insisted again
and again in several paragraphs of the contract, any Financial commitment on the Corolla Auto
Reference was assumed by WELLS FARGO. With the contract in hand I went to the branch of the bank
located at 17401 SW 97 Ave, Miami FL 33157, in November, my visit being registered and the official
who assisted me. I showed her what was established in the contract, she called the corresponding
Financial Department and put me in talks with the person in question. The conversation was not the
usual one of attention to a client, where the official tries to explain with the corresponding technicality
or leaves you waiting to make inquiries. In fact, there was nothing to explain because everything was
very clear: "Wells Fargo was in the obligation to assume the difference." The official limited himself to
saying no, that they did not assume anything, and that I had to pay for everything. It was worthless my
request to him to see the paragraphs of the contract in question. His behavior was obviously malicious,
presumably he expected my call and had orders to follow. I ended up telling him that I would move the
matter to my lawyer.

Sometime later I found that someone had changed the document, all the references mentioned above
were missing now, they had deleted them, leaving blank spaces: they deleted them in my email in the
copies that I sent to the GAP when managed his payment, also in a scanner that I made with my phone
of this document and the copy that I had in paper support in my room. In the same way the document
was altered in English: my copy disappeared, I went to find another one at the branch located at 5880
SW 40 St, Miami FL 33155, where the initial transaction was made and there they gave me a copy of the
central bank files identically altered. This action is usually widely used by intelligence and
counterintelligence: the mail and the phone is done by entering the Internet, which is also a crime, but it
is much more serious when an address is entered by forcing the door to execute the action, as it
happened. There are evidences that this fact took place: My visit registered in the branch of 17401 SW
97 Ave, the recording of the finance official, others that I reserve myself and the document itself with
unjustified empty spaces as they are (in the English version): the sheets 2/15 and 3/15 (the paragraphs
of the 3rd one fit in the 2nd and they could save a sheet, the blank spaces of the sheets 6/15 and 7/15,
the same, the signatures of the 7th fits in the 6th and save another page. In short, the only justifiable is
the blank space of 11/15 by the box that follows it. Nobody makes a document with so many blanks.
In addition, this document is not unique, but many people today have a printed pattern with which they
developed the refinancing documents and each of them is proof that the document has been falsified.

**B-4**

So, the evidence accusing Wells Fargo, as responsible for these acts to penetrate illegally in my mail and telephone with the intention of committing a scam of $ 3,137.18 against me, burglary my house and accomplice of the attack that made me. This is part of other facts that I do not enunciate, that have done a lot of psychological damage to my person and family. For all of this I will be suing you for one million dollars of compensation for damages, to which will be added the loss of the Bank's credibility for such things.

I know there are the hands of the Cuban G-2 behind all this, putting the face of others that collaborate with their image of credibility and respect (undeserved because who does these things is simply a criminal, even if dressed as a policeman). I would be willing to excuse them adducing that everything happened without their acknowledgment and assuming that they entered their files and altered them, as they did in my mail, telephone and home. Immediately afterwards, they should accept what is fair, consider the debt to be defrayed, return the money that they charged me unduly, and the matter can be concluded.

Otherwise, you assume responsibility for the crimes that I indicated to you, the complicity with the previous ones and the subsequent ones that may occur. This will make the costs of compensation continue to rise and I will not give up on this effort, no matter how powerful they are, Fidel Castro was much more powerful than you, and with my perseverance I opened the hurricane where the hatred paid by the execution of these facts that we are dealing with. Do not doubt it, I will go to the last consequences! I do not care if they kill me, I thought I was dead long ago. But if that happened, you would be involved with Cuban intelligence and those in this country who collaborate instead of fighting them as is their duty, because they are sponsors of terrorism and enemies of the United States. UU

While waiting for the correct judgment of the fact, sanity and human probity to prevail, I remain attentively.

Francisco P. Chaviano González
20560 SW 93 Ave, Cutler Bay, FL 33189
Phone: (407) 860 9511 Email: franciscochaviano@gmail.com



Delivered to the official Edilia Ramos.
He said he could not sign the receipt.

Acceptance of receipt in branch
Located at 5880 SW 40 St, Miami FL 33155everything happened behind their backs, that, in these cases,

**B-5**



Wells Fargo Bank, N.A.
Consumer Credit Solutions
Executive Office
PO Box 14544
Des Moines, IA 50306
Fax 1-877-243-3589

June 7, 2018

Francisco P. Chaviano
20560 SW 93rd Ave.
Cutler Bay, FL 33189-3239

Subject: Response to the recent inquiry
Account number ending in 2836-0001
Case number: 136855045

Dear Francisco Chaviano:

We are writing in response to your recent concern forwarded to us about your Wells Fargo auto account above. We appreciate the opportunity to address the concerns that have been raised and apologize for the inconvenience you have experienced. We have waived the remaining balance due on the account that would have been paid by Guaranteed Asset Protection (GAP) and have refunded you the amount of $1,497.05 that was paid after the total loss date, which will be sent under separate cover. Below is important information you need to know.

**What you need to know**

- Please be advised when an account is refinanced from any lender and there was GAP on the previous loan that it does not transfer to the new loan. We apologize as this information was not relayed to you at the origination of the loan.

- We have since implemented a change in our loan originations procedure to accommodate the GAP insurance disclosures.

- As of June 6, 2018, your account will reflect as paid in full closed.

**Contact information**

If you have questions, you can call me at 1-844-576-6424, extension 24828, Monday through Friday from 7:00 a.m. to 7:00 p.m. Pacific Time.

If you have a hearing or speech disability, we accept telecommunications relay service calls.

Thank you.

© 2017 Wells Fargo Bank, N.A. All rights reserved.

**B-5**

Sincerely,

Danesa Sovereign

Danesa Sovereign
Research and Remediation Analyst
Executive Office

## COMPONENDA DEL OBAMA-CASTRO PARA DIEZMAR MI ECONOMÍA

El día 10/9/2017 el agentes del FBI, Gregorio Castriz, realizó un atentado contra mi vehículo Corola 2015 cuando me encontraba parado en la señal de Windmill Gate Rd, NW 67th Ave, Miami Lake. Me acompañaban: mi hijo Joel Chaviano y su amiga María C. Goicolea. El vehículo en cuestión nos golpeó por detrás a toda velocidad, dio marcha atrás se volvió a impulsar y nos volvió a chocar, repitiendo la operación tres veces. Nos clavó en el vehículo de adelante que por ser más alto no recibió daño, mientras que el nuestro tuvo baja total. Cuando fuimos al Banco Wells Fargo con el contrato en la mano para que asumiera el sobre millaje, este se negó a cumplir lo estipulado.

Acudí al abogado que estaba llevando mi caso, Dr. Keith A. Goldblum de COHEN AND COHEN, P.A, para que tomara acción. Pero contrario al normal proceder, este me eludió, no me recibió ni copió el documento, alegando que lo vería después que terminara mi terapia. Para entonces, ya me habían cambiado el documento que tenía en soporte de papel y también las copias digitales de Internet y los escánceres que le había hecho. Volví al abogado, con la copia alterada a la que le quitaron numerosos párrafos donde se abordaba el compromiso referente de Wells Fargo, quedando espacios vacíos como se puede ver en las páginas 2, 3 y 4 de la evidencia (La 4 corresponde a la 6 del documento). Pero el Dr. Goldblum estaba en la componenda delictiva y se negó a una demanda de robo con fuerza en vivienda habitada, falsificación de documento y estafa. Me vi obligado a actuar solo, presente mi reclamo al Banco como se puede ver y este reconoció la falta disculpándose y asumiendo su responsabilidad, como se puede ver en B-4 y B-5.

**TRASLATION:** OBAMA-CASTRO COMPONEN TO TITHE MY ECONOMY

On 9/10/2017, FBI agents, Gregorio Castriz, carried out an attack on my 2015 Corola vehicle when I was standing at the Windmill Gate Rd sign, NW 67th Ave, Miami Lake. I was accompanied by: my son Joel Chaviano and his friend María C. Goicolea. The vehicle in question hit us from behind at full speed, reversed, propelled again and hit us again, repeating the operation three times. It nailed us to the vehicle in front of us, which, being higher, received no damage, while ours suffered a total loss. When we went to the Wells Fargo Bank with the contract in hand to assume the over mileage, it refused to comply.

 I went to the attorney who was handling my case, Dr. Keith A. Goldblum of COHEN AND COHEN, P.A, to take action. But contrary to normal behavior, he eluded me, did not receive me or copy the document, claiming that he would see it after my therapy was over. By then, they had already changed the document that I had on paper and also the digital copies of the Internet and the scanners that I had done. I returned to the lawyer, with the altered copy from which numerous paragraphs were removed where the Wells Fargo commitment was addressed, leaving empty spaces as can be seen on pages 2, 3 and 4 of the evidence (4 corresponds to 6 of the document). But Dr. Goldblum was in the criminal deal and refused a claim of burglary in an inhabited dwelling, document forgery and fraud. I was forced to act alone, I submitted my claim to the Bank, as you can see, and the latter acknowledged the fault, apologizing and assuming responsibility, as you can see in B-4 and B-5.

**B- 7**

National Journalist Association of Cuba in Exile
      Plaintiff(s)

IN THE CIRCUIT COURT FOR THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

vs

CIRCUIT CIVIL DIVISION

Eladio Jose Armesto
Jose Luis Pujol
      Defendant(s)

Case No   17-000821-SP-25

## DEFAULT FINAL JUDGMENT

THIS CAUSE having come on to be heard on July 21, 2017, upon the Plaintiff's Motion for

Judicial Default, and the Court having heard argument and being otherwise duly advised in the

premises, the Court hereby makes the following findings

1.  Mr. Jose Luis Pujol passed away on March 15, 2017 and is no longer a party in this

    matter  The Court hereby dismisses this claim as to Defendant Jose Luis Pujol

2.  Mr Eladio Jose Armesto was served on June 2, 2017 and failed to file a responsive

    pleading to this claim

3.  Mr  Eladio Jose Armesto did not appear before the court on July 21, 2017

It is therefore ORDERED

1.  A default in entered herein against Defendant Eladio Jose Armesto for failure to file a

    responsive pleading herein   The claim of $5,000 for the value of the stolen goods is

    hereby GRANTED

2.  The claim for injunctive relief is GRANTED  Mr. Eladio Jose Armesto can no longer

    represent (i) himself as a director or member of the National Journalist Association of

    Cuba in Exile in any capacity, and (ii) the English and Spanish entities are one and the

    same  The rightful directors and the only individuals with the authority to act on behalf of

    the National Journalist Association of Cuba in Exile are its Dean Salvador Romani Ortiz

    and those elected in 2017 as per the Association's documentation

**B- 7**

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 07/28/17

LINDA DIAZ
COUNTY COURT JUDGE

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION NUMBER  12

THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES

Judge's Initials  LD

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file

Copies furnished to:
Eladio Jose Armesto
7233 Loch Ness Dr
Miami Lakes, FL 33014

**B- 7**

**Miembros del Colegio Nacional de Periodistas se presentan ante el Banco Regions para pedir cuentas por el robo de sus ahorros. La comitiva demandante, estuvo encabezada por su decano Salvador Romaní Orúe.**





B- 7

# AGRESIÓN DEL OBAMA-CASTRO AL COLEGIO NACIONAL DE PERIODISTAS DE CUBA EN EL EXILIO (CNP).

Un día a finales de 2016, cuando el decano Salvador Romaní Orúe fue a entrar a la oficina del Colegio Nacional de Periodistas de Cuba en el Exilio (CNP), resultó que habían cambiado la cerradura. Se personó entonces ante el Gerente del Teatro Artime sito en 900 SW 1st Street, Miami, FL 33130 en cuya Suite 200 radica esa cede. Este apenado le dijo, que había recibido una llamada de la Oficina del Alcalde, por entonces Tomas Regalado, y le dijeron que permitiera pasar al Sr. Eladio J. Armesto al recinto. Este señor se personó con un cerrajero abrieron la puerta y se llevó numerosas propiedades, entre otras: una caja de pines con un valor de poco más de $3,000. dólares y $500 más de caja chica; los expedientes de los miembros y el Estandarte del (CNP). Se llamó a la policía, que levantó acta y también acudió la prensa que hizo su reporte.

Unos días después se repitió una escena similar cuando el Decano, fue a entrar a la cuenta del CNP en el Banco Regions, el acceso a la misma estaba a nombre del citado Sr. Armesto. Por este motivo se personó una comisión de miembros a quien el Gerente explicó, que el citado señor, se personó allí con unos papeles del Registro de asociaciones de Tallahassee, donde él figuraba como decano, razón por la cual le entregó todo lo referente a la cuenta del (CNP). Le ripostamos que eran documentos falsos y que el Banco había violado el protocolo establecido por lo que tenían responsable malversador de nuestros fondos a su cuidado. Llevamos el asunto a la Corte del 11no Circuito donde las Juez Linda Díaz, falló a nuestro favor en 07/28/2017. Pero todo siguió igual, era una burla, las leyes no existían para nosotros como muestra este ejemplo: Po cos meses después por el correo llegó para el (CNP) un donativo de $500 del gobierno, el decano Romaní lo depositó en la cuenta del (CNP) y al siguiente día la policía fue a buscarlo a su casa y lo llevó esposado a la Unidad. No creo que nadie se atreva a negar que tras estos hechos está una mano muy poderosa que como ya es conocido y por demás hemos probado aquí con todas las evidencias aportadas, se trata del FBI cumpliendo con las órdenes del Obama-Castro.

**TRANSLATION: OBAMA-CASTRO'S AGGRESSION TO THE NATIONAL ASSOCIATION OF CUBAN JOURNALISTS IN EXILE (CNP).**

One day at the end of 2016, when dean Salvador Romaní Orúe went to enter the office of the National Association of Cuban Journalists in Exile (CNP), it turned out that the lock had been changed. He then appeared before the Manager of the Artime Theater located at 900 SW 1st Street, Miami, FL 33130 in whose Suite 200 that headquarters is located. This saddened man told him that he had received a call from the Office of the Mayor, Tomas Regalado at the time, and they told him to allow Mr. Eladio J. Armesto to enter the premises. This man showed up with a locksmith, they opened the door and took numerous properties, among others: a box of pins with a value of just over $3,000. dollars and $500 more in petty cash; the files of the members and the Banner of the **(CNP)**. The police were called, who made a report and the press also came and made their report.

A few days later a similar scene was repeated when the Dean went to enter the CNP account at Banco Regions, the access to it was in the name of the Mr. Armesto. For this reason, a commission of members appeared, to whom the Manager explained that the aforementioned gentleman appeared there with some papers from the Tallahassee Registry of Associations, where he appeared as dean, which is why he handed over everything related to the account of the (CNP). We replied that they were false documents and that the Bank had violated the established protocol for which they had embezzler responsible for our funds in their care. We took the matter to the 11th Circuit Court where Judge Linda Díaz ruled in our favor on 07/28/2017. But everything remained the same, it was a mockery, the laws did not exist for us as this example shows: A few months later a donation of $500 from the government arrived for the (CNP), the dean Romaní deposited it in the account of the ( CNP) and the next day the police went to look for him at his house and took him handcuffed to the Unit. I don't think anyone dares to deny that behind these events there is a very powerful hand that, as is already known and we have also proven here with all the evidence provided, is the FBI complying with the orders of Obama-Castro.

**B-8.1**

## OBAMA-CASTRO EN UBER

**AEROPUERTO DE MIAMI / 6 horas de espera, todo estuvo normal hasta que me tocó mi turno./ MIAMI AIRPORT / 6 hours of waiting, everything was normal until it was my turn.**



## GANANCIAS SEMANALES EN UBER / WEEKLY EARNINGS IN UBER



**B-8.2**



Ingresos semanales

**B-8.3**

≡          **UBER**

Ahora tienes una sección de ingresos semanales para hacer un seguimiento detallado. La información de pago sigue disponible en la sección Resumen de pago

| Ingresos semanales | Resúmenes | | Anterior | Jul 16 - 22 | Jul 23 - 29 | Jul 30 - Aug 5 |

INGRESOS TOTALES

# 533,46 $

| 52 | 54 h 35 m | 99% | 2 |
|---|---|---|---|
| VIAJES COMPLETADOS | HORAS CONECTADO | ÍNDICE DE ACEPTACIÓN | CANCELACIONES DEL CONDUCTOR |

≡          **UBER**

Ahora tienes una sección de ingresos semanales para hacer un seguimiento detallado. La información de pago sigue disponible en la sección Resumen de pa

| Ingresos semanales | Resúmenes | | Anterior | Jul 16 - 22 | Jul 23 - 29 | Jul 30 - Aug 5 |

INGRESOS TOTALES

# 464,36 $

| 42 | 47 h 59 m | 96% | 2 |
|---|---|---|---|
| VIAJES COMPLETADOS | HORAS CONECTADO | ÍNDICE DE ACEPTACIÓN | CANCELACIONES DEL CONDUCTOR |

≡          **UBER**

Ahora tienes una sección de ingresos semanales para hacer un seguimiento detallado. La información de pago sigue disponible en la sección Resumen de pa

| Ingresos semanales | Resúmenes | | Anterior | Jul 16 - 22 | Jul 23 - 29 | Jul 30 - Aug 5 |

INGRESOS TOTALES

# 501,97 $

| 44 | 40 h 48 m | 100% | 2 |
|---|---|---|---|
| VIAJES COMPLETADOS | HORAS CONECTADO | ÍNDICE DE ACEPTACIÓN | CANCELACIONES DEL CONDUCTOR |

**B-8.4**

| Pendiente | 6 de agosto de 2018 | 501 97 $ | Ver resumen |
| Pagado | 30 de julio de 2018 | 464,36 $ | Ver resumen |
| Pagado | 23 de julio de 2018 | 533,46 $ | Ver resumen |
| Pagado | 16 de julio de 2018 | 607 13 $ | Ver resumen |
| Pagado | 9 de julio de 2018 | 834 40 $ | Ver resumen |
| Pagado | 2 de julio de 2018 | 719 70 $ | Ver resumen |
| Pagado | 25 de junio de 2018 | 725 65 $ | Ver resumen |



UBER Ingresos del socio

AYUDA   FRANCISCO CHAVIANO GONZALEZ ˅

EXTRACTOS DE PAGO   PAGO AL INSTANTE   INFORMACIÓN FISCAL   BANCA

Francisco Chaviano gonzalez
4.86 ★★★★★
MI PERFIL

Ingresos semanales   Resúmenes

Ayuda
Cerrar sesión

| Procesando estado | Termina el | Pago total | Ver | |
|---|---|---|---|---|
| Pendiente | 13 de agosto de 2018 | 16,04 $ | Ver resumen | ⬇ Descargar CSV |
| Pendiente | 6 de agosto de 2018 | 501,97 $ | Ver resumen | ⬇ Descargar CSV |
| Pagado | 30 de julio de 2018 | 464,36 $ | Ver resumen | ⬇ Descargar CSV |
| Pagado | 23 de julio de 2018 | 533,46 $ | Ver resumen | ⬇ Descargar CSV |
| Pagado | 16 de julio de 2018 | 607,13 $ | Ver resumen | ⬇ Descargar CSV |
| Pagado | 9 de julio de 2018 | 834,40 $ | Ver resumen | ⬇ Descargar CSV |
| Pagado | 2 de julio de 2018 | 719,70 $ | Ver resumen | ⬇ Descargar CSV |

**B-8.5**

UN DIA NORMAL PARA UN SUV-LUX / NO TIENEN NADA QUE VER CON MI DIA A DIA

| Fecha/Ho | Tarifa Base | | Dist. | Tiem. | Propina | T. Espera | Peaje | Total |
|---|---|---|---|---|---|---|---|---|
| 04:28 PM | UberX | 0,77 | $12,85 | $4,64 | | $0,83 | $2,10 | $ 21,19 |
| 05:29 PM | LUX SUV | 3,60 | $17,17 | $18,20 | | $1,23 | | $ 40,20 |
| 06:15 PM | UberXL | 1,60 | $7,77 | $5,09 | $5,00 | | | $ 19,46 |
| 06:44 PM | Lux | 1,80 | $3,54 | $4,34 | $5,00 | | | $ 14,68 |
| 07:13 PM | UberXL | 1,60 | $3,02 | $1,98 | | $0,18 | | $ 6,78 |
| 07:27 PM | UberXL | 1,60 | $16,48 | $6,70 | | | | $ 24,78 |
| 08:55 PM | UberXL | 1,60 | $2,46 | $4,16 | | $0,01 | | $ 8,23 |
| 09:15 PM | UberX | 0,77 | $3,70 | $1,44 | | $0,03 | | $ 5,94 |
| 09:34 PM | UberXL | 1,60 | $2,06 | $2,59 | | | | $ 6,25 |
| 10:35 PM | UberX | 0,77 | $1,53 | $1,05 | | | | $ 3,35 |
| 11:35 PM | UberX | 0,77 | $5,04 | $2,12 | | $0,31 | | $ 8,24 |
| 12:20 AM | UberXL | 1,60 | $4,35 | $1,90 | | | | $ 7,85 |
| **3 de agosto de 2018** | | | | | | | | **$166,95** |

Como se podrá observar, los viajes de categoría mayor (En amarillo) ese día del incidente con el supuesto usuario, fueron el doble de los Uber X, a contrapelo de lo usual que para mí que es uno o dos por cada diez. Para un observador que no haya vivido o mas bien padecido el hostigamiento del G-2 cubano, pudiera creer que es casual; pero no, ellos no les dan oportunidad a las casualidades. Forma parte del juego caustico y tiene un mensaje que dice: **"Los viajes buenos no existirán para ti, solo los irrentables que conducen a la ruina que te queremos llevar".**

As you can see, the trips of higher category (In yellow) that day of the incident with the alleged user, were twice the Uber X against the usual ones, that for me is one or two for every ten. For an observer who has not lived or rather suffered the harassment of Cuban G-2, he could believe that it is coincidental; but no, they do not give chance to coincidences. It is part of the caustic game and has a message that says: **"Good trips will not exist for you, only the unprofitable ones that lead to the collapse that we want to take you."**

**B-8.6**



UBER

1455 Market St
San Francisco, CA 94103
Uber Tax ID Number: 45-2647441

Francisco Chaviano

Tax Summary for 2017

Thanks for driving with Uber in 2017. Below is a breakdown of your earnings over the year that may help you file your taxes

| Driving Totals | 4750 | 47599.44 |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |

| Your Gross Earnings | Expenses, Fees and Tax | Your Net Payout |
|---|---|---|
| Total Trip Earnings from Uber plus any other additional earnings | Expenses, Fees and Tax. For a complete breakdown, please refer to Table 1 on page 2 | Not for tax filing purposes. This amount represents what was paid in your bank account. |
| Gross Trip Earnings + $ 49969.09 | Expenses, Fees and Tax - $ 13937.56 | Net Trip Earnings $ 35107.18 |
| Total Additional Earnings + $ 161.48 | | Reimbursements: Tolls, Airport Fees and Surcharges + $ 1085.83 |
| $ 50130.57 | $ 13937.56 | = $ 36193.01 |

This is not an official tax document. Uber does not offer any tax advice.
Check with a tax professional or go to t.uber.com/tax for more information

**B-8.7**

# Hostigamiento en aeropuerto MIA



**D / 1**

# TEMA: D    " SABOTAJE DE LIBRO"

**1- Introducción:**

"La evasión suicida". Es la historia de un lanchero, atrapado y encarcelado en Cuba, que luego escapa de la Prisión Combinado del Este de forma espectacular. Es una obra de acción que lo hace ameno por sus constantes tribulaciones. Un testimonio, complementado con otros muchos recurrentes que, cual caja china, describen el drama de los **"desaparecidos"** en el Estrecho de la Florida. El autor, se ocupó de esta temática desde finales de la década de los años 80. Entre otros creó y dirigió un movimiento de balseros en la Prisión de Quivicán. También fundó y presidió el Consejo Nacional por los Derechos Civiles en Cuba, cuya secretaría de "Desaparecidos" realizó una encomiable labor en el tema: Recopilaron y certificaron más de 250 casos de desaparecidos, entrevistando a los sobreviviente en los casos que los hubo y (o) a los familiares, que aportaron las generales y fotos del sepultado en el Estrecho de la Florida.

**TRANSLATION:** "Suicidal evasion." It is the story of a boatman, trapped and imprisoned in Cuba, who later escapes from the Combinado del Este Prison in spectacular fashion. It is a work of action that makes it enjoyable for the constant tribulations of him. A testimony, complemented by many other recurrent ones that, like a Chinese box, describe the drama of the "disappeared" in the Straits of Florida. The author dealt with this issue since the late 1980s. Among others, he created and led a movement of rafters in the Quivicán Prison. He also founded and chaired the National Council for Civil Rights in Cuba, whose secretariat for "Disappeared" carried out a commendable work on the subject: They collected and certified more than 250 cases of disappearances, interviewing the survivors in the cases that occurred and ( o ) to the next of kin, who provided the generals and photos of the person buried in the Straits of Florida.

**Evidencia D-1**

**2 - Editorial española Ribadeo.** Esta obra "La evasión suicida" es tal vez la novela más saboteada de la historia. Dio sus primeros pasos en esta Editorial española donde también sufrió su primera traición.



Las muestra de sabotaje que se exponen son sólo dos como muestra, pero son muchas más. Las que se exponen, entresaca fragmentos de la "Política de pies secos pies mojado" y la ponen como si fuera la "Ley de Ajuste Cubano" para desacreditar al autor. La segunda es una repetición de texto. En otra de la página32 que no se expone, falta un fragmento grande de varios párrafos y parte del diálogo del autor principal con uno de los viajeros náufragos (Más de media página).

**D / 2**

## Evidencia D-2

error de los acuerdos migratorios de 1994. En otra oportunidad fue el guardacostas quien frustró sus planes, hasta que por fin logró su propósito en 1997. Llegó a tierra de la libertad a la edad de 25 años, escapando asi del abominable régimen de servidumbre comunista. Al llegar a Norteamérica, se puso a trabajar con ahinco.

Llevaba 5 años y se iba lejos; pero no podia olvidar a su pais, que odiaba y amaba a la vez: lo primero, por todos los años de padecer y lo segundo, porque habia dejado alli a sus seres más queridos: sus hijos, su esposa, sus padres y otros familiares; también los amigos, la gente, las costumbres y tradiciones.

La separación de su familia le agobiaba el alma. ¿Qué sentido tenia estar alli sin ellos? Sufría demasiado por esta causa; era preciso reunirtarlos: traerlos donde él estaba... ¿pero cómo? Por entonces, un amigo le habló de unas lanchas que se dedicaban a sacar familiares de Cuba a cambio de $8000 por persona. Él, por supuesto, no contaba con aquella suma; pero se atrevió a lo mismo y pronto halló un modo de resolver su problema. Se enroló en esta labor: primeramente tendría que dar algunos viajes para luego poder sacar a los suyos, y asi lo hizo. Ya su esposa, sus hijos y otros parientes vivian a su lado en Miami; pero en este lance, el término cogiéndole el gusto al tráfico de personas, y comenzó a dedicarse a esta actividad. Era ... a la vez que un medio de vida ... una aventura que sentia como patriótica, cosa que no es un criterio unicamente suyo, sino más bien general entre los cubanos dedicados a esta tarea. Y no les falta cierta razón, pues la emigración en Cuba ha tenido un marcado matiz político a partir de 1959.

El Gobierno de Castro comenzó a considerar enemigos a los que se iban: el que lograba escapar, no podia volver ni de visita, y al que atrapaban en el intento, lo sancionaba a prisión desde hasta veinte años y más en algunos casos; encima, les imponia un estatus de paria que los relegaba social y laboralmente. La población cubana se vio obligada a romper todo tipo de vinculos con el familiar que abandonaba el pais, al cual se lo tildaba de gusano.

Basado en estos motivos, el 2 de nov de 1966 fue promulgada la "Ley de Ajuste Cubano" en EEUU, que concede asilo politico a cual-

quier cubano que llegue a este pais. Estos acuerdos estipulan que las personas capturadas en el mar serán devueltas a su hogar de origen sin sanción (excepto los casos politicos que se tema el incumplimiento) de este precepto por parte de la Habana), mientras que los que llegan a tierra se acogen a la Ley de Ajuste)

En el año 1979 comenzó a permitirse la visita a la isla de algunos exiliados. Los gusanos se convirtieron en mariposas, tras una metamorfosis que los transformó de traidores a traer dólares.

Ocurre una explosión social, la gente empieza a meterse en las embajadas con la intención de emigrar, lo que da al traste con el éxodo masivo de 1980.

En ésta década se modera la sanción por salir del pais, fijándola en el rango de uno a cinco años, más la exclusión social. Por esos años, comenzó una propaganda para la opinión internacional según la cual, se trata de una emigración económica, pero internamente continúan considerándolos enemigos.

Con el derrumbe del Campo Socialista en 1990, en Cuba se desata una crisis económica y social política. Como consecuencia, se abultan drásticamente las salidas clandestinas en balsas rústicas y con ello, la tragedia de muertes en el Estrecho de la Florida. Surge "Hermanos al Rescate" como pañativo de esta tragedia: pilotos del exilio cubano sobrevolaban las aguas del estrecho en busca de balseros. Esto trajo consigo lo que se dio en llamar "Crisis de los Balseros" y con ello, un nuevo éxodo masivo de miles de personas, que culminó con los Acuerdos Migratorios de 1995 entre Cuba y Estados Unidos.

De acuerdo con ello, se estableció la politica de (pies secos, pies mojados)... tras estos Acuerdos (1995) la Ley de Ajuste Cubano ello trajo también algunos cambios que atenuaron la represalia a la discriminación de los que tratan de salir clandestinamente del pais, incluido el no encarcelarlos como regla. Pero el articulo punible contra las Salidas Ilegales del Territorio Nacional sigue vigente y suele aplicarse caprichosamente cuando al Gobierno le conviene. Esto hizo que disminuyera la emigración furtiva en balsas rústicas, al punto de extinguirse, dada la

poços metros, penetrando en ella a toda velocidad. La vegetación, bastante tupida, se le interrumpía su andar, a lo que se sumó el terreno pedregoso y algo escarpada. Ante tal dificultad para avanzar lo suficientemente de prisa, y ponerse fuera del alcance de sus perseguidores, optó por esconderse en una hendidura que encontró entre las rocas. Los dos guardias se pararon en la franja desierta del arrecife por donde Edel habia penetrado en la maleza; uno de ellos deria al otro con voz engolada.

¡Está alli escondido

Pero el otro, con acento oriental, le reconvino temeroso, asegurando:

No, nague, no, ese se perdió en el monte.

¡Que e'tá alli te digo - replicó aspirando la p, y acto seguido lanzó una piedra que dio cerca de donde se encontraba Edel Beltrán. e insistió con su peculiar metal de voz:

¡Oye, nague, que se metió por allí!

Y volvió a lanzar un guijarro hacia el fugitivo que trataba de penetrar más en la hendidura de la roca. Las piedras redondeadas por la erosión del mar, picaban muy cerca y alguna que otra lo golpeó de rebote. Por fin, dejo de lanzarlas y ambos quedaron alli discutiendo, pero no se atrevían a entrar. Aunque no lo dijeron, ambos eran conscientes de que en la enmarañada espesura de la vegetación, se hacian vulnerables. El tiempo fue pasando sin que los dos guardias fronterizos decidieran nada en concreto; quedaron alli hablando y como en vigilia sobre el lugar. El cansancio terminó por vencer a Edel Beltrán: agotado por tantos días en el mar, sin saber cómo ni cuándo, se quedó dormido.

Al despertar, se asustó, habia amanecido y temia que lo vieran al menos nicamente que hiciera fuera de su escondite. Con mucho cuidado, se volteó y se asomó ligeramente a fin de ponerse al tanto de la situación.

Recogió unos arbustos para avanzar la cabeza lo más protegida posible y por fin pudo echar un vistazo hacia el lugar en que estuvieron los guardias, pero no estaban alli. Se incorporó con cautela y oculto tras una piedra, inspeccionó detenidamente el lugar. Para su sorpresa,

no se encontraban por todo aquello.

Decidió entonces adentrarse en la espesura del monte. Caminó por la escarpada ladera de suelo pedregoso, muy modesto para andar y empezó ladear la pequeña colina tras la cual encontró un bajío por el que se internó. La tupida vegetación se componía principalmente de manigle, pero también había otros arbustos y yerbas muy duras por lo ambiente sajino y resultaba agresiva con la piel que no estuviera cubierta, arañando y rasgando, motivo por el cual convirtiéndose en una molestia e inservible compañía. Edel avanzaba constantemente, pero sin apuros, así llegó una pequeña elevación y luego otra, más de vegetación profusa.

Se detuvo al llegar a una cima, pues desde ella se podía distinguir la autopista al sur de la ladera ... de donde a más de cincuenta metros y con una inclinación de pasaría a los 45° ... que corría paralela a la Via Blanca. Alli, procuró dejo tras unas malezas, se detuvo a observar prolijamente el lugar y sus alrededores, a modo de cerciorarse de que no habia guardias en la zona. Luego de un rato, algo anómala le llamó la atención, más abajo y a medio camino, un hombre joven y vestido trabajaba regularmente en aquel lugar, desde donde evidentemente cuidaba la carretera. Edel lo observándolo detenidamente, hasta que cayó en la cuenta de que era uno de sus compañeros conscientes de que en la enmarañada espesura de la vegetación se hacían vulnerables. El tiempo fue pasando sin que los dos guardias fronterizos decidieran nada en concreto y quedaron alli hablando y como en vigilia sobre el lugar. El cansancio terminó por vencer a Edel Beltrán: agotado por tantos dias en el mar, sin saber cómo ni cuándo, se quedó dormido.

Hay al menos una persona de Ribadeo que colaboró con esto, no daré detalles porque lo considero también una víctima, toda vez que estos son reclutados mediante chantaje. Por lo que considero cierta exoneración de esta Editorial. Pero esto no se aplica para aquellos que durante años acometen el daño, en esos casos, la víctima del chantaje se convierte en victimario y le coge el gusto a las indignidades transformándose en pura mierda social que disfruta de las canalladas que ejecuta.

**TRANSLATION:** This work "Suicidal Evasion" is perhaps the most sabotaged novel in history. He took his first steps in this Spanish Editorial where he also suffered his first betrayal.

The sabotage samples that are exposed are only two as a sample, but there are many more. Those that are exposed, select fragments of the "Wet feet dry feet policy" and put it as if it were the "Cuban Adjustment Law" to discredit the author. The second is a repetition of text. In another of page32 that is not exposed, a large fragment of several paragraphs and part of the main author's dialogue with one of the shipwrecked travelers is missing (More than half a page).

There is at least one person from Ribadeo who collaborated with this, I will not give details because I also consider him a victim, since they are recruited through blackmail. For what I consider a certain exoneration of this editorial. But this does not apply to those who for years undertake the damage, in those cases, the victim of blackmail becomes a perpetrator and takes a liking to indignities, transforming into pure social shit that enjoys the scoundrels it executes.

<u>**Evidencia D-3**</u>

# Editorial Ribadeo

### DISOLUCIÓN DE CONTRATO

Disolución de contrato:

Por este medio y a petición del autor Francisco Chaviano González hoy 6 de enero 2020 resuelvo la disolución del contrato con Editorial Ribadeo S.L por los motivos que el autor exponer en su petición, informo al autor que es de obligación de Addiel Franco retirar la obra del sistema de Amazon y de la plataforma digital de la Empresa.

Lamentamos las circunstancias y como administrador general yo yordan Roque Álvarez libero la obra para su uso de derechos del autor, y para su comercialización sin depender de nuestra Editorial Ribadeo.

La Editorial Ribadeo se encuentra en traspaso de administración por tanto le informo que debe esperar los próximos 15 días para la resolución total de su obra.

No obstante queda liberada desde este momento para que el autor pueda realizar cualquier movimiento de la obra.

Recordamos que en el artículo 35 del contrato en caso de disolverse la Editorial la obra quedará liberada en plazo de 120 días, en este caso, le informaré de manera oficial cuando ocurra, esperemos que sea en los próximos 15 días como hemos comentado.

Para que conste lo anterior firmó hoy 6 de enero de 2020

Administración Editorial Ribadeo Yordan Roque Álvarez

### 3 - Editorial Pluma Libre Corporation.

Así las cosas, y teniendo presente que lo ocurrido con esta editorial sucedería con cualquiera otra, nos vimos impelido a asumir esta labor. También, diseñar un programa que fuera prometedor en la gestión, no solo de producir libros y obras de arte, sino capaz de vender y generar ganancias en un mundo venido a menos por los audio visuales. Y por supuesto que lo generamos, nuestro proyecto sería sin lugar a duda lucrativo y beneficioso tanto para los participantes, como para el exilio y los cambios democráticos en Cuba. Pero nada puede existir en esta tierra si tiene en contra a dos de las Agencias de Contrainteligencia más eficaces del mundo y muy poderosas por demás, el FBI y el G-2 cubano. Si a instancia de los anteriores, en nuestra contra se suman los bancos, los servicios médicos, las compañías dueñas de las redes sociales, los diles de carro, las aseguradoras, las compañías de Abogados, Uber, los aeropuertos y cuanta empresa grande o pequeña existe. También los senadores, representantes, alcaldes y cuanto cargo político hay y para rematar: la radio, la TV y hasta los Youtuber o Influencers son sordos y ciegos; todos colaborando con los Castro, a través del FBI, pero eso no cambia las cosas, o es que ahora el soplón que informa por teléfono o a través de otro deja de ser chivato. ¿es posible vivir? ¡Eso exactamente es lo que nos está sucediendo! Ahora bien, ¿qué tiene el FBI contra mí persona? En todo caso deudas, por las informaciones que le compartí estando en Cuba, que no las hice por adulonería ni mucho menos, sino porque era mi lucha contra los Castro. Y son éstos los únicos que tienen alguna razón para estar bravitos conmigo, miren hasta donde llegan las cosas, que los oficiales de Dpto. 21 que me colaboraban y el Diputado, no les sucede lo mismo (Gracias a Dios porque son personas que aprecio); el problema era de Fidel Castro, quien se lo llegó a tomar como personal en mi contra.





I certify from the records of this office that PLUMA LIBRE CORPORATION is a corporation organized under the laws of the State of Florida, filed electronically on January 11, 2021. effective  January 08, 2021.



**TRANSLATION:** Thus, and bearing in mind that what happened with this publishing house would happen with any other, we were impelled to take on this task. Also, to design a program that was promising in the management, not only of producing books and works of art, but capable of selling and generating profits in a world ruined by audio visuals. And of course we generated it, our project would undoubtedly be lucrative and beneficial both for the participants, as well as for the exile and democratic changes in Cuba. But nothing can exist on this earth if it has against two of the most effective Counterintelligence Agencies in the world and very powerful for others, the FBI and the Cuban G-2. If at the request of the above, against us, the banks, medical services, companies that own social networks, car tell them, insurance companies, Lawyers companies, Uber, airports and how many large or small

companies are added. exists. Also the senators, representatives, mayors and how much political position there is and to top it off: the radio, the TV and even the YouTuber or Influencers are deaf and blind; all collaborating with the Castros, through the FBI, but that does not change things, or is that now the snitch who reports by phone or through another stops being a snitch. Is it possible to live? That is exactly what is happening to us! Now, what does the FBI have against me? In any case, debts, due to the information I shared with him while in Cuba, which I did not do out of adultery, far from it, but because it was my fight against the Castros. And these are the only ones who have any reason to be angry with me, look at how far things go, that the officers of Dept. 21 who collaborated with me and the Deputy, the same does not happen to them (Thank God because they are people that I appreciate); Fidel Castro's problem became a personal problem against me.



# 4 – "Asociación POECIA"

Estaba ideando como promocional esta obra para que fuera en provecho personal y a la vez del Colegio Nacional de Periodistas de Cuba en el Exilio (CNP), cuando se apareció Jorge Luís García Pérez (Antúnez). Quería que ideáramos algo para buscar un provecho económico y a la vez ayudar a nuestra causa. Y así surge el programa **"DESAPARECIDOS"** . Una palabra que en la Cuba comunista de los Castro significa **prisión** o **sepulcro en el Estrecho de la Florida**. Creamos entonces la **"Asociación**

POECIA". Esta, había sido concebida y planificada por Jorge Luís García Pérez (Antúnez), Salvador Romaní Orúe y Francisco Chaviano González. Su objetivo principal, la recaudación de fondos para la causa cubana mediante un programa suigéneris: Consiste en interesar a todos los participantes en la promoción, gestión de venta y autores de las obras, a ganar donando el 20% de la utilidad para la lucha en Cuba. Esto está concebido utilizando a los Youtuber cubanos, para promover a sus seguidores a comprar la obra o útil de su gusto. Así como, establecer cierta competencia como incentivo para adquirir lo expuesto en este programa convirtiéndose en equipo colaborador. El resto de los medios de difusión también pueden participar.





**TRANSLATION:** I was devising this work as promotional so that it would be for personal benefit and at the same time for the National College of Journalists of Cuba in Exile (CNP), when Jorge Luís García Pérez (Antúnez) appeared. He wanted us to come up with something to seek financial gain and at the same time help our cause. And so the "DESAPARECIDOS" program arises. A word that in the communist Cuba of the Castros means prison or grave in the Straits of Florida. We then created the "POECIA Association". This had been conceived and planned by Jorge Luís García Pérez (Antúnez), Salvador Romaní Orué and Francisco Chaviano González. Its main objective, the raising of funds for the Cuban cause through a suigéneris program. It consists in making all the participants interested in the promotion, sale management and authors of the works, to win by donating 20% of the profit for the fight in Cuba. This is conceived to use the Cuban YouTuber, to promote their followers to buy the work of their liking or tools exhibited in this program, establishing a certain competition; but all the media that so wish can participate.

**5 – Lanzamiento del evento "DESAPARECIDOS" y el programa "Asociación POECIA"**

# ESTE EVEMTO TUVO LUGAR EN "CUBAOCHO"



Gracias a su dueño Roberto Ramos, siempre dispuesto a colaborar con la causa.

Pero manos ajenas al lugar, encabezados por la Contrainteligencia Obama-Castro, sabotearon este acto sin el menor reparo de que con ello: Estaban atacando a los escritores y artistas cubanos, y en mi persona, a la oposición cubana en general de la cual soy, por mi trayectoria, un digno representante.

**6- "Larga es la noche", obra de Frank Correa. Expone Lic. Ana Aguililla.**

# EXPOSICIÓN DE LA LIC. ANA AGUILILLA.
# TEMA: "LA OBRA DE FRANK CORREA".

Ana pudo hacer su exposición sobre la obra de Frank Correa, incluido las exposiciones del PowerPoint como se puede apreciar en la foto.





No obstante, ya la imprenta de Amazon Book había saboteado este libro "Larga es la noche" de Frank Correa. Obsérvese en la foto como pusieron la cartulina de la carátula del libro de tapa blanda al revés, de modo que la curvatura queda hacia afuera y mantiene entreabierto el libro.

**Evidencia D-4**





**TRANSLATION:**
However, the Amazon Book printer had already sabotaged this book "Long is the night" by Frank Correa. Observe in the photo how they put the cardboard of the cover of the softcover book upside down, so that the curvature is outwards and keeps the book ajar.

## 7 - EXPOSICIÓN DEL PROF. FRANCISCO CHAVIANO GONZÁLEZ TEMA: "LOS DESAPARECIDOS". NOVELA: "LA EVASIÓN SUICIDA". PROYECTO DE AYUDA A LA OPOSICIÓN:

# "ASOCIACIÓN POECÍA"

### Evidencia D-5

Cuando me tocó mi turno y como para rematar, a petición del FBI director de esta comparsa, la compañía FPL tumbó la corriente, más tarde una fase y a poco, el sistema impidió que salieran las imágenes del

### "ASOCIACIÓN POECÍA"



PowerPoint que correspondía a mis palabras, cuando se trataba sobre la "Asociación POECIA" y nos quedamos sin las imágenes de apoyo como se muestra en la foto que sigue.

**TRANSLATION:** When it was my turn, and as if to top it all off, at the request of the FBI director of this troupe, the FPL company turned the tide down, a little while later, the system prevented the PowerPoint images corresponding to my words from coming out, when it was about the "POECIA Association" and we ran out of the supporting images as shown in the

photo below.

### "LA EVASIÓN SUICIDA": TRAGEDIA EN EL ESTRCHO DE LA FLORIDA.







D / 10

amazon Hola Elige tu dirección | Libros | La evasión suicida / Francisco Pastor Chaviano | Hola, Identifícate Cuenta y Listas | Devoluciones y Pedidos | 0 Carrito

Todo Vender Más Vendidos Audible Servicio al Cliente Prime Nuevos lanzamientos Libros Pharmacy Listas — Ofertas para ti, regalos para ellos

Libros Búsqueda avanzada Nuevos lanzamientos Los más vendidos y más Libros para Niños Libros de Texto Rentas de libros de texto Los mejores libros del mes

4 resultados para "La evasión suicida / Francisco Pastor Chaviano" — Ordenar por Destacados

**Elegible para envío gratis**
Envío Gratis de Amazon
Todos los clientes obtienen Envío GRATIS en pedidos de más de $25 enviados por Amazon

**Departamento**
‹ Cualquier departamento
Libros

**Envío Internacional**
Envío Gratis por Amazon

**Condición**
Nuevo

**Disponibilidad**

El precio y otros detalles pueden variar según el tamaño y el color del producto.

La evasion suicida: Novela testimonial (Spanish Edition)
Edición en Español | por Francisco Pastor Chaviano y Angel Cristobal | 4 febrero 2021
★★★★★ 1
Pasta blanda
US$15[00]
prime Recíbelo el viernes, 29 de octubre
Envío GRATIS en pedidos mayores a US$25 enviados por Amazon

La Evasion Suicida (Spanish Edition)

amazon Hola Elige tu dirección | Libros | Larga es la noche / de Frank Correa | Hola, Identifícate Cuenta y Listas | Devoluciones y Pedidos | 0 Carrito

Todo Vender Más Vendidos Audible Servicio al Cliente Prime Nuevos lanzamientos Libros Pharmacy Listas — Comprar regalos tecnológicos

Libros Búsqueda avanzada Nuevos lanzamientos Los más vendidos y más Libros para Niños Libros de Texto Rentas de libros de texto Los mejores libros del mes

2 resultados para "Larga es la noche / de Frank Correa" — Ordenar por: Destacados

**Departamento**
‹ Cualquier departamento
Libros

**Condición**
Nuevo

**Disponibilidad**
Incluir agotado

Puritan's Pride

Querías decir *larga en la noche / de frank correa*

Larga es la noche (Spanish Edition)
Edición en Español | por Frank Correa y Angel Cristobal | 4 marzo 2021
★★★★★ 1
Pasta blanda
US$20[00]
prime Recíbelo el viernes, 29 de octubre
Envío GRATIS en pedidos mayores a US$25 enviados por Amazon

amazon Hola Elige tu dirección | Libros | Hola, Identifícate Cuenta y Listas | Devoluciones y Pedidos | 0 Carrito

Todo Vender Más Vendidos Audible Servicio al Cliente Prime Nuevos lanzamientos Libros Pharmacy Listas — Comprar regalos tecnológicos

Libros Búsqueda avanzada Nuevos lanzamientos Los más vendidos y más Libros para Niños Libros de Texto Rentas de libros de texto Los mejores libros del mes

Get ready for the festive season with books

Larga es la noche (Spanish Edition) y más de 950.000 libros están disponibles para Amazon Kindle. Más información

Libros › Literatura y Ficción › Ficción por Género

## Larga es la noche (Spanish Edition) 01 Edición

Edición en Español de Frank Correa (Author)

Look inside

Kindle — US$ 4.99 | Otros vendedores — a partir de

**Este libro no está disponible.**

No disponible por el momento.
No sabemos si este producto volverá a estar disponible, ni cuándo.
Elige tu dirección

## Evidencia D-6

Como ya hemos visto Amazon también se prestó al boicot contra la Editorial Pluma Libre, dañando al libro "Larga es la noche" de Frank Correa. También nos bloqueó el que pudiéramos abrir una tienda virtual para la venta de estos libros y algunas obras de arte. Nos enviaba el sobre que sigue con la clave para entrar al espacio, pero después no funcionaba. Reclamamos y nos programaron una entrevista para crear el sitio, pero evidentemente no querían abrirlo. De estos sobre solicitamos y nos enviaron tres. Por otro lado, tienen nuestro libro puesto de forma que nadie lo puede ver excepto que lo busquen con insistencia. En fin, solo ha vendido un libro de cada uno mientras que yo por mi cuenta he vendido más de 100.



**TRANSLATION:** As we have already seen, Amazon also took part in the boycott against the Editorial Pluma Libre, damaging the book "Long is the night" by Frank Correa. We were also blocked from opening a virtual store for the sale of these books and some works of art. He sent us the envelope that follows with the password to enter the space, but then it did not work. We complained and they scheduled an interview to create the site, but obviously they did not want to open it. Of these envelopes we requested, and they sent us three. On the other hand they have our book placed in such a way that no one can see it unless they look for it insistently. Anyway, he has only sold one book of each while I have sold more than 100 on my own.

# Tema: C / AGRESIONES MÉDICAS

Médicos que faltan al juramento Hipocrático y se convierten en violadores de Derechos Humanos.

A finales de 2017 a poco del atentado donde perdí el auto Corola que fue impactado por detrás repetidamente, comencé a notar una pérdida de visión. Inicialmente lo consideré como la rutina periódica de aumento de la graduación por el desgaste de vejes. Acudí a la óptica Campen, MD and Associates LLC inside My Eyelab 19270 S. Dixie Hwy, Suite D, Cutler Bay, FL 33157 donde el optometrista, un hombre alto de complexión atlética (Cuyo nombre desapareció de mi archivo) me revisó y graduó la vista en febrero de 2018, pero la confección de los espejuelos se demoró un mes y cuando llegaron para mi asombro no veía bien. El mismo optometrista me volvió a revisar y repitió la orden, para 20 días más tarde repetirse la situación. Me remitió a un turno con la Dra. Oftalmóloga para una semana después. Cuando regresé fue el mismo personaje quien me revisó y volvió a ordenar aduciendo que había un error en la medición que ya estaba saldado. De nada valió mi protesta argumentando que había venido a ver a la doctora y que ella estaba ahí, solo me permitió que se cambiara la orden a bifocales. Dos semanas después para mi asombro, los bifocales que me entregaron era la viva estampa de la burla: El cuadro de aumento para la lectura en lugar de estar en la parte inferior del lente como todos conocemos, pues estaba justo en el centro, para hacer inservible los espejuelos, además de continuar el problema. Estos hechos son evidencia fehaciente de la complicidad de esta Óptica antes referida con esta acción de dolo criminal bajo la dirección del FBI. Resulta tangible que estaban dando tiempo a que la enfermedad se hiciera irreparable.

Por fin, en Mayo 30 /18, una semana después, vi a la Dra. la única que demostró respetar el juramento hipocrático y cuyas referencias aparecen en su dictamen que acompaño (**Ver C-1**) y me remitían a un oculista dedicado al tratamiento de los problemas visuales y me dijo: Tienes que operarte de catarata y carnosidad en los ojos, pero ese no es tu problema, el verdadero problema es que tienes "Degeneración de la Mácula" con un lunar que es lo que te impide la visión y acto seguido me preguntó: ¿Tienes algún familiar que haya padecido de cáncer en la piel? – No, le respondí – Pues lo que tienes es como un cáncer de la piel, de modo que lo atenderte urgentemente para que no continúe progresando; ve a ver a tu médico primario para que te remita al oculista y comiences el tratamiento que esto lleva. Pero las fechas no las decido yo, por lo que transcurrieron tres meses y cinco días para que la especialista de la consulta de las Aran Eyes Associates, sito en 18926 S. Dixie Hwy, Miami FL 33157, me viera en septiembre 4 de 2018. Y peor, porque no me vio la Dra. regular de turno de ese centro, sino una especial enviada a petición de la Policía Política para que diera el diagnóstico que ellos querían: Que no tenía nada. Así se certificó. En fin, la especialista contradiciendo lo dicho por varios oftalmólogos anteriores me dijo: Estás bien, no tienes problema en los ojos solo necesitas aumentar la graduación que es lo que te he mandado – Pero cómo, ya no tengo la catarata que varios oculistas me han diagnosticado de operación. – No, no es de operación. – ¿Y la carnosidad? – Está insipiente. – ¿Y el lunar que tengo en el ojo? – Es chirriquitico y está en el fondo del ojo. – ¿Y por qué no veo con el ojo izquierdo? – Porque necesitas aumentar la graduación que es lo que te he mandado. Y así, sin el menor reparo de la ética médica, lo certificó la Dra. Soraya M. López OD como muestra el documento firmado por ella (**Ver C-2**. Este documento parece alterado consignando unas abreviaturas que no estaban).

Cuando regresé a la óptica My Eye, ya no estaba la Dra., la habían sacado de allí y en su lugar habían puesto a un Doctor y ya tenían montado el teatro con libreto y todo. El especialista me revisó el ojo y me dijo: No vamos a resolver nada con aumentarte la graduación, porque ahí hay que hacer otra cosa. Te voy a hacer una remisión para que vayas directo al Hospital University of Miami, Bascom Palmer Eye Institute, sito en 900 NW 17th St. 2nd Fl, Miami, FL 33136. «Estos documentos los tuve conmigo durante tiempo, luego lo guardé en mi archivo personal y de ahí desaparecieron unas semanas después. No obstante, queda algo que es indicativo de estas tropelías, "El Tiempo": El tiempo transcurrido de mediados de Febrero que pagué el servicio a Mayo 30 que me vio la Doctora que descubrió la gravedad del asunto; tres meses y medio para algo que se debió resolver en una semana. Luego la dilación para el turno en Aran Aye con la Dra. Soraya M. López».

Así es como ingresé por Emergency Room a Bascom Palmer Eye Institute el 10/10/2018 y comenzó a atenderme el Dr. Jonathan F. Russell, MD y desde entonces no paran las inyecciones en mis ojos (**Ver C-3**). El Dr., evidentemente advertido de ante manos y sin que le preguntara, comenzó a decirme que eso era un problema genético y que afectaba a un porciento de la población. Le respondí: Dr. es evidente que usted es un avezado conocedor de la especialidad para mitigar esta dolencia; y como hacer el bien es su dedicación, no puede comprender a la gente oscura que se dedican al mal. El médico no respondió.

Y como de estadísticas se trata la evaluación de lo posible, entonces resulta lo siguiente: Nadie de mi familia ha padecido esta afectación de distorsión de la mácula, no obstante, aceptemos el beneficio de la duda de que yo sea el primero. Mi cuñado Héctor Aguililla, está en el mismo caso, ¿también es el 1ro de su familia? Y Leonel Morejón, opositor destacado igual que yo, quien también y antes que yo promovió la unidad opositora en el conocido "Concilio Cubano", también le pasa exactamente lo mismo. ¿Es aceptable ese altísimo por ciento en tan reducido grupo de personas cercanas? Fidel Castro acusaba públicamente a la CIA de inocularle el cáncer a Chávez, a Lula Da Silva y a otros, pero lo cierto es que esto ocurre desde que él instaló los laboratorios de Ingeniería Genética y Biotecnología, parte del cual trabaja bajo control militar con alta secretividad. ¿Estarán allí investigando como curar el cuerpo humano o como envenenarlo? Todos el que le hizo algo a Fidel Castro, murió más temprano que tarde con alguna enfermedad: Jorge Mas Canosa, Hugo Chávez (Quien demostró que lo podía superar y el ego de Castro no se lo permitió; esta razón es la que enarbolan sus viejos camaradas para acusar a Fidel); Francisco Flores el presidente salvadoreño que lo increpó y humilló en la Cumbre Iberoamericana de Panamá del año 2000 (Lo encarceló el FMLN se enfermó con una enfermedad rara y murió); Laura Pollán (Se negó a poner fin al movimiento "Damas de Blanco" como Castro quería, la enfermaron con Dengue y en una semana murió); el Coronel Juan Reinaldo Sánchez, ex escolta de Fidel Castro quien dio a conocer la vida privada del déspota, se enfermó de cáncer y murió a edad temprana). Pero lo más grave es que buena parte de los hechos están ocurriendo en Miami y como ha ocurrido en este caso, la manipulación evidente de los acontecimientos por parte del FBI, les acusa como máximo responsable.


## TRANSLATION

Theme: C / MEDICAL ASSAULT

Doctors who break the Hippocratic oath and are used on Human Rights violators.

At the end of 2017, shortly after the attack where I lost the Corola car that was hit from behind repeatedly, I began to notice a loss of vision. Initially I thought of it as the periodic routine of increasing graduation from old age wear and tear. I went to the optician Campen, MD and Associates LLC inside My Eyelab 19270 S. Dixie Hwy, Suite D, Cutler Bay, FL 33157 where the optometrist, a tall man with an athletic build (whose name disappeared from my file) reviewed and graduated the seen in February 2018, but the making of the glasses took a month and when they arrived, to my amazement, I couldn't see well. The same optometrist reviewed me again and repeated the order, 20 days later the situation was repeated. He referred me to an appointment with the Ophthalmologist Dr. for a week later. When I returned, it was the same character who reviewed me and reordered, arguing that there was an error in the measurement that had already been settled. My protest was useless, arguing that I had come to see the doctor and that she was there, she only allowed me to change the order to bifocals. Two weeks later to my amazement, the bifocals that were handed to me were the living picture of the mockery: The magnifying frame for reading instead of being at the bottom of the lens as we all know, it was right in the center, to make useless glasses, in addition to continuing the problem. These facts are reliable evidence of the complicity of this Optics before referred to with this action of criminal intent under the direction of the FBI. It is tangible that they were allowing time for the disease to become irreparable.

Finally, on May 30/18, a week later, I saw Dr. the only one who demonstrated to respect the Hippocratic Oath and whose references appear in her opinion that I accompany (See C-1) and they referred me to an oculist dedicated to the treatment of visual problems and he told me: You have to operate for cataract and fleshy eyes, but that is not your problem, the real problem is that you have "Distortion of the Macula" with a

mole which is what prevents your vision and He then asked me: Do you have a family member who has suffered from skin cancer? - No, I replied - Well, what you have is like skin cancer, so your priority is to attend to yourself urgently so that it does not continue to progress; go see your primary doctor to refer you to the eye doctor and start the treatment that this takes. But the dates are not my decision, so it took three months and five days for the specialist in the Aran Eyes Associates practice, located at 18926 S. Dixie Hwy, Miami FL 33157, to see me on September 4, 2018. And worse, because the regular Dr. on duty from that center did not see me, but a special one sent at the request of the Political Police to give the diagnosis they wanted: that I had nothing. This was certified. Anyway, the specialist contradicting what was said by several previous ophthalmologists told me: You are fine, you have no problem with your eyes, you only need to increase the graduation which is what I have sent you - But how, I no longer have the cataract that several ophthalmologists have given me diagnosed from operation. - No, it's not an operation. - And the meatiness? - It's insipient. - And the mole I have in my eye? - It is chirriquitico and is in the back of the eye. - And why can't I see with my left eye? - Because you need to increase the ranking, which is what I have commanded you. And thus, without the slightest objection to medical ethics, it was certified by Dr. Soraya M. López OD as shown in the document signed by her (See C-2. This document seems altered, consigning abbreviations that were not there).

When I returned to the My Eye optician, the Dr. was gone, they had taken her out of there and in her place they had put a Doctor and they already had the theater set up with a libretto and everything. The specialist checked my eye and said: We are not going to solve anything by increasing your graduation, because there you have to do something else. I'm going to send you a referral so that you can go directly to the University of Miami Hospital, Bascom Palmer Eye Institute, located at 900 NW 17th St. 2nd Fl, Miami, FL 33136. my personal file and from there they disappeared a few weeks later. However, there remains something that is indicative of these outrages, "El Tiempo": The time elapsed from mid-February that I paid for the service to May 30 that the Doctor who discovered the seriousness of the matter saw me; three and a half months for something that should have been resolved in a week. Then the delay for the shift in Aran Aye with Dr. Soraya M. López ».

This is how I entered the Bascom Palmer Eye Institute through the Emergency Room on 10/10/2018 and Dr. Jonathan F. Russell, MD began to treat me and since then the injections in my eyes have not stopped (See C-3). The Dr., evidently warned in advance and without being asked, began to tell me that this was a genetic problem and that it affected a percentage of the population. I replied: Dr. it is evident that you are a seasoned connoisseur of the specialty to mitigate this ailment; And since doing good is his dedication, he cannot understand dark people who are doing evil. The doctor did not reply.

And since the evaluation of the possible is about statistics, then the following results: No one in my family has suffered from this distortion of the macula, however, let's accept the benefit of the doubt that I am the first. My brother-in-law Héctor Aguililla is in the same case, is he also the 1st of his family? And Leonel Morejón, a prominent opponent like me, who also and before me promoted the opposition unit in the well-known "Cuban Council", exactly the same thing happens to him. Is that very high percentage acceptable in such a small group of close people? Fidel Castro publicly accused the CIA of inoculating Chávez, Lula Da Silva and others with cancer, but the truth is that this has happened since he installed the Genetic Engineering and Biotechnology laboratories, part of which works under highly secret military control. Will they be there investigating how to cure the human body or how to poison it? Everyone who did something to Fidel Castro, died sooner rather than later with some disease: Jorge Mas Canosa, Hugo Chávez (who showed that he could overcome it and Castro's ego did not allow it; this is the reason that his old men raise comrades to accuse Fidel); Francisco Flores, the Salvadoran president who rebuked and humiliated him at the Ibero-American Summit in Panama in 2000 (He was imprisoned by the FMLN, he became ill with a rare disease and died); Laura Pollán (she refused to put an end to the "Ladies in White" movement as Castro wanted, she was sickened with Dengue and within a week she died); Colonel Juan Reinaldo Sánchez, a former Fidel Castro escort who revealed the despot's private life, fell ill with cancer and died at an early age). But the most serious thing is that a good part of the events are taking place in Miami and as has happened in this case, the evident manipulation of the events by the FBI, accuses them as the maximum responsible.

C-1



EYE EXAM
5-2-a

C-1

T. Campen, M.D. and Associates, LLC
(located inside My Eyelab)

19270 S Dixie Hwy, Suite D
Cutler Bay, FL 33157
P: 786-373-4936
F: 305-253-2322
CS: 866-275-5375

5-2-6

Patient _Chavin, Franc___ 5-30-18_

*Ph rel Mr. Chavin C*
*Retinal evaluat.*
*Choroidal Neur OS (STAT)*

Refills _____

O.D.         / / EXP / /

±1   0.00

---

T. Campen, M.D. and Associates, LLC
(located inside My Eyelab)

19270 S Dixie Hwy, Suite D
Cutler Bay, FL 33157
P: 786-373-4936
F: 305-253-2322
CS: 866-275-5375

Patient _Chavario, Franci___ 5.30.18_

*Ph rel Mr. Chavario à c*
*Ophthalmology — Cataract, physic*
*e inf. lío evaluat au (Stat )*

3659

Refills _____

/ / EXP / /

| TOTAL PAT. RESPONSIBILITY: | 0.00 |
| DEPOSIT: | 0.00 |
| THIS PAYMENT: | |
| BALANCE DUE: | 0.0000 |

877 711 3462

La firmante es la Dra. que descubrió la Distorsión de la Mácula que estaba padeciendo, me preguntó si tenía familiares con cáncer de la piel y me aseguró que esta enfermedad es su equivalente en los ojos. Pero aquí lo llamativo es que esta consulta que debió tener lugar en la primera semana, me la demoraron algo más de tres meses (de febrero a mayo), como explico en la descripción de los hechos, una manipulación evidente. También que esta óptica, fue la que me remitió al Bascom Palmer, en lugar de Aran Eye (Ese documento me lo robaron de mis archivos).

**TRANSLATION:** The undersigned is the Dr. who discovered the Distortion of the Macula that I was suffering from, She asked me if I had relatives with skin cancer and assured me that this disease is its equivalent in the eyes. But here, the striking thing is that this consultation that should have taken place in the first week, took me a little more than three months (from February to May), as I explain in the description of the facts, an obvious manipulation. I also explained that this optometrist's office was the one that sent me to Bascom Palmer, instead of Aran Eye (That document was stolen from my files).

C-2

5-3 - a

# ARAN EYE ASSOCIATES

### CBay Aran Eye Associates

PATIENT: Francisco Chaviano
DATE OF BIRTH: 03/07/1953
DATE: 09/04/2018 2:15 PM
DOCUMENT TYPE: Ophthalmology Chart Note
VISIT TYPE: Office Visit

General
Patient visit:   New patient

### History of Present Illness:

1. Decreased vision

The 65 year old male presents for evaluation of Decreased vision in the left > right. It started about 6 month(s) ago. It affects near vision only. Reports he has had to remake glasses 2 times because he cant see at near with PALs and bifocals.

**Past Ocular History**

| Ocular Disease | Eye | Year Dx |
|---|---|---|
| Diabetes type 2 | | |

Patient notes no ocular history at this visit.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, fever and night sweats. |
| ENMT | Negative | Ear drainage, hearing loss and nasal drainage. |
| Eyes | Negative | Eye discharge, vision changes and vision loss. |
| Respiratory | Negative | Cough, dyspnea and wheezing. |
| Cardio | Negative | Chest pain, claudication and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, constipation, diarrhea and vomiting. |
| GU | Negative | Dysuria, hematuria and polyuria. |
| Endocrine | Negative | Cold intolerance, heat intolerance, polydipsia and polyphagia. |
| Neuro | Negative | Gait disturbance. |
| Psych | Negative | Anxiety and depression. |
| Integumentary | Negative | Pruritus and rash. |

Chaviano, Francisco   000000158530 03/07/1953 09/04/2018 02:15 PM Page: 1/5

**C-2**

OD    flat x 360 degrees, no RD, no holes                              $5-3-6$
OS    flat x 360 degrees, no RD, no holes

Health Maintenance
**IOP Check:** 09/04/2018
**Dilated Exam:** 09/04/2018
Ophthalmology Impression/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Age-related nuclear cataract, bilateral (H25.13). |
| | Impression | Age-related nuclear cataract, bilateral: H25.13. |
| | Plan | All findings discussed with patient. Surgery is not indicated at this time. Monitor. Patient advised can get new spec rx if desires. Advised patient his ADD is +2.75 and can be increased. Monitor. |
| 2. | Assessment | Nexdtve age-related mclr degn, bilateral, early dry stage (H35.3131). |
| | Impression | Nexdtve age-related mclr degn, bilateral, early dry stage (H35.3131) – due to RPE MOTTLING OU no diagnostics available today |
| | Plan | All reviewed<br>OMV if not contraindicated.<br>Amsler Grid q week – RTC STAT if changes noted |

**Follow up:**

| Status | Diagnosis | Eye | Followup |
|---|---|---|---|
| ordered | Nexdtve age-related mclr degn, bilateral, early dry stage | | RTC 3-4 months OCT Mac OU |

Instructions/Education

| Status | Completed | Order | Reason | Comments |
|---|---|---|---|---|
| ordered | | Impression/Plan | | All findings discussed with patient. Surgery is not indicated at this time. Monitor. Patient advised can get new spec rx if desires. Advised patient his ADD is +2.75 and can be increased. Monitor. |
| ordered | | Impression/Plan | | All reviewed<br>OMV if not contraindicated.<br>Amsler Grid q week – RTC STAT if changes noted |

Signature: SORAYA M. LOPEZ OD
*Provider:*
LOPEZ OD, SORAYA M 09/04/2018 4:07 PM

Chaviano, Francisco   000000158530 03/07/1953 09/04/2018 02:15 PM Page: 4/5

C-3



**Bascom Palmer Eye Institute**
UNIVERSITY OF MIAMI HEALTH SYSTEM

## RESUMEN DE LA VISITA

**Francisco P. Chaviano Gonzalez** MRN. 21448967

📅 10/10/2018  📍 Bascom Palmer Eye Institute Emergency Room 305-326-6000

## Instrucciones

Return immediately if you develop severe redness, sensitivity to light, decreased vision, pain that is not well controlled with tylenol or ibuprofen, flashers, floaters, or a curtain over your vision.

You can also return if you are concerned in any way.

We are open 24 hours a day, 7 days a week.

 **Órdenes de imagenología para después de la visita**

Autofluorescence - OU - Both Eyes
Esperado 10/10/2018

OCT, Retina - OU - Both Eyes
Esperado 10/10/2018

Fundus Photos - OU - Both Eyes
Esperado 4/12/2019

 **Realice un seguimiento con russell monday**

## ¿Qué sigue?

Actualmente no tiene ninguna cita programada.

## Visita de hoy

Le ha tratado Michelle Elizabeth Wilson Latting, MD

**Razón de la cita**
Decreased Visual Acuity

**Diagnóstico**
AMD (age-related macular degeneration), bilateral

🔵 **Hecho hoy**
   Dilation Contraindications Considered

**Signos vitales al fin de la visita**

⊙ Presión sanguínea **143/86**      🌡 Temperatura (Oral) **98 °F**

♡ Pulso **99**      Respiración **20**

## Registración de MyChart

Enviar mensajes a su personal médico, ver sus resultados de exámenes, renovar sus recetas, programar citas, y más.

Navegue a **https://myuhealthchart.com/mychart/**, haga clic en "Sign Up Now" e ingrese su código personal de activación: **8D62V-Q74VG-G2GKM**. Código de activación vence 12/9/2018.

C-4

# "APNEA DEL SUEÑO" ASIDERO PARA EL HOMICIDIO"

En el caso de la "Apnea del sueño" me hice el primer estudio en FLORIDA SLEEP & NEURO DIAGNOSTIC SERVICES INC sito en 14394 Commerce Way, Miami Lakes, Fl 33016 en fecha 5/16/2019. Fui a dormir al lugar donde me pusieron el equipo de estudio y pasé la noche, con los resultados cuyo resumen acompaño (Resto de estudio a disposición). Al amanecer tuve un percance, tomé el baño necesario por los aplique de grasa en la cabeza en un baño que parecía adecuado, pero cuando me fui a secar con la toalla que parecía pulcra, pues no lo estaba, al abrirla tenía heces fecales en su interior, por lo que me veo en un apuro que resolví como pude (En el momento no comprendí lo sucedido, me pareció un exceso de descuido, pero no, hoy comprendo que fue un acto encomendado deliberadamente, una grosera agresión). A pesar de que los resultados del informe estuvieron listos 21 días después, es decir el día 6/6/2019 como muestra el resumen (Ver C-4), estuve seis meses esperando el resultado. Había una manipulación evidente, ¿por qué retrasaron seis meses el informe? Pues la única lógica es que querían que muriera a los 67 años como me habían prometido y temieron que mi muerte se adelantara. Pero en el momento no estaba apercibido de esto, por lo que le pedí al encargado de estos trámites acudir a otro centro de diagnóstico. Hubo una segunda prueba el 11/21/2019 en VITAL IMAGING CENTER sito en 9835 SW 72 St, Suite 109, Kendall, FL 33173, del que anexo documento, y finalmente Servicio de Equipo Med Case SNE Respiratory (Telf: 305 863 4277). Me hizo llegar el equipo de asistencia para el sueño, en Enero/2020, una "**ResMed AirSense 10 AUTOSET**".

El instructor de la referida empresa que me trajo la máquina, me instruyó sobre su uso y me aclaró que ya la máquina estaba programada según los resultados de mi estudio. De modo que no tenía que tocarla, excepto para cambiarle el agua que utiliza, y periódicamente los filtros. Comencé a usarla y me sorprendió que no tuve la sensación reconfortante que se experimentaba, según me habían dicho personas que usan estos equipos. Pensé que era un problema genético de mi persona que no se avenía a este tipo de tecnología. A poco ya noto cansancio al despertar y soñolencia durante el día. Dormitaba cuando podía durante 15 o 20 minutos, con lo que me reanimaba para trabajar. Todo esto fue definiendo que el problema estaba en el equipo, por ello comencé a hacerle cierto rechazo y lo usaba intermitentemente; era necesario cambiarlo. Por este motivo lo di por perdido a finales de ese año informándolo en la Clínica, a la vez, solicité uno nuevo que me disponía a pagar por mi cuenta; pero el seguro HealthSun no me lo permitió y ellos lo cubrieron.

Me trajeron entonces una "PHILIPS RESPIRONICS Inc. 1001 Murry Ridge Lane", que comencé a utilizar alrededor de Noviembre/2020 a utilizar comprobando que seguía lo mismo. Llegué a pensar que estos equipos no servían para mí, pero los continuaba utilizando, aunque no siempre. Un buen día, me despierto en la madrugada y noto que el equipo estaba apagado, por lo que en lugar de ayudarme en la respiración lo que hacía era dificultármela. Respiré fuerte para ver si echaba a andar y no ocurrió, tuve que prenderlo en el botón de encendido de la máquina. Cómo ya estaba sobre aviso, comencé a despertarme cuando ocurría esto y siempre lo hacía cuando estaba en el sueño profundo. Deje de usarla alrededor de Febrero/2021 e informé a la Clínica lo que estaba sucediendo **(Se tomó nota y se pidió una máquina de reemplazo argumentando estos problemas. Clínica Las Mercedes de Miami Gardens sita en 900Park Center Blvd, Miami Gardens, FL 33169 (Hoy Tu Salud Medical Center) debe entregar informe consignando lo anterior). Así mismo el Dr. Enrique Solís Lafont, debe constatar que durante el año 2019 yo estaba bien y que al siguiente año 2020 comenzó a descompensárseme el ritmo cardiaco y a cada rato su ayudante me asistía por esta situación.**

Servicio de Equipo Med SNE Respiratory, me trajo otra máquina PHILIPS similar a la anterior, resultando tener el mismo problema: Comencé entonces a utilizarla alternativamente un día dormía con el equipo y al siguiente sin él. Así lo estuve haciendo un par de semana y siempre que dormía con la máquina amanecía cansado y con sueño, mientras que sin ella amanecía mejor. Como las anteriores, la máquina funcionaba

perfectamente al principio, pero cuando llegaba al sueño profundo dejaba de ser auxilio a la oxigenación de mi cuerpo para convertirse en rémora respiratoria. No era problema de una máquina con defecto, no, habían sido programadas para agudizarme el daño respiratorio que padecía. Como resultado cuantificable está que poco tiempo después de estar utilizando estos equipos empecé a padecer de taquicardia y alteración del pulso que nunca había padecido (Un chequeo de registro médico confirmaría que, durante el año 2019, nunca tuve problemas de taquicardia ni el pulso alterado. Sin embargo, desde que comencé a utilizar estos aparatos para la apnea a principios del 2020 comencé a descompensarme con frecuencia por lo que acudía a la asistente de mi médico, el Dr. Enrique Solís, por este motivo y en Mayo/31 durante una comida en el restaurant Outback Steakhouse, sito en 8255 W Flagler St, Miami, Fl 33144, tuvieron que llamar al Rescue, porque perdí el conocimiento, al siguiente día Abril/1ro, mi hijo me llevó a la Clínica como paciente para que chequeara mi estado. Solicito que la Clínica don un informe sobre estas anomalías. En fin, no sé cuál es la magnitud del daño que este equipo me hizo, pero se supone grande, pues estaban esperando que muriera a la edad de 67 años (Proviene de una amenaza de Castro) que no se cumplió porque Dios no lo quiso.

Y siendo así, a tenor de lo que dicen los expertos: « **Los efectos de la apnea del sueño:** las complicaciones más comunes según la Sociedad Española de Sueño son **el empeoramiento de la memoria, la atención o el comportamiento,** así como la aparición de cardiopatía isquémica, ictus, hipertensión y la aparición de algunos tipos de tumores.» De lo anterior se desprende, que estaban procurando deliberadamente mi muerte provocándome un paro cardiaco. **"Un asesinato en ropaje de muerte natural."** Similar a los casos antes mencionado. Este es el último recurso de los asesinatos políticos, porque la violencia crea escándalo social y por tanto reclama investigación. De lo que resulta raro el caso del Dr. Darsi Ferrer. Suspendí definitivamente el uso de la máquina en el mes de marzo/2021 estaba atónito, acababa de comprobar que habían intentado asesinarme a los 67 años como me lo habían anunciado de cierta manera.


## TRANSLATION: "SLEEP APNEA" HANDLE FOR HOMICIDE"

In the case of "Sleep Apnea" I had the first study done at FLORIDA SLEEP & NEURO DIAGNOSTIC SERVICES INC located at 14394 Commerce Way, Miami Lakes, Fl 33016 on 5/16/2019. I went to sleep in the place where they put the study equipment on me and spent the night, with the results whose summary I enclose (Rest of study available). At dawn I had a mishap, I took the necessary bath due to the application of grease on my head in a bathroom that seemed adequate, but when I went to dry myself with the towel that seemed neat, well it wasn't, when I opened it I had feces in my interior, so I see myself in a hurry and resolved as best I could (At the time I did not understand what happened, it seemed to me an excess of carelessness, but no, today I understand that it was a deliberately commissioned act, a gross aggression). Despite the fact that the results of the report were ready 21 days later, that is, on 6/6/2019 as the summary shows (See C-4), I spent six months waiting for the result. There was an obvious manipulation, why did they delay the report for six months? Well, the only logic is that they wanted me to die at 67 years old as they had promised me and they feared that my death would come early. But at the time I was not aware of this, so I asked the person in charge of these procedures to go to another diagnostic center. There was a second test on 11/21/2019 at the VITAL IMAGING CENTER located at 9835 SW 72 St, Suite 109, Kendall, FL 33173, of which I attach a document, and finally Med Case SNE Respiratory Equipment Service (Telf: 305 863 4277) . The sleep assistance team sent me a "ResMed AirSense 10 AUTOSET" in January/2020.

The instructor of the aforementioned company that brought me the machine, instructed me on its use and clarified that the machine was already programmed according to the results of my study. So I didn't have to touch it, except to change the water it uses, and periodically the filters. I started using it and was surprised that I didn't get the comforting feeling that I've been told by people who use this equipment. I thought it was a genetic problem of my person that did not suit this type of technology. Little by little I notice tiredness

C-4

when I wake up and sleepiness during the day. I would doze when I could for 15 or 20 minutes, which would revive me for work. All this was defining that the problem was in the equipment, for that reason I began to reject it a certain way and used it intermittently; it was necessary to change it. For this reason I gave it up for lost at the end of that year, reporting it to the Clinic, at the same time, I requested a new one that I was about to pay on my own; but HealthSun insurance wouldn't let me and they covered it.

Then they brought me a "PHILIPS RESPIRONICS Inc. 1001 Murry Ridge Lane", which I started to use around November/2020, checking that it was still the same. I came to think that these teams were not useful for me, but I continued to use them, although not always. One fine day, I woke up at dawn and noticed that the equipment was turned off, so instead of helping me breathe, what it did was make it difficult for me. I took a deep breath to see if it would start and it didn't, I had to turn it on with the power button on the machine. Since I was already on notice, I started waking up when this happened and I always did when I was in deep sleep. I stopped using it around February/2021 and informed the Clinic what was happening **(Note was taken and a replacement machine was ordered citing these problems. Miami Gardens Las Mercedes Clinic located at 900 Park Center Blvd, Miami Gardens, FL 33169 ( Hoy Tu Salud Medical Center) must submit a report consigning the above). Likewise, Dr. Enrique Solís Lafont, must verify that during the year 2019 I was fine and that the following year 2020 my heart rhythm began to decompensate and his assistant assisted me from time to time due to this situation.**

Med SNE Respiratory Equipment Service, brought me another PHILIPS machine similar to the previous one, turning out to have the same problem: I then began to use it alternately one day I slept with the equipment and the next without it. I was doing it like this for a couple of weeks and whenever I slept with the machine I woke up tired and sleepy, while without it I woke up better. Like the previous ones, the machine worked perfectly at first, but when I reached deep sleep it ceased to help oxygenate my body to become a respiratory handicap. It was not a problem of a defective machine, no, they had been programmed to aggravate the respiratory damage I suffered. As a quantifiable result, shortly after using this equipment I began to suffer from tachycardia and pulse disturbances that I had never suffered before (A medical record check would confirm that, during 2019, I never had tachycardia problems or altered pulses. However, since I started using these devices for apnea at the beginning of 2020, I began to decompensate frequently, so I went to my doctor's assistant, Dr. Enrique Solís. for this reason and on May 31 during a meal. at the Outback Steakhouse restaurant, located at 8255 W Flagler St, Miami, Fl 33144, they had to call the Rescue, because I lost consciousness, the next day April/1st, my son took me to the Clinic as a patient to check my condition I request that the Clinic provide a report on these anomalies In short, I do not know the magnitude of the damage that this team did to me, but it is supposed to be great, since they were waiting for me to die at the age of 67 (It comes from a threat from Castro) that was not fulfilled because God did not want it.

And so, according to what the experts say: ‹‹ The effects of sleep apnea: the most common complications according to the Spanish Sleep Society are worsening of memory, attention or behavior, as well as the appearance of ischemic heart disease, stroke, hypertension and the appearance of some types of tumors.›› From the foregoing it follows that they were deliberately procuring my death by causing cardiac arrest. "A murder in the garb of natural death." Similar to the cases mentioned above. This is the last resort of political assassinations, because violence creates a social scandal and therefore calls for investigation. From which the case of Dr. Darsi Ferrer is strange. I definitely suspended the use of the machine in the month of March/2021 I was stunned, I had just verified that they had tried to assassinate me at 67 years old as they had announced to me in a certain way

**C-4**



FLORIDA SLEEP & NEURO DIAGNOSTIC SERVICES INC. 14394 COMMERCE WAY
MIAMI LAKES, FL 33016 MAIN: 305-370-3100 FAX: 305-697-9867

### SLEEP STUDY INTERPRETATION

**Patient:** CHAVIANO, FRANCISCO **Study Type and Date:** PSG 5/16/2019 **DOB:** 3/7/1953 **Patient Details:** Male, 66 years, Height , **ID#:** CHAFRX6PRF Weight , BMI **Interp. Physician:** Edward Michaelson **Ref. Physician:** ENRIQUE SOLIS LAFONT **Recording Tech:** sleep read **Recording Details:** Recorded at 11:00:08 PM on 5/16/2019

### DATA SUMMARY

This is a Diagnostic Sleep Study in a patient with a suspected sleep disorder

BMI is not reported
Sleep efficiency is mildly reduced (80% - 89%)
Sleep onset (latency) is normal (8 min - 15 min) REM latency is normal (60 min -120 min)
Sleep architecture shows fairly normal sleep stage percentages
Arousals are frequent and often associated with respiratory events
AHI (TST) markedly increased (≥ 30) AHI (REM) markedly increased (≥ 30) RDI (TST) markedly increased (≥ 30)
Central apneas are absent
Maximum respiratory event duration is long (≥ 40 sec)
Scored snoring frequency is low
O2 desaturations are are moderate to marked
Periodic leg movements do not occur during study

### IMPRESSION

**Severe REM sensitive obstructive sleep apnea and there is moderate to marked O2 desaturation**

### SUGGESTIONS

**CPAP Titration**

Review medications (particularly sedatives, stimulants, and opiates)
Instruct in good sleep hygiene and avoid respiratory depressants caffeine alcohol and tobacco before bedtime
Caution patient about driving or operating machinery when sleepy
Educate patient about the long term consequences of untreated sleep disorders
Weight loss as appropriate under medical supervision
Consider ENT or dental evaluation if CPAP does not minimize snoring

### ADDITIONAL COMMENTS

None

*Implementation of any suggestion is the decision of the patient's physician based on their overall clinical knowledge of the patient*

*I attest that the above impressions and recommendations are based on my evaluation of the scored data and that I have reviewed and approved this report*

/s/ *E Michaelson*

Edward D. Michaelson, MD FACP FCCP FAASM          Date Signed 6/6/2019

**C-4**

Francisco Chaviano  3/7/1953

APT    11/21/2019
         VITAL IMAGING CENTER-
         9835 SW 72 ST SUITE 109 KENDALL FL 33173


CPAP TITRATION
DIA ANTERIOR NO CAFE
NO CHOCOLATE
NO EJERCICIOS
NO DORMIR EN EL MEDIO DIA NI LA TARDE . LA CITA ES A LAS 8.00
PM
NO TALCOS NI PERFUMES NI CREMAS
EL PT DEBE IR EN PIJAMA DE 2 PIESAS

tel: 305 596 9992

**C-4**

**PRE-CERTIFICATION FORM**

**REFERRAL#:**     7569227

**Status:**     Approved

**Issue Date:**     11/8/2019     **Expire Date:**     2/8/2020

**Medicaid/QMB Eligibility:**          Not Active

| PATIENT INFORMATION | | |
|---|---|---|
| **Patient Name (Last, first):**<br>Chaviano Gonzalez, F | **Date of Birth:**<br>3/7/1953 | **Member ID#:**<br>HS800116-06 |

| PCP / REFERRING PROVIDER INFORMATION | |
|---|---|
| **Provider Name:**<br>Solis Lafont (LHM), Enrique (HSPN - Clinica Las Mercedes IPA (Miami Gardens)) | **Provider's Phone#:**<br>(305) 912-8603 |

| "REFERRED TO" PROVIDER INFORMATION | |
|---|---|
| **Referred to Specialist:**<br>Vital Imaging Diagnostic Centers LLC - (Hialeah) (Vital Imaging Diagnostic Centers LLC - (Hialeah)) | **Referred to Facility:** |
| **Provider's Address (Street, City,State,Zip):**<br>3320 Palm Ave<br>Hialeah, FL 330125241 | **Facility's Address (Street, City,State,Zip):** |
| **Provider's Phone#:**     (305) 596-9992<br><br>**Provider's Fax:**     (305) 596-0942 | **Facility's Phone#:**<br><br>**Facility's Fax:** |

| SERVICE(s) REQUESTED |
|---|

**Date Requested:**

11/8/2019

| ICD10 Code: | ICD Description: | | | |
|---|---|---|---|---|
| G47.33 | Obstructive sleep apnea (adult) (pediatric) | | | |
| **CPT Code:** | **CPT Description** | | **FFS DME** | **Qty Approved** |
| 95811 | POLYSOMNOGRAPHY, AGE 6 YEARS OR OLDER, SLEEP STAGING WITH 4 OR MORE ADDITIONAL PARAMETERS OF SLEEP, WITH INITIATION OF CONTINUOUS POSITIVE AIRWAY PRESSURE THERAPY OR BILEVEL VENTILATION, ATTENDED BY A TECHNOLOGIST | | | 1 |

| Additional Comments |
|---|

Note: PLEASE CONTACT HEALTHSUN HEALTH PLANS, INC FOR ADDITIONAL SERVICES NOT LISTED ABOVE. This certifies that the service requested is eligible for reimbursement only with the CPT Code listed subject to CMS verification of the Members Eligibility with HealthSun Health Plans on the date of service.

| SUBMIT ALL CLAIMS WITH THIS FORM TO: |
|---|

HealthSun Health Plans, Inc
P O Box 660143
Dallas, TX 75266-0143
Attn: Claims

| FAX REQUESTED TO (305) 448-4148 OR CONTACT (305) 969-8484 |
|---|

This document contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the address(s) named above. If you are not the recipient of this document, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this document is strictly prohibited. If you have received this document in error, please notify the originating party above by telephone (collect call if necessary) and return the original document to us at the above address via U.S. mail.

## PELIGRO EN LOS SERVICIOS MÉDICOS (C – 5).

Comencé a trabajar en "Clínica Las Mercedes"(Hoy Tu Salud Médical Center Transport), específicamente en la Franquicia sita en 900 Park Centre Blvd, Miami Gardens, FL 33169 en enero de 2019 y unos meses después invitado por los dueños, pasé mi seguro médico (Medicare y Medicaid) para este centro de salud para el adulto mayor. Es decir, que alrededor del mes de abril de 2019 pasé a ser paciente del lugar además de trabajador. Al principio todo estuvo bien y me apreciaban mucho, dada mi calidad de trabajador. En la segunda mitad de 2019 intuí que el FBI tenía que ver con las cosas indebidas que estaban ocurriendo en lo tocante a la apnea del sueño. Por entonces estaba realizando un estudio organizativo encomendado por el accionista principal de la Clínica Sr Ricardo López: El proyecto, le generaría eficiencia y mejora sustanciosa de los servicios sin aumentar los costos. Sin embargo, la Sra. Directora Idolaida Londeffer, se negó a aplicarlo y más allá bloqueó que se lo entregara a terceros (Empresa Las Mercedes). Esta negativa absurda y mal intencionada de la Directora, me hizo evidente que ya estaba reclutada por la contrainteligencia al servicio del Obama-Castro. Estaba impidiendo mi crecimiento económico, cosa que es uno de los objetivos de estos servicios secretos a instancia de los Castro. Sabía que ella había sido chantajeada porque eso es un axioma y la Clínica viola el contrato con el Medicare pasando al estatus de "medicare libre", a los pacientes que ingresan en un hospital, para no cubrir ese gasto que les pertenece.

En el mes de Abril/2021, me llama la secretaria del Dr. Roberto Fernández Castro, para un turno de revisión del tracto digestivo que había solicitado. Es muy habitual para mí hablar por teléfono con recepcionistas y secretarias de servicios médicos, como se podrá comprender. Por ello percibí muy extraña la forma de hablar de la secretaria del Dr. Fernández, parecía estar leyendo un libreto y no tenía el histrionismo debido, pero a pesar de todo como no me paso la vida pensando mal, pues acepté el turno que me estaba proponiendo para Mayo/7. Más tarde alguien me recordó que ese día, era aniversario de mi encarcelamiento en Cuba en 1994. Facilitado por el gobierno del expresidente Clinton como dádiva aduladora a Fidel Castro para que éste le permitiera levantar el embargo. Siendo así no podía aceptar esa fecha, porque estaba implícito un mensaje de los Servicios de Contrainteligencia que me anunciaba: Estaremos presente, listo para entrar a tu cuerpo a hacer lo que se nos dé la gana (Al que esto le suene enfermizo, lo convido a ver cómo ha sido utilizado por parte de la policía política, las fechas significativas y las cábalas de Castro, para hostigarme **(Ver E-1 y E-2)**. De modo que al siguiente día cuando fui a la Clínica solicité la cancelación explicando estos motivos. Me dijeron como si se tratara de una bobería, cambiar la fecha, pero le riposté que no podía ser nunca más con este médico, porque eso significaba que el Dr. Roberto Fernández Castro, había sido reclutado y estaría dispuesto a hacerme el daño que le indicaran. Le pedí una copia del turno de referencia a la trabajadora Yaisel Pérez, que se ocupa de ese asunto, pero se negó argumentando que ya no estaba en el sistema.

La dentista de la Clínica Dra. Claudia Ferro, me estaba haciendo un trabajo en la boca, que incluía instalarme cuatro implantes. Llegado el día, Abril 22/2021, me hicieron las extracciones y me pusieron una prótesis suelta. Que yo creí que se trataba de una provisional inmediata, que era lo acordado, pues debía esperar unas semanas para los implantes. De modo que no es hasta mediados de Mayo cuando le pregunto a la dentista sobre los implantes, que me entero por ella, la Dra. Ferro, de que esa era la prótesis definitiva y que no habría implantes. Le reclamo entonces que eso no había sido lo acordado y que yo no había autorizado a nadie a hacer algo así en mi cuerpo. Me respondió que eso era lo que había dispuesto la Sra. Idolaida Londeffer. Aquí también hay alguna responsabilidad de la dentista, porque órdenes que violan el derecho de los pacientes y constituyen un delito, no se ejecutan.

Eran tres agresiones graves de esta Clínica Las Mercedes contra mi integridad, por tanto, no podía permanecer atendiéndome allí. El 28 de Mayo me des enrolo de esta Clínica y paso a un "Medicare Libre". A la par de continuar trabajando allí hasta que consiga a donde irme, pero enseguida me fueron arriba las encargadas del tema sobre el por qué: a lo que yo respondía que deseaba mantener el trabajo separado de mi atención médica. Pero la insistencia siguió y escaló hasta llegar a los dueños, a ellos les dije que el FBI estaba metido allí creándome problemas, pero por lo demás fui evasivo pues quería mantener el trabajo hasta tener donde ir. Hasta que Idolaida Londeffer, directora de la Clínica y una de las dueñas, me dijo que me votaba del trabajo, fue entonces que le dije que yo sabía que era ella la que estaba colaborando con la

Contrainteligencia para hacerme daño y que por eso me había des enrolado. Me hizo entonces el último daño: Me botó del trabajo.

Debía tener un Médico Primario, para atenderme los problemas de salud pendientes que se truncaron en Clínica Las Mercedes y elegí al Dr. Manuel Bernal Torres MD de Baptist Health Primary Care Kendall Breeze. Sito en 12314 SW 127 Ave, Miami, FL 33186 quien como es habitual me ordenó un análisis de sangre que concerté en horas de la tarde del 26 para el siguiente día 27 a primera hora de la mañana 6:00 am. en Quest Diagnostics - Kendall Square, sito en 12554 SW 120th St, Miami, FL 33186. Llegué de primero y como tal pasé al recibidor, una enfermera llegó y preguntó por mi nombre convidándome a acompañarla entramos y pasamos por una serie de cubículos numerados en hilera, todos con la enfermera correspondiente en actitud de espera de pacientes, hasta el último que tenía el número 7, donde entramos y me extrajo la sangre. Evidentemente a ella le encomendaron mi caso con el libreto acostumbrado, se supone que debió tocarme el cubículo #1, pero el FBI quiso enviarme el mensaje de que estarían por mí donde quiera que fuera. Por tanto, decidí suspender todos los turnos médicos importantes que tenía (Le anexo documentos **Ver C-5**). De modo que el único servicio médico que seguiré será el que tengo en 8000 SW 117 Ave, Kendall con el Dr. Kenneth T. Wals MD, pues de no prorrogarlo, me quedaría ciego en poco tiempo, así es que tendré que continuar y confiar que mi doctor no falte a su ética médica.

A este punto hemos llegado, el FBI para complacer a los Castro, por órdenes que vienen desde Clinton y renovadas por Obama en su acuerdo Obama-Castro, me siembra el terror a los médicos que se prestan, sin el menor decoro, a ejecutar actos homicidas. ¡Qué pena por los galenos de este país! Pero estos laboratorios continuaron hostigándome y a pesar de que cobraron su dañino servicio el mismo día, pues yo tengo Medicare y Medicaid, empezaron a enviarme Billes. Por ese motivo fui al laboratorio a demandarles y por el posible show llamé a la policía e informé lo que iba hacer para que ellos se personaran y tomaran nota de mi demanda. Pero la policía en mi caso siempre llama al FBI y es este el que le dice que hacer, en este caso, ¡no ir! **(Ver F-9 y F-10)**

## TRASLATION: DANGER IN MEDICAL SERVICES (C – 5).

I started working at "Clínica Las Mercedes" (Today Tu Salud Médical Center Transport), specifically at the Franchise located at 900 Park Center Blvd, Miami Gardens, FL 33169 in January 2019 and a few months later, invited by the owners, I passed my insurance doctor (Medicare and Medicaid) for this senior health center. In other words, around April 2019 I became a patient at the place as well as a worker. At first everything was fine and they appreciated me a lot, given my quality as a worker. In the second half of 2019 I sensed that the FBI had something to do with the wrong things that were happening when it came to sleep apnea. At that time, he was carrying out an organizational study commissioned by the main shareholder of the Clinic, Mr. Ricardo López: The project would generate efficiency and a substantial improvement in services without increasing costs. However, the Director, Idolaida Londeffer, refused to apply it and furthermore blocked it from being delivered to third parties (Las Mercedes Company). This absurd and ill-intentioned refusal by the Director made it clear to me that she was already recruited by counterintelligence at the service of Obama-Castro. It was preventing my economic growth, which is one of the objectives of these secret services at the behest of the Castros. She knew that she had been blackmailed because that is an axiom and the Clinic violates the contract with Medicare by transferring patients admitted to a hospital to "free medicare" status, to not cover that expense that belongs to them.

In the month of April / 2021, the secretary of Dr. Roberto Fernández Castro called me for an endoscopic review appointment that he had requested. It is very common for me to speak on the phone with receptionists and medical service secretaries, as you can understand. For this reason, I perceived the way Dr. Fernández's secretary spoke very strange, she seemed to be reading a script and did not have the histrionics, but despite everything, since I do not spend my life thinking badly, I accepted the turn that I was proposing for May / 7. Someone later reminded me that that day was the anniversary of my imprisonment in Cuba in 1994. Provided by the government of former President Clinton as a flattering gift to Fidel Castro so that he

would allow him to lift the embargo. That being the case, I could not accept that date, because a message from the Counterintelligence Services was implicit that announced to me: We will be present, ready to enter your body to do whatever we want (If this sounds sick to you, I invite you Let's see how it has been used by the political police, the significant dates and Castro's cabal, to harass me (See E-1 and E-2). So the next day when I went to the Clinic I requested the cancellation explaining These reasons. They told me as if it were nonsense, change the date, but I replied that it could never be with this doctor again, because that meant that Dr. Roberto Fernández Castro had been recruited and would be willing to do the job for me. damage indicated to him I asked the worker Yaisel Pérez, who is in charge of this matter, for a copy of the referral shift, but she refused, arguing that she was no longer in the system.

The dentist at the Dr. Claudia Ferro Clinic was doing work on my mouth, which included installing four implants. On April 22/2021, I had the extractions done and a loose prosthesis was placed on me. That I thought it was an immediate provisional, which was agreed, since I had to wait a few weeks for the implants. So it is not until mid-May when I ask the dentist about implants, that I find out from her, Dr. Ferro, that this was the definitive prosthesis and that there would be no implants. I claim then that that had not been agreed and that I had not authorized anyone to do something like that in my body. She replied that that was what Mrs. Idolaida Londeffer had arranged. Here there is also some responsibility of the dentist, because orders that violate the right of patients and constitute a crime, are not executed.

There were three serious attacks by this Las Mercedes Clinic against my integrity, therefore, I could not remain treating me there. On May 28, I signed up from this Clinic and went to "Free Medicare". As well as continuing to work there until I get somewhere to go, but right away the people in charge of the issue came up to me about why: to which I replied that I wanted to keep work separate from my medical care. But the insistence continued and escalated until it reached the owners, I told them that the FBI was in there creating problems for me, but otherwise I was evasive because I wanted to keep my job until I had a place to go. Until Idolaida told me that she was voting for me from work, it was then that I told her that I knew that she was the one who was collaborating with the Counterintelligence to harm me and that is why she had disenrolled me. She did the last damage to me then: she fired me from work.

I had to have a Primary Physician, to take care of the pending health problems that were truncated at Clínica Las Mercedes and I chose Dr. Manuel Bernal Torres MD from Baptist Health Primary Care Kendall Breeze. Located at 12314 SW 127 Ave, Miami, FL 33186 who as usual ordered a blood test that I arranged in the afternoon of the 26th for the following day 27 at 6:00 am early in the morning. at Quest Diagnostics - Kendall Square, located at 12554 SW 120th St, Miami, FL 33186. I arrived first and as such I went to the lobby, a nurse arrived and asked for my name inviting me to accompany her. We entered and passed through a series of cubicles numbered in row, all with the corresponding nurse in an attitude of waiting for patients, until the last one who had number 7, where we went in and took my blood. Obviously she was entrusted with my case with the usual script, she was supposed to have touched cubicle # 1, but the FBI wanted to send me the message that they would be there for me wherever I went. Therefore, I decided to suspend all the important medical appointments that I had (I annex documents See C-5). So the only medical service that I will follow will be the one I have at 8000 SW 117 Ave, Kendall with Dr. Kenneth T. Wals MD, because if I did not extend it, I would go blind in no time, so I will have to continue and trust that my doctor does not violate his medical ethics.

At this point we have reached, the FBI to please the Castros, by orders that come from Clinton and renewed by Obama in his Obama-Castro agreement, terrorizes the doctors who lend themselves, without the least decorum, to carry out acts murderers. What a shame for the doctors of this country! But these laboratories continued to harass me and even though they charged for their harmful service the same day, since I have Medicare and Medicaid, they started sending me Billes. For that reason I went to the laboratory to sue them and because of the possible show I called the police and reported what I was going to do so that they would appear and take note of my demand. But the police in my case always call the FBI and it is this that tells them what to do, in this case, not to go! (See F-9 and F-10)

C-5

## TERROR AL SERVICIO MÉDICO Terror al servicio médico fue el resultado para mí de esta prueba de laboratorio, que significó que el FBI estaría presente en todo y con ellos el G-2 cubano, por los acuerdos Obama-Castro.

26/7/2021                                                    Schedule Appointment - Confirmation

 Quest Diagnostics·

Patient
**Francisco**

Location                                     Reason for visiting
**Quest Diagnostics – Kendall Square**       **All Other Tests**
12554 SW 120th St.
Miami FL 33186-9041

Date and Time
**July 27, 2021**
**6:30 AM**



**PUFEDA**
Scan above code at the
kiosk and take a seat.
You'll be called when it's
your turn.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## What else do I need to know?

**Location Details**

**Quest Diagnostics - Kendall Square**
12554 SW 120th St.
Miami, FL 33186-9041

**Still can't find it?**
South Kendall Square-Behind the Bank of America. 4th Wed of every month site will close at 1pm

**Need Additional help?**
Call this location at (305) 2535008

**Fasting Details**

It depends on the type of blood test you're having. The healthcare professional arranging your test will tell you if you need to do anything to prepare for it.

You can eat and drink as normal before some blood tests. But if you're having a "fasting blood test", you will be told not to eat or drink anything (other than water) beforehand. You may also be told not to smoke before your test.

**Additional Details**

You can eat and drink as normal before some blood tests. But if you're having a "fasting blood test", you will be told not to eat or drink anything (other than water) beforehand. You may also be told not to smoke before your test.

© Quest, Quest Diagnostics, the associated logo, Nichols Institute, and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third-party marks—®' and ™—are the property of their respective owners. © 2000-2019 Quest Diagnostics Incorporated. All rights reserved.

**C-5**

## Baptist Health Primary Care Kendall Breeze

[ ] Bill Physician  [ ] Bill Patient/Insurance  [ ] Waiver

| | | | |
|---|---|---|---|
| Name: | **Chavianogonzalez, Francisco** | Nursing Unit: | Baptist Health Primary Care Kendall Breeze |
| Date of Birth: | 03/07/1953 | Phone: | Fax: |
| MRN: | 10620992 | Room/Bed: | Exam Room 1 |
| Age/Sex: | 68 Years / Male | FIN: | **909644636** |

### Referral Requisition Order ID: 6603277133

| | | |
|---|---|---|
| Patient Address: | 15149 SW 173 Terrace | Hm#: |
| | Miami, FL 33186 | Cell Ph#: (407)860–9511 |
| Emergency Contact:Aguililla, Ana | | EM Ph: (786)879–3867 |
| Guarantor: Chavianogonzalez, Francisco | | Guar MRN: |
| Employer:  Ph: | | Guar. DOB: 03/07/53 |

| | | |
|---|---|---|
| Primary Insurance: Medicare A | | |
| Address: | 15149 SW 173 Terrace | Policy#: 4QE6CH9AN62 |
| | Miami FL 33186 | Group#: |
| Subscriber: | Chavianogonzalez, Francisco | Pt. Rel. to Sub: Self |

| | | |
|---|---|---|
| 2nd Insurance: | Medicare B | |
| Address: | 15149 SW 173 Terrace | Policy#: 4QE6CH9AN62 |
| | Miami FL 33186 | Group#: |
| Subscriber: | Chavianogonzalez, Francisco | Pt. Rel. to Sub: Self |

Order:     REFERRAL AMBULATORY
CPT4:

| | | |
|---|---|---|
| Ordering Date: 07/23/21 13:39 EDT | | Comm. Type: Electronic |
| Ordering MD: Torres, Manuel Bernard MD | | Dr#: |
| Ordered By:   Torres, Manuel Bernard MD | | Order Action: Order |

Referred To Provider:          ·     Ji, Lunan MD
                                      6200 SW 72 Street, Suite 604
                                      Miami, FL 33143
                                      (786) 662–5610
Requested Start Date/Time:            07/23/21 13:39:00 EDT
Specialties:                          Urology

Comments:
ICD10 Description:   Male erectile dysfunction, unspecified      ICD10 Code:  N52.9
Electronically Signed By : Torres, Manuel Bernard MD
Special Instruction:

*Cancelado por falta de confianza*

*Cita Agosto 18 a las 8:30 am.*

C-5

## Baptist Health Primary Care Kendall Breeze

[ ] Bill Physician  [ ] Bill Patient/Insurance  [ ] Waiver

| | | | |
|---|---|---|---|
| Name: | **Chavianogonzalez, Francisco** | Nursing Unit: | Baptist Health Primary Care Kendall Breeze |
| Date of Birth: | 03/07/1953 | Phone: | Fax: |
| MRN: | 10620992 | Room/Bed: | Exam Room 1 |
| Age/Sex: | 68 Years / Male | FIN: | **909644636** |

### Referral Requisition Order ID: 6602798609

| | | |
|---|---|---|
| Patient Address: | 15149 SW 173 Terrace | Hm#: |
| | Miami, FL 33186 | Cell Ph#: (407)860–9511 |
| Emergency Contact:Aguililla, Ana | | EM Ph: (786)879–3867 |
| Guarantor: Chavianogonzalez, Francisco | | Guar MRN: |
| Employer:   Ph: | | Guar. DOB: 03/07/53 |

| | | |
|---|---|---|
| Primary Insurance: | Medicare A | |
| Address: | 15149 SW 173 Terrace | Policy#: 4QE6CH9AN62 |
| | Miami FL 33186 | Group#: |
| Subscriber: | Chavianogonzalez, Francisco | Pt. Rel. to Sub: Self |
| 2nd Insurance: | Medicare B | |
| Address: | 15149 SW 173 Terrace | Policy#: 4QE6CH9AN62 |
| | Miami FL 33186 | Group#: |
| Subscriber: | Chavianogonzalez, Francisco | Pt. Rel. to Sub: Self |

| | |
|---|---|
| Order:   REFERRAL AMBULATORY | |
| CPT4: | |
| Ordering Date: 07/23/21 13:28 EDT | Comm. Type: Electronic |
| Ordering MD: Torres, Manuel Bernard MD | Dr#: |
| Ordered By:   Torres, Manuel Bernard MD | Order Action: Modify |

Referred To Provider:
.   Martel, Jerry MD
8200 SW 117 Avenue, Suite 110
Miami, FL 33183
(305) 274–5500

Requested Start Date/Time:   07/23/21 13:21:00 EDT
Specialties:   GI

Comments:
ICD10 Description:   Family history of malignant neoplasm of   ICD10 Code: Z80.0
digestive organs
Electronically Signed By : Torres, Manuel Bernard MD
Special Instruction:

*Cancelado por falta de confianza*

*C:Ya.   Agosto 31 a las 9:15 a.m.*

C-5

## Baptist Health Primary Care Kendall Breeze

[ ] Bill Physician  [ ] Bill Patient/Insurance  [ ] Waiver

| | | | |
|---|---|---|---|
| Name: | **Chaviangonzalez, Francisco** | Nursing Unit: | Baptist Health Primary Care Kendall Breeze |
| Date of Birth: | 03/07/1953 | Phone: | Fax: |
| MRN: | 10620992 | Room/Bed: | Exam Room 1 |
| Age/Sex: | 68 Years / Male | FIN: | **909644636** |

### Referral Requisition Order ID: 6603266953

| | | | |
|---|---|---|---|
| Patient Address: | 15149 SW 173 Terrace | Hm#: | |
| | Miami, FL 33186 | Cell Ph#: | (407)860-9511 |
| Emergency Contact: Aguililla, Ana | | EM Ph: | (786)879-3867 |
| Guarantor: Chaviangonzalez, Francisco | | Guar MRN: | |
| Employer:  Ph: | | Guar. DOB: | 03/07/53 |

Primary Insurance: Medicare A
Address: ➡ 15149 SW 173 Terrace         *28545 SW 112 ͭ ͪ PL*         Policy#: 4QE6CH9AN62
Miami, FL 33186         *Homestead, FL, 33052*         Group#:
Subscriber: Chaviangonzalez, Francisco         Pt. Rel. to Sub: Self

2nd Insurance: Medicare B
Address: 15149 SW 173 Terrace         Policy#: 4QE6CH9AN62
Miami FL 33186         Group#:
Subscriber: Chaviangonzalez, Francisco         Pt. Rel. to Sub: Self

| | | |
|---|---|---|
| Order: | REFERRAL AMBULATORY | |
| CPT4: | | |
| Ordering Date: 07/23/21 13:35 EDT | | Comm. Type: Electronic |
| Ordering MD: Torres, Manuel Bernard MD | | Dr#: |
| Ordered By:  Torres, Manuel Bernard MD | | Order Action: Order |

Referred To Provider:          · Arrieta, Agustin Javier MD
8940 North Kendall Drive Suite 504E
Miami, FL 33176
(305) 595-6200
Requested Start Date/Time:          07/23/21 13:35:00 EDT
Specialties:          ENT

Comments:
ICD10 Description:  Obstructive sleep apnea (adult) (pediatric)          ICD10 Code:  G47.33
Electronically Signed By : Torres, Manuel Bernard MD
Special Instruction:

*Sep17 − 8.15 A:m*
*Cancelado por*
*Falta de confianza*

**C-5**



PO Box 740795
Cincinnati, OH 45274-0795

AV 01 232688 738048640 E**5DGT

FRANCISC CHAVIANOGONZALEZ
15149 SW 173RD TER
MIAMI FL 33187 8205

### Laboratory bill

Page 1 of 2

For services not included in your physician's bill

| Bill date | Amount due | Due date |
|---|---|---|
| Dec. 14, 2021 | $222.73 | UPON RECEIPT |

| Account number | Lab code |
|---|---|
| 8229176-QQUD1-10 | ZOT |

Patient Name    FRANCISC CHAVIANOGONZALEZ
Guarantor Name  FRANCISC CHAVIANOGONZALEZ
Service Date    July 27 2021

Lab results and diagnosis questions must be answered by
your physician

Customer Service
LOG ON NOW at MYDocBill com/Quest to conveniently pay your invoice
provide updated insurance information or take a patient survey

Please have your bill available for reference

See statement details on back

## FINAL NOTICE

Our records indicate you have not responded to our initial notice and your account is still outstanding. If you have
made a payment within the last 10 days, please disregard this notice

This is the final notice you will receive before your account is referred to a licensed collections agency
You can resolve your outstanding balance through the following methods
- Visit our website at **MyDocBill.com/Quest**
  - **Live Chat** - during standard business hours
- Call our automated phone system 24/7 at **1.866.254.3859**
- Utilize our Call Center at **1.866.254.3859** during standard business hours

Once the account has been sent to the collection agency, payment arrangements and any other communications
will need to be handled with the agency

### 3 easy ways to pay

Scan the
QR code
at right



Pay online
MyDocBill com/Quest
Live Chat during normal
business hours

Pay by phone
1.866.254.3883

▲ Please fold and tear along the perforation and send with payment in the envelope provided ▲



Log on now Pay your bill online securely at
MyDocBill com/Quest or call 1 866 254 3883

Make checks payable to Quest Diagnostics
Please include invoice number on check

Forms of payment accepted include

   

| Amount due: | | | $222.73 |
|---|---|---|---|
| Due date: | Account number: | Invoice number: | |
| UPON RECEIPT | 8229176-QQUD1-10 | 14871607 | |

Patient Name: FRANCISC CHAVIANOGONZALEZ

| Amount enclosed | $ |
|---|---|

**MAIL PAYMENTS ONLY TO:**

QUEST DIAGNOSTICS
PO BOX 740795
CINCINNATI  OH 45274 0795

1457150700022273000008229176qUD17

**Tema E**

**Temática E.**

**ACOSO VIOLATORIO DE LA PRIVASIDAD**

**AGENT VOUCHER (FBI) / VALE DE AGENTE (FBI)**

One week after the conversation with the FBI Official, who I later identified as Mr. George L. Piro, Special Agent in Charge. To whom did I report the attacks that my person and family were being subjected to in Miami and Orlando, and I thought it was the Cuban DGI. They began to harass me a week later in the style of the Cuban Political Police. One of the agents, Enrique Cruz, made the mistake of pouring gasoline from what I could identify. I notified the FBI of this, they scolded him and then he made it worse, because he approached my co-worker to justify himself, which corroborated what I am stating here.

Una semana después de la conversación con el Oficial del FBI, que luego identifiqué como, Sr George L. Piro, agente especial a cargo. A quién denuncié las agresiones de que estábamos siendo objeto mi persona y familia en Miami y Orlando, y yo pensaba que era el DGI cubano. Comenzaron a hostigarme una semana después al estilo de la Policía Política cubana. Uno de los agentes, Enrique Cruz, cometió el error de echar gasolina por lo que lo pude identificar. Esto se lo notifiqué al FBI, lo regañaron y luego lo empeoró, pues abordó a mi compañero de trabajo para justificarse, con lo que corroboró lo que aquí expongo.



**Tema E**

## EVIDENCIA DE VIOLACIONES AL DOMICILIO

1/1/2015                    Gmail - SOLICITUD DE REVISAR INSTALACION APARENTEMENTE ALTERADA



Francisco Pastor Chaviano González <franciscochaviano@gmail.com>

### SOLICITUD DE REVISAR INSTALACION APARENTEMENTE ALTERADA
1 mensaje

**Francisco Pastor Chaviano González** <franciscochaviano@gmail.com>        10 de diciembre de 2015, 15:28
Para: AT&T U-verse <attuverse@online.att-mail.com>

AT&T:
Mi vecino Sandro, que también tiene servicio con ustedes, en el día de hoy diciembre 10 descubrió que el registro de internet estaba abierto con las conexiones desparramadas como si alguien hubiera estado haciendo algo en ella y luego se retiro de prisa dejándola  en esas condiciones. El me informo que les llamo para ponerles al corriente, necesitamos que un especialista llo revise para ver si todo esta bien. Le adjunto las fotos que tomamos cuando el vecino me aviso.



**20151210_142317[1].jpg**
3189K



Evidencia de acción de hostigamiento en fecha relevante Dic 10 /2015 Aniversario de la "Declaración Universal de Derechos Humanos". Como se ve en la foto de la derecha hicieron lo mismo con el receptor interior. Como saben los que me conocen, dediqué mi vida a la lucha por los Derechos Humanos en Cuba. De modo que este uso en su conmemoración es una burla tácita, que repiten casi todos los años. Además, en este caso me están diciendo: "Entramos a tu casa cuando queramos."

**TRASLATION**: Evidence of harassment action on a relevant date Dec 10 / 2015 Anniversary of the "Universal Declaration of Human Rights". As seen in the photo to the right they did the same with the inner receiver. As those who know me know, I dedicated my life to the fight for Human Rights in Cuba. So that this use in its commemoration is a tacit mockery, which is repeated almost every year. Also, in this case they are telling me: "We can enter your house whenever we wan

### AT&T

Mi vecino Sandro, que también tiene servicio con ustedes, en el día de hoy Diciembre10 descubrió que el registro de Internet estaba abierto con las conexiones desparramadas como si alguien estuviera haciendo algo en ella y luego se retiró de prisa dejándolas en esas condiciones. El me informó que les llamó para ponerles al corriente, necesitamos que un especialista lo revise para saber si todo está bien. Le adjunto las fotos que tomamos cuando el vecino me avisó.

**TRASLATION**: My neighbor Sandro, who also has service with you, today December 10 discovered that the Internet registry was open with the connections scattered as if someone was doing something on it and then he quickly retired leaving them in that condition. He informed me that he called them to update them, we need a specialist to check it out to see if everything is okay. I enclose the photos we took when the neighbor told me.

**FOTOS DE LA PANTALLA DE MI TELÉFONO (marzo – abril de 2016)  /  PHOTOS FROM MY PHONE SCREEN (March-April 2016)**



Las llamadas entrantes con el símbolo +N, son de hostigamiento en respuesta a los envíos de cartas al presidente Obama, fueron más de 10 llamadas hechas cuando estaba durmiendo o bañándome en todos los casos, de modo que nunca pude responder a tiempo (Esto es un indicativo que me estaban observando en la intimidad). La llamada saliente +6(2) que ejecuté en al menos dos ocasiones, eran respondidas por una máquina que solicitaba un código de acceso.

The incoming calls with the + N symbol are of harassment in response to the letters sent to President Obama, there were more than 10 calls made while sleeping or bathing in all cases, so that I could never respond in time (This is an indicative that I was observed in my privacy). The outgoing call   +6 (2) that was executed on at least two occasions, was answered by a machine that requested an access code.

# Tema F: DENUNCIAS ANTE LAS AUTORIDADES

**Las denuncias presentadas ante las autoridades: La policía, la Fiscalía o a los Senadores y Representantes Cubanos, siempre cayeron en saco roto.**

**AQUÍ SOLO REPRODUCIREMOS LAS QUE SON UNA EVIDENCIA DE LA COLABORACIÓN OBAMA-CASTRO**

En el momento que se elaboraron estas denuncias **F-1 y F-2**, aún no conocía la existencia del Obama-Castro, aunque cómo verán si estaba apercibido de que había una asistencia de muy alto nivel de este país a los Castro, de donde se desprendía la colaboración FBI con el G-2 contra los opositores cubanos en general, con énfasis en mi persona. Aunque luego pude identificar algunos casos cuya situación era más grave que la mía. Si en **F-1**, las agresiones eran contra mi familia y persona aquí en Miami, en **F-2** ocurre lo mismo en Cuba contra nuestra familia. Ya antes en el momento de nuestra salida de Cuba, la SINA nos había engañado en colaboración con los Castro para sacarnos del país y luego castigar a nuestros familia. Nos habían asegurado, que darían la salida a nuestro sobrino Leonardo Pérez que vivía con nosotros desde hacia muchos años y a mi hermano Alberto Chaviano que se ocupó de mi cuando estaba en la Prisión. Como Leonardo vivía con nosotros, dijimos que no nos íbamos sin él. Entonces acudieron a una treta entre ambos gobiernos: lo procesaron antes de irnos y el día anterior le aprobaron el programa de refugiados y quedó en suspenso para dos días después por la falta de un documento que le entregarían las autoridades cubanas al siguiente día. Así las cosas, confiamos en la SINA y salimos de Cuba. Al siguiente día suspendieron a nuestro sobrino y poco después le comunicaron a mi hermano Alberto Chaviano que como ya nosotros no estábamos en Cuba le habían dado de baja del Programa de Refugiados. Poco tiempo después, como temíamos el gobierno cubano lo encarceló y sancionó como cuento en **F-2**. Y para rematar, unos años más tarde el oficial del G-2 Rodrigo Pablo Sosa quien lo encarceló vino a vivir a Miami Beach donde reside actualmente acogidos de buena gana. En cambio mi hermano Alberto Chaviano, tuvo que entrar por la frontera recientemente huyendo de la represión de que era objeto.

## Topic F: COMPLAINTS BEFORE THE AUTHORITIES

**The complaints presented to the authorities: The police, the Prosecutor's Office or the Cuban Senators and Representatives, always fell on deaf ears.**

**HERE WE WILL ONLY REPRODUCE THOSE THAT ARE EVIDENCE OF OBAMA-CASTRO COLLABORATION**

At the time these complaints F-1 and F-2 were prepared, he still did not know of the existence of Obama-Castro, although how will they see if he was aware that there was very high-level assistance from this country to the Castros, from where The FBI collaboration with the G-2 against Cuban opponents in general, with emphasis on me, was revealed. Although later I was able to identify some cases whose situation was more serious than mine.

If in F-1, the attacks were against my family and person here in Miami, in F-2 the same thing happens in Cuba against our family. Already before, at the time of our departure from Cuba, the SINA had tricked us in collaboration with the Castros to get us out of the country and then punish our families. They had assured us that they would release our nephew Leonardo Pérez, who had lived with us for many years, and my brother Alberto Chaviano, who took care of me when I was in prison. Since Leonardo lived with us, we said we weren't leaving without him. So they resorted to a ruse between both governments: they processed him before we left and the day before they approved the refugee program and it was suspended for two days later due to the lack of a document that the Cuban authorities would deliver to him the next day. This being the case, we trusted the SINA and left Cuba. The next day they suspended our nephew and shortly after they told my brother Alberto Chaviano that since we were no longer in Cuba, they had dropped him from the Refugee Program. A short time later, as we feared, the Cuban government imprisoned him and sanctioned him as a story in F-2. And to top it off, a few years later the G-2 officer Rodrigo Pablo Sosa, who imprisoned him, came to live in Miami Beach where he currently resides with good graces. On the other hand, my brother Alberto Chaviano recently had to enter the border fleeing from the repression to which he was subjected.



Francisco Pastor Chaviano González <franciscochaviano@gmail.com>

---

## DENUNCIA SOBRE AGRESIÓN DE INTELIGENCIA CUBANA (RECTIFICACIÓN)
4 mensajes

**Francisco Pastor Chaviano González** <franciscochaviano@gmail.com>            19 de febrero de 2014,
Para: miami@ic.fbi.gob                                                                                        6:03

Febrero 7 de 2014

A: Oficina FBI Miami

De: Francisco Chaviano González, residente en 6848 SW 38 St, Miami. Tel (407) 860 9511

Quien suscribe ex prisionero de conciencia que más años de prisión cumplió en las ergástulas cubanas por mi activismo opositor, en cuyo devenir compartí con la representación de este país algunos logros notables, entre ellos: probar la farsa del Parlamento cubano en Naciones Unidas presentando la carta anexa al programa de política exterior de Cuba que me entregara el Diputado a la Asamblea Nacional por Placetas José Antonio Pérez, con la cual la misión norteamericana en Naciones Unidas (NU) humilló a la cubana en 1994 (el Sr. Cristofer Sibila de la Secretaría de Estado puede corroborar esto y otras muchas cosas).

Días después de este incidente en Naciones Unidas (NU) me detuvieron y condenaron a 15 años de cárcel que me hicieron cumplir completos con ensañamiento, no solo contra mi persona, sino también contra mi familia. Desde entonces no he tenido descanso y sé que estoy en la lista negra de enemigo de Fidel Castro, contra los cuales acciona inexorablemente su maquinaria criminal.

Cuando salí de prisión me esperaban algunos ex compatriotas que habían sido quebrados y reclutados por la poderosa maquinaria de la policía política cubana (Dpto 21). Estos siguiendo los intereses del D-21 trataron durante varios años, de incriminarme como malversador utilizando técnicas y asistencia de la policía política en tres intentonas bien definidas, la última de estas celadas fue escenificada frente a la Sección de Intereses de este país en la Habana, filmada por la Contrainteligencia cubana para exhibirlo en You Tube. Pero no solo los servicios cubanos estaban en el asunto, se pudo conocer que alguien poderoso en este país estaba también vinculado al incidente, puesto que varias personas conocieron un mes antes que se accionaría en mi contra con el ánimo de aniquilarme. El propio señor Alex Felipe, que llevaba desde este país la publicación de nuestro blog la revista Cambio Debate Cuba, me dijo por correo: "No te puedes imaginar la presión tan grande que me hacen para que deje de apoyarte, proviene de un nivel muy alto". La cosa concluyó en que tuve que salir de Cuba contra mis deseos, utilizando una visa que este país me había concedido 22

años atrás y que se conservaba en activo para el día que yo la necesitara.

A poco de llegar acá comencé a sentir el accionar de la inteligencia cubana, algo que por experiencia de años conozco muy bien y sé que se presenta como hechos de desventura muy casuales. La escalada fue en aumento hasta que en el 2do tercio del pasado año (2013), el motor del camión de mi hijo se funde a la entrada de New York con lo que perdió el mismo; a este hecho muy casual, se

**F-1**.2

suma que dos semanas después le sucede lo mismo al otro camión de su compañía, vehículo que estaba en muy buenas condiciones; quedando claro para mí, dado los años de experiencias vividas en estos avatares, que se trata de un sabotaje.

Le conté lo sucedido al Sr. Orlando Gutiérrez Boronas, presidente de la organización Directorio Democrático Cubano, quien me estuvo representando en solitario durante sus primeros 5 años de existencia, y él coincidió con mi valoración y quedó en presentarme un amigo del FBI para iniciar la investigación pertinente.

El encuentro con el oficial en cuestión tuvo lugar a mediados de agosto de 2013 en un restaurant, presentándome el señor en cuestión como un importante oficial del FBI. El Sr. Gutiérrez fungía como traductor, después de trasladarle las cosas que habían sucedido y decirle que estaba a su disposición, me preguntó si tenía trabajo, también me hizo saber que al final quería tener un contacto privado con el Sr. Orlando. El mismo tuvo lugar en el parqueo del local y resultó demasiado extenso.

Una semana después se desató una oleada de acciones de inteligencia contra mí: una persona que decía conocerme de mi pueblo en Cuba, se presentó en mi trabajo cuando iba a comenzar mi turno a las 10 pm en Tamiami Petrol 12805 SW 137 Avenida, para ofrecerme un trabajo muy bueno, a la altura de mi personalidad según dijo y me dejó su teléfono. Esto quedó registrado en el video de seguridad de la instalación, lo que incluye foto de la persona y placa del vehículo en que vino como elemento de identificación. En breve reconocí una acción de inteligencia encaminada a desestabilizarme provocando la perdida de mi empleo, llamé al Sr. Orlando Gutiérrez, le conté lo sucedido y le dije que teníamos "punta" para que el FBI diera con la red que estaba detrás del individuo, le pedí que informara al oficial del caso, así como mi disposición a seguir la trama siempre que el FBI se comprometiera a reponerme el trabajo. La actitud del mismo fue evasiva, me dio la razón, pero, ante mi asombro, me disuadió para que desestimara el asunto.

En Cuba, si una persona llama a la policía política y le dice que fue abordado por un agente CIA, en pocos minutos los oficiales están en el lugar, es un axioma que se cumple para todas las contrainteligencias del mundo, porque todas tienen formas similares de actuar. De aquí que no se podrá negar que lo ocurrido es algo bien extraño y por tanto un indicativo de que algo anda mal.

Le sigue una cadena de acciones, gente que se personan en mi trabajo para hacerse notar cual agente de la inteligencia castrista, lo cual es un acto intimidatorio; penetran en mi automóvil y dejan las puertas abiertas; me provocan roturas del mismo; entran en mi domicilio; borran documentos de mi computador; me introducen virus para

inutilizar el mismo. En septiembre hicieron que el servicio de AT&T de internet que había solicitado se demorara casi tres meses con diferentes pretextos, el principal una reparación de líneas que resultaba una burla evidente; me pregunto si la inteligencia cubana fue la responsable de esto. Estoy seguro de que si, pero en el trasfondo, en el primer plano son otras las manos.

La acción punitiva no para, recientemente un individuo se personó en mi trabajo y hacía cosas para hacerse notar como en lo que llaman "la guardia japonesa", me pidió $100 dólares de combustible con tarjeta a nombre Enrique Cruz y echó solo $7.82, les anexo copia. Reconocí en el individuo a uno que estuvo en un operativo anterior. En aquella ocasión me topé con él en un SUV Mercury 2013 color mostaza aparcado frente a la puerta del fondo donde nunca hay nadie y me realizó algunas preguntas insulsas (no es común que yo salga por ahí, esto señala el grado de observación de que estaba siendo objeto), luego el hombre permaneció en el lugar durante una hora ocupando las bombas sin echar combustible, cosa que también informé.

**F-1**.3

Todas las cosas que me fueron sucediendo se las fui informando sin ningún resultado. No les cargo las numerosas cosa que hace la contrainteligencia cubana en mi país, con el ánimo de anularme cortándome vínculos importantes y otros para no atiborrarlos con cosas que no están en su competencia.

En los primeros días de diciembre pasado llamé a esa oficina para informar de las irregularidades que estaban teniendo lugar y quedaron en que un oficial me visitaría para conversar sobre el tema, me quedé esperándolo. El pasado día febrero 5 recorrí 30 millas para visitar esa oficina y dar más seriedad a estas denuncias. Luego de los trámites previos me senté a esperar por un oficial del departamento de enfrentamiento a la actividad de inteligencia enemiga. Al poco rato sale un oficial y pregunta algo a la recepcionista señalando para mi persona, tras el cristal que mediaba se le percibía contrariado; pocos minutos después la recepcionista me dijo que el oficial de estos casos había salido con urgencia para atender un robo en un banco (menuda manera de decir que no me quiso atender); agregó que había otro oficial pero me atendería por teléfono. Consideré lo que estaba ocurriendo una falta del debido respeto a mi persona y le respondí que ya no deseaba hablar con nadie y me marché.

Al parecer, mi presencia no está siendo grata en esa oficina del FBI. Esto me preocupa porque siempre he sentido un gran respeto por esa institución, que es uno de los garantes de la salvaguarda de este país de quien he sido siempre un amigo probado y el que me ayudó dando cobija a mis hijos y finalmente a mi persona, cuando después de haber cumplido 15 años de prisión con decoro, la acción de la policía política promovió tantas traiciones y fuego amigo contra mi persona que tuve que abandonar mi país.

Estoy ante un grave problema que espero comprendan y es que no me puedo retirar de esta denuncia ante ustedes, porque mi enemigo no dejaría de actuar si así lo hiciera. Me preocupa que la intentona por dejarme sin trabajo para desestabilizarme se presente con otra cara y a pesar de que los dueños aprecian mi trabajo, se vean

compulsados de alguna manera a despedirme. O que, al igual que las casualidades que destruyeron los camiones de mi hijo, mañana un corto circuito prenda fuego al Daicare de mi hija y lo pierda, por citar un ejemplos, pero como sé y ustedes conocen que el mal de casualidades prefabricadas suele contar con un caudal enorme, declaro: que no aceptaré casualidades y que cualquier cosa que le suceda a mi familia será responsabilidad de los implicados antes descrito, fundamentalmente el gobierno cubano.

**F-1**.4

TRADUCCIÓN

February 7, 2014

From: Francisco Chaviano Gonzáles,

6848 SW 38 St, Miami

Phone: 407 860 9511

The one who signs this letter is the ex- prisoner of conscience that had to serve the most amounts of years in prison because of his activities in opposition to the Cuban government.

By that time, I had shared some political achievements with the representation of this country, like showing in UN the farce of the Cuban Parliament in 1994. A former deputy, José Antonio Perez, gave me a letter attached to the foreign policy of Cuba which the American representation in UN used later to humiliate the Cuban representation (Mr. Cristofer Sibila, from The State Secretariat can corroborate this and other aspects of my work).

Some days after this incident in UN I was sentenced to 15 years in prison. The Cuban government made me served all of them with enragement, not only against me but also against my family. I have not had a rest since then and I know I am on "the black list" as an enemy of Fidel Castro. His criminal and repressive system acts on an inexorably way against the ones who are on it.

When I was released some of my former fellows that had been recruited by the political police (Department 21) were waiting for me. They followed the D-21 orders and tried to

incriminate me as an embezzler in three different occasions. The last one occurred in front of the United States Interest Section in Havana and was recorded by the Cuban counter- intelligence to show it at You Tube. Later we knew that a powerful person from this country was also related to the incident due to the fact that some people were aware of the actions against me a month before they happened. M r. Alex Felipe, a friend that helped us to publish our blog Cambio Debate Cuba, told me by mail: "You cannot imagine the great pressure over me to stop my support to you; it comes from a high level." At last I had to leave Cuba against my desire using a visa that this country had given me 22 years before (I preserved it active just in case I needed it)

Shortly after my arrival to this country, I started to feel the actions of the Cuban intelligence against me. I can perceive these proceedings because I know they are presented as casual facts. The incidents increased and in the second quarter of last year (2013), the engine of my son´s truck became out of order entering New York and he lost it. Two weeks after this fortuitous accident, the second truck of the Company, which was really in good conditions, had the same problem. Taking into consideration my experiences about personal attacks, it is clear for me that it was sabotage.

I reported about these incidents to Orlando Gutierrez Boronaz, president of the Cuban Democratic Directory who represented me during the first five years of this organization.

Then, Orlando agreed with me and told me he was going to introduce a friend of his from the FBI to me to begin an investigation about the facts.

The encounter with this person occurred at mid-August; 2013.He introduced himself as an important F.B.I officer. Mr. Gutierrez translated the conversation. I explained the incidents that had happened to me and said I was at his service. Next, the officer asked me if I had a job and let me know he wanted to have a private conversation with Mr. Orlando. Their exchange took place at the Parking lot and it was really very long.

A week later, a series of intelligent actions against me started to happen. A person who said to knew me from my former town in Cuba got to my job´s place Tamiami Petrol 12805 SW 137 Avenue when I was going to begin my turn (10 pm). He offered me a very good job "according to my personality", as he said, so he gave me his telephone number. There is a video recording of the person and his car because this is done as a rule at the gas station. I recognized immediately that it was an intelligent action to make me lose my job. Thus, I called Orlando Gutierrez and notified him about the matter. I also told him we had a cue for the F.B.I to discover the possible net of persons behind the individual. I asked Orlando to inform that to the officer of the case. I expressed my disposition to follow the farce if the FBI made the commitment to renew my position. Gutierrez answered with an evasive attitude. He agreed with me but, to my surprise, he persuaded me to belittle the facts.

If someone calls the political police in Cuba to say that a CIA agent approach him, the police reacts in a few minutes. It is an axiom that fits for all intelligences around the world because they all have similar procedures. Then, there is no doubt for me that

something strange is happening. Therefore, something is wrong.

The series of actions against me continues. People get to my job and make me notice their presence as the Cuban political police use to do, to try to frighten me. They enter my car and let the doors open. They provoke breakings in it. They enter in my house, erase documents from my computer and infect it with virus. In September they delayed the service I required from AT&T for three months with different excuses; the main excuse was that they were fixing the lines, which is funny. I wonder if the Cuban intelligence had to do with these measures. I am sure they have, but they are behind other hands.

The punitive actions do not stop. Recently, an individual got to my job and acted to remark his presence like a procedure called "the Japanese guard". He asked me 100 dollars of oil with a card of a person named Enrique Cruz and only used $7.82 (I attached copy of the receipt).I recognized the individual as one of the persons that had acted against me before. On that occasion I saw him in a SUV Mercury 2013 dark orange. It was parked in front of the rear door where nobody goes and he asked me some silly questions (it is not normal that I go out through that door, so someone was watching me). Then, the man stayed at the same place during an hour occupying the bombs without pouring oil in his car. I informed all these events that had been happening to me without any results.

I do not include in this letter the great amount of bad actions that the Cuban counter- intelligence does to me in my country with the intention of nullifying me, keeping me away from my important relationships with other people, etc, because it would be very extensive for you and apart from that it would be out of your reach to solve it.

During the first days of December I called that office to inform about the irregularities that had been happening and they told me that an officer would visit me about it, but he did not come. Last February five, I traveled 30 miles to visit that office to make the denouncements in a more formal way. After few previous steps, I sat to wait for an officer of the department which deals with enemy intelligence activities. Some minutes later, an officer gets out and asks something to the receptionist pointing at me; I could perceive through the glass that he was displeased. Then, the receptionist told me that the officer who takes cares of these cases had to attend an emergency about a robbery in a bank (I considered that answer a way to say he did not want to see me about). The receptionist added that another officer was going to talk to me by phone. I thought that the entire situation was disrespectful to me, so I said I did not want to talk to anybody and went away.

**F-1**.6

It seems that my presence at that F.B.I office is not being pleasant. That situation really worries me because I have always admired that institution that is one of the sureties of the safeguard of this friendly country. United States gave refuge to my songs first and finally to me, after having served 15 years of imprisonment with pride. The Cuban political police promoted so many treacheries and fires from friends against me that I had to abandon my country.

I am facing a huge problem now that I hope you understand. It is that I cannot give up my denouncements because my enemy would not stop his actions against me. I would appreciate if you realize that it is of a crucial need for me .Although the owners of the gas station value my work there; I am worried about a possible new intention to make me lose my job with another face. Or what is more, I am really concerned about the fact that in the same way my song's trucks were destroyed, there could be an electric fire at my daughter's daycare –for example- so that she could lose it.

However, as you and I know that numerous malevolent prefabricated accidents can come about, I declare that I would not accept anything that happens to my family. It would be the responsibility of all the persons implied in the events that I have already mentioned, mainly the Cuban government.

3 archivos adjuntos

F-2.1

 **Francisco Pastor Chaviano González <franciscochaviano@gmail.com**

---

**The 2nd letter of complaint to the FBI in Miami.**
3 mensajes

---

**Francisco Pastor Chaviano González** <franciscochaviano@gmail.com>          19 de enero de 2016, 13:14

Para: Miami@ic.fbi.gov. miami@ic.fbi.gob

Miami, enero 19 del 2016

Oficina del FBI Miami,
Sr. George L. Piro
Special Agent in Charge

Distinguido funcionario:

Como le dije en mi anterior carta, el hecho de que me retrajera a la pasividad no iba a traer ningún resultado, porque estoy en la lista negra de Fidel Castro, un hombre demasiado rencoroso para saciar su odio. Como dosificado, cada cierto tiempo, me ocurre una cosa a mí, luego a un familiar mío como ocurrió con el sabotaje a los camiones de mi hijo, aquí en este país. Ocurren cosas aquí y ocurren cosas allá como presas de una misma voluntad. Ahora le ha tocado a mi hermano Alberto Chaviano, residente en San José de las Lajas, Mayabeque, Cuba; su delito ocuparse de mí cuando estaba en la Prisión Combinado del Este (como prisionero de conciencia declarado por Amnistía Internacional, soy el prisionero de esta categoría que más tiempo cumplió en prisión). Ellos decidieron primero por qué tiempo le enviarían a la cárcel y luego se dieron a la tarea de buscar una justificación para la sanción, pero como mi hermano tenía una trayectoria limpia (cosa que reconocen en la sentencia), pusieron a uno de los Oficiales del G-2 que atendía mi caso cuando estaba en prisión Rodrigo Pablo Sosa, como Director Municipal de la Vivienda, lugar donde labora mi hermano como técnico. Como el Policía Director, no encuentra nada en su ejecutoria como trabajador, entonces echa mano a una solicitud de Antonia Ramírez, su mamá (una anciana de 83 años que vive sola con su hija minusválida y el hijo de esta; y que reciben $5 dólares mensuales de pensión) de ayuda para reparar su vivienda a punto de desplomarse. Dicen que la planilla de solicitud que firma Antonia, la llenó realmente Alberto, que los datos expuestos no se ajustan a la verdad y esa es la Falsificación de Documento Público que ellos toman para sancionarle a tres años (Le envío una guía y copia de la sentencia). Acto seguido se activa el accionar contra mi persona aquí siguiendo el doble juego de aquí y allá.

La citada lista negra de Fidel Castro, que tiene un programa de agresión lesiva contra mi persona y familia, no sé hasta dónde irá, pero es la misma que condenó a muerte a mis compatriotas Oswaldo Paya Sardiñas y Laura Pollán. En mi caso la acción del Patriarca cubano, es una venganza por facilitar que la delegación Norteamericana los humillara en Naciones Unidas, como se consigna en la carta del Jefe del Dpto. América del MINREX cubano, que pude leer en enero de 1995 en mi expediente del G-2.Me dijeron:"vas a pasar un calvario tú y tu familia, y llegado el momento, los que crees tus amigos te traicionarán"Eso, exactamente eso, es lo que está sucediendo pero a unas dimensiones que yo no me podía ni imaginar. Hay elementos para sustentar que desde principios de 1994 se activó esta enorme y poderosísima maquinaria contra mi persona, constituida por el DGI-CI cubano y almeno un colaborador reclutado por estos y que evidentemente es un alto funcionario de los Estados Unidos que controla algún mecanismo de poder en este país. Yo nunca pude entender, por qué el G-2 tenía copia de los documentos que entregué en la hoy Embajada de este país en La Habana. Tampoco del por qué Orlando Gutiérrez quien por entonces era mi representante y se hizo sobre mis hombros y para quien rescaté al compatriota

**F-2**.2

Antúnez, quien languidecía en una prisión abandonado sin que nadie le fuera a visitar, me abandonó al año de estar en prisión, siendo yo el prisionero que tenía su grupo. Al llegar aquí a Miami, pude enterarme de que una foto de un almuerzo con mi hija que estaba de visita en Cuba y a la cual me llevó el G-2, fue la que utilizó como pretexto para abandonarme, que casualidad, la bondad del G-2 allá para llevarme a almorzar a mi casa y la foto de ese almuerzo aquí en las manos del Sr. Orlando para justificarse con todos para abandonarme; evidentemente alguien lo suficientemente poderoso e importante como para que él accediera a semejante traición, le había pedido hacerlo. Esta es la primera prueba que tenemos del vínculo coordinado entre el DGI-CI cubano y las fuerzas de este país controladas por un agente de ellos en posición importante.

Espero que la respuesta no sea accionar para borrar las pruebas, como ocurrió con la carta pasada que enviaron a alguien para borrar el correo de Felipe donde aseguraba que estaba recibiendo presiones de un nivel muy alto para que me abandonara y no continuara apoyándonos. Entraron en mi domicilio y borraron ese correo de las carpetas donde se encontraba, no fue un Jaque por internet quien habría podido borrarlo de las 3 computadoras conectadas a la red, también la borraron del disco y las memorias externas, y eso solo se puede hacer penetrando en la casa físicamente. Peor aún, ahora cuando me activo producto de la acción del G-2 contra mi hermano Alberto Chaviano en Cuba, siguiendo el modus operandi de la acción combinada allá y aquí, penetran de nuevo a la casa y borran la carpeta completa y para hacerse evidente despeluzan el registro exterior, razón que nos llevó a llamar un inspector de AT&T( le envío copia de la solicitud), también borraron los correos de Felipe de dos años en mi correo Gmail, los desaparecieron como si nunca me hubiera escrito, sin embargo dejaron el de Yahoo, aunque le borraron los comprometedores en especial el que menciona al funcionario de las presiones a alto nivel. Posteriormente vuelven a penetrar y esta vez borraron la carpeta completa de las computadoras y del disco exterior (una memoria externa 465 gigas que se mantiene desconectada), y para repetir la acción de hacerse notar con lo de las cajas, desenganchan la caja del registro interior, mostrando que hacen lo que les dé la gana, que están por encima de la ley (le envío foto).

Contra mi persona han realizado innumerables provocaciones que son muy peligrosas, a modo de ejemplo le cuento: "en uno de los operativos que tuvieron lugar en mi trabajo, se me aparecieron en horas de la madrugada dos jóvenes, una muy bella de veintitantos años, la otra evidentemente más joven muy probablemente menor de edad, la primera comenzó un dialogo

zalamero, la segunda más joven solo se reía de forma nerviosa; la bella me pidió que la invitara a una cerveza, insistió y hasta me invitó a acompañarla al Cooler (único lugar fuera de cámaras) para escoger la cerveza que ella quería, era una invitación al sexo, me insistió y yo le dije que no podía ser porque estaba en mi trabajo y las cervezas no eran mía.Salieron, montaron en su auto y le dieron algunas vueltas muy divertidas a la gasolinera". Si yo hubiera accedido, la jovencita nos hubiera acompañado y aunque yo no la mirará, no habría podido probarlo, me acusarían de abuso lascivo y habría parado en la cárcel como un viejo baboso violador de menores. No es un juego de niños, fue una agresión bien peligrosa, y que casualidad, enmarcada en la misma imagen la que el G-2 cubano me ha querido desprestigiar: la de malversador y mujeriego; cosas que no he sido nunca.

Esa y otras muchas las he logrado evadir hasta ahora, pero es una maquinaria muy poderosa prefabricando cosas para hacerle daño a mi persona y familia, por lo que de continuar las cosas como están terminarán destruyéndonos. Por ello le pido pasar el caso a un fiscal para abrir caso he investigar quién está detrás de todo esto, sin lugar a dudas, un alto personaje de la esfera de gobierno, que traiciona a este país y colabora con los servicios cubano.
Atentamente, en espera de que se proceda a investigar el caso.

Francisco Pastor Chaviano González
Residencia oficial 2211 SW 75 Ave. Miami, Fl 33155 (casa de mi hija)Residencia física 6848 SW 38 St, Miami Fl 33155 / Telef: 407 860 9511 Email: franciscochaviano@gmail.com,

Traslation (traduccion)

Miami, january 19, 2016

FBI Headquarters, Miami
Sr. George L. Piro
Special Agent in Charge

Distinguished functionary:

As I told you in my previous letter, the fact that I retract to passivity would not take any positive results. I am at "The black list of Fidel Castro, a man too many spiteful to satiate his anger. From times to time, as if they were measuring out, something happens to me, then to one of my relatives like the sabotage to the trucks of my son, here in this country. Some attacks happen here and others there as captured by the same will. Now it has been the time for my brother Alberto Chaviano, resident of San José de Las Lajas, Mayabeque, Cuba. His crime was to take care of me when I was in "Prision Combinado del Este" (considered prisoner of conscious by Amnesty International; the longest serving prisoner of this category in Cuba). They decided first how long they were going to send my brother to prison and then they began to look for a reason to arrest him. As my brother had a clean record (recognized in the sentence), they sent one of the officers who attended my case in prison, Rodrigo Pablo Sosa as Director at "Municipal Board of Housing", a place where Alberto had a position as a technician. Since the director and officer did not find anything wrong in his work, he took a look at a solicitude made by her mother (an 83 years old lady who lives with her disabled daughter and his young son and has a pension of 5 dollars) asking for support to repair her house that was about to collapse. They say that the application presented by Antonia was filled out by my brother that the details do not match the reality and that is the "Falsification of Public Documents" in which they base the three years of imprisonment sentence against Alberto Chaviano (I enclose the sentence and a comment about it).Then the actions against me here activate to continue with the double game here and there.

I do not know how far the referred "black list" of Fidel Castro that has a program to the detriment my person and my family will go, but it is the same that condemned my compatriots Oswaldo Payá Sardiñas and Laura Pollán. In my case, the action of the Cuban patriarch is a revenge for having facilitated that an American delegation at the UN humbled them, as it is noticed in a letter of the head of the Department of America at MINREX in Cuba that I could read in my G2 file in 1995. By that time they said to me:" You and your family will pass a Calvary and the ones that you think are your friends will betray you "That is what is exactly happening but to a dimensions that I could never imagine. There are elements to sustain that this huge and powerful mechanism against me was activated since the beginnings of 1994by the DCI-Cuban CI and at least one collaborator recruited by them and is evidently a functionary of the United States that controls some kind of power in this country. I could never understand why the G-2 had a copy of the documents that I gave to the today Embassy of this country in Havana. I could neither comprehend why Orlando Gutierrez, who was my representative and raised over my shoulders, to whom I rescue fellow Antunez that was alone at a prison with no visitors taking care of him; abandoned me some time after I was in jail, although I was a prisoner that belong to his group. When I arrived to United States I could know that a photo taken in an occasion that I had a permission to go to a lunch at home with my oldest daughter that was visiting me from this country (two officers of the G2 had to carry me), was the pretext to leave me. What a coincidence the kindness of the G2 to take me home and the photo of that lunch here in the hands of Orlando to find a reason to abandon me! Obviously, someone powerful and important enough to support his treason asked him to do it. This is the first prove that I have about the coordination between the DCI- Cuban CI and the forces of this country controlled by one of their agents in an important position.

**F-2.**4

I hope that the answer will not be to eliminate the evidences like happened with the previous letter sent to someone to remove Felipe's e-mails where he assured he was being pressured by a high level to stop supporting my cause. Someone entered my house and erase that mail from the carpet where it was. It was not a hacker who could have obliterated the data of the 3 computers connected to the net. They erase it also from the external hardware and it can only be done physically. What is worse, when I activate due to the actions of G2 against my brother Alberto Chaviano in Cuba, they continue their combine achievements here and there. They enter my house again; erase the complete carpet and- making clear that they were there-they open the external register for internet unscrambling the cables, reason for which we had to call an ATT inspector (I enclose copy of the request). They also remove all Felipe´s mails of two years from my Gmail. They disappeared, like if he had never written to me. However, they let the yahoo mail although they erase the most important ones, especially the one where he mentions the pressures at a high level. Afterwards they penetrate my home again, this time erasing the whole carpet from the computers and an external drive with 465 gigabytes that is always disconnected and to repeat the action of letting notice they were here, they unscrew the internal box for internet from the wall showing that they do what they please, out of the law.( I enclose a photo too )

There have been a lot of attacks against my person that are really dangerous as the following example: in one of the operations they did, two young women get to my work: one of them very beautiful, was 22 years old, the other one was younger, probably of minor age. The first woman began to flatter, asked me to invite her to drink a beer, and insisted I should accompany her to the "cooler" (the only place without cameras there) for her to choose the beer she wanted. I said I could not go because that was my job and the beers were not mine. The second woman one only giggled. They went out, got on their car and circled the gas station various times very happily. If I had agreed, the minor lady would have followed us. Although I would not look at her I could not prove it, so I could have been accused of abuse and sent to prison. It was not a game; it was a very dangerous aggression which was "by chance" within the same parameters of the image the G2 is trying to form about me to disaccredit my person as a womanizer and embezzler (traits that I have never had).

I have eluded this and some other attacks to the present. However it is a powerful machinery preparing things to damage my person and my family. Therefore, if things continue like that they will definitely destroy us. That is why I ask you to send my case to a fiscal to investigate who is behind these attacks. To my opinion, he/she is likely a high functionary of the government that is betraying this country and collaborating with the Cuban services.

Politely, hoping an investigation about it will be done,

Francisco Pastor Chaviano González
Official residence 2211 SW 75 Ave. Miami, Fl 33155 (my daughter's house)
Physical residence 6848 SW 38 St, Miami Fl 33155 / Telephone: 407 860 9511 Email:
franciscochaviano@gmail.com,
8 archivos adjuntos
Solicitud a At&t por alteracion de instalaciones.bmp 160K
ALBERTO CHAVIANO A PRISIÓN POR SER HERMANO DE UN OPOSITOR.docx 17K
ALBERTO CHAVIANO SENT TO PRISON FOR BEING THE BROTHER OF AN OPPONENT TO THE CUBAN GOVERNMENT.docx 16K
DENUNCIA SOBRE AGRESIÓN DE INTELIGENCIA CUBANA (Copia).docx 39K
Registros de Internet (Interior y exterior) (2).docx 192K
Sentencia # 34 del Tribunal M, contra Alberto Chaviano..docx 20837K

**F-10**

Miami August 2, 2021

From: Francisco P. Chaviano González, citizen by naturalization,
resident at 23565 SW 112 Pl, Homestead, FL 33032 /
Phone: (407) 860 9511 / Email: franciscochaviano@gmail.com

Complaint against the current government of the
United States of America for the Assassination in Degree of
Attempt, executed at the request of the FBI, by the medical
centers Clínica Las Mercedes; Florida Sleep & Neuro Diagnostic
Services Inc. 14394 Commerce Way, Miami Lakes, Fl 33016 /
Med Case SNE Respiratory team service (Tel: 305 863 4277).
As part of the Obama-Castro accords.

Miami-Dade Police Department
South District Station
10800 SW 211 St, Cutler Bay, Fl 33189

Honorable Department Police:

I left my country of origin, Cuba, against my will due to a conspiracy by the governments of President Barack
Obama and the Castro. They signed a sordid agreement for the FBI to collaborate with the Cuban G-2 in its
efforts against the opposition. In this, they clearly propose to displace the old exile. It also includes
aggression, to a greater or lesser degree, against prominent opponents who have emigrated in the past
decade. In this, some specific cases commissioned, such as Dr. Darsi Ferrer, murdered in his West Palm
Beach office and me.
I have been in this country for more than nine years and they have attacked me from day one (And before
that, at the US Embassy in Havana, which Darsi Ferrer also complained about). I have been the object of
numerous attacks in the political and economic order (with numerous evidence to cause me economic losses
and impede any progress in this regard). Also, against my physical life, starting with a vehicular attack that I
have denounced, in the same way using the inoculation of diseases in the Castro way: I have a distortion of
the macula that decimates my sight (There are several cases of opponents in the same situation) and more
recently the maliciously premeditated attempt to bring me into cardiac arrest by programming a respiratory
assistance machine.
I am suffering from somewhat severe sleep apnea, as confirmed by Florida Sleep & Neuro Diagnostic
Services Inc. 14394 Commerce Way, Miami Lakes, Fl 33016. Then the Med Case SNE Respiratory Team
Service (Tel: 305 863 4277), provided me with a programmed machine that was supposed to make it easier
for me to breathe during sleep. But it turned out that every day he woke up tired. I had a second machine
with the same problem and then I found that it stopped at midnight, making it difficult for me to breathe
naturally. I complained about it at Clínica Las Mercedes and they brought me a new machine, but the same
problem continued. As this was repetitive, I became suspicious of the machines. For that reason, I decided to
use them alternately and I found that the day I used the machine I woke up more tired and sleepy than when
I was not using it. I finally stopped using it for a few months.
If we also consider what the scholars on the subject say, "The effects of sleep apnea: the most common
complications according to the Spanish Sleep Society are the worsening of memory, attention or behavior, as
well as the appearance of heart disease ischemic, stroke, hypertension and the appearance of some types of
tumors."
That in Cuba doctors lend themselves to whatever the G-2 asks of them is not surprising, but that this is also
happening here is a cause for fright. For this reason, at my age of 68 when doctors are most needed, I will
have to do without them. And it is that the doubt assails me whether I am in front of the doctor who is going
to cure me or the executioner who will assassinate me. My fault for such punishment: Delivering the US a
document that served to mock Fidel Castro, 1st in the UN and then in his face in the European Parliaments.

Francisco P. Chaviano González
Former prisoner of conscience who served the longest in Cuban prisons.

**F-10**

Miami August 2, 2021

De: Francisco P. Chaviano González, ciudadano por naturalización, residente en 23565 SW 112 Pl, Homestead, FL 33032 / Telef: (407) 860 9511 / Email: franciscochaviano@gmail.com

Denuncia contra el actual gobierno de los Estados Unidos de América por el Asesinato en Grado de Tentativa, ejecutado a instancias del FBI, por los centros médicos Clínica Las Mercedes, Florida Sleep & Neuro Diagnostic Services Inc. 14394 Commerce Way, Miami Lakes, Fl 33016 / Servicio de equipo Med Case SNE Respiratory (Telf: 305 863 4277). Como parte de los acuerdos Obama-Castro.

Miami-Dade Police Department
South District Station
10800 SW 211 St, Cutler Bay, Fl 33189

Honorable Department Police:

Salí de mi país de origen, Cuba, contra mi voluntad por una conjura de los gobiernos del presidente Barak Obama y los Castro. Estos firmaron un sórdido acuerdo para que el FBI le colaborara al G-2 cubano en su empeño contra la oposición. En este, se proponen como es evidente desplazar al viejo exilio. Incluye, además, la agresión en mayor o menor grado lesiva, contra los opositores destacados que hemos emigrado en el entorno de la última década. En esta algunos casos puntuales encomendados, como el Dr. Darsi Ferrer, asesinado en su oficina de West Palm Beach y yo.

Llevo algo más de nueve años en este país y me están agrediendo desde el primer día (Y antes, en la Embajada de EE.UU en la Habana, de-lo cual se quejaba también Darsi Ferrer). He sido objeto de numerosas agresiones en el orden político, económico (empeño con numerosas evidencias de ocasionarme pérdidas económicas e impedirme cualquier progreso en tal sentido). También contra mi vida física, comenzando por un atentado vehicular que he denunciado, de igual forma utilizando la inoculación de enfermedades a la usanza Castro: Tengo una distorsión de la mácula que diezma mi vista (Hay varios casos de opositores en la misma situación) y más recientemente el intento premeditado con alevosía de provocarme un paro cardiaco, programando para ello una máquina de asistencia respiratoria.

Estoy padeciendo de apnea del sueño algo severa, según corroboró la Empresa Florida Sleep & Neuro Diagnostic Services Inc. 14394 Commerce Way, Miami Lakes, Fl 33016. Luego el Servicio de equipo Med Case SNE Respiratory (Telf: 305 863 4277), me suministró una máquina programada que se suponía me facilitara la respiración durante el sueño. Pero resultó que cada día despertaba cansado. Tuve una segunda máquina con el mismo problema y luego descubrí que se paraba a medianoche pasando a entorpecerme la respiración natural. Me quejé por ello en Clínica Las Mercedes y me trajeron una máquina nueva, pero continuó el mismo problema. Como este resultaba reiterativo, comencé a sospechar de las máquinas. Por ese motivo decidí usarlas alternativamente y comprobé que el día que usaba la máquina amanecía más cansado y soñoliento, que cuando no la usaba. Finalmente dejé de emplearla desde hace algunos meses. Si además tenemos en cuenta lo que dicen los estudiosos del tema: **Los efectos de la apnea del sueño:** las complicaciones más comunes según la Sociedad Española de Sueño son **el empeoramiento de la memoria, la atención o el comportamiento**, así como la aparición de cardiopatía isquémica, **ictus,** hipertensión y la aparición de algunos tipos de tumores.

Que en Cuba los médicos se presten para lo que les pida el G-2 es cosa que no sorprende, pero que eso también esté ocurriendo aquí es motivo de espanto. Por esta razón, a mi edad de 68 años cuando más se necesita de los médicos, tendré que prescindir de ellos. Y es que me asalta la duda de si estoy delante del médico que me va a curar o del verdugo que me asesinará. Mi culpa para tales castigo: Entregar a los EE.UU un documento que sirvió para burlarse de Fidel Castro, 1ro en la ONU y luego en su cara en los Parlamentos Europeos.

Francisco P. Chaviano González
Exprisionero de conciencia que más años cumplió en las prisiones cubanas.