AO 239 (01/09) Application Lo Proceed in District Court Without Prepaying Fees or Costs (Lon11 Form)

# UNITED STATES DISTRICT COURT
for the

_Mr. Francisco Pastor Chaviano González_ )
Plaintiff/Petitioner )
v. )
_Mr. William J. Clinton / Mr. Barack H. Obama II_ ) Civil Action No,
Defendant/Respondent )

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _[signature]_

**Instruction**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "O," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number,

March 14/ 2022

I. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise,

| Income source<br><br>March 2021 to<br>February 2022 | Average monthly Income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $631.79 | $1,762.94 | $ — | $2,100.00 |
| Self-employment<br>(given for loss) Books in Free Pen | -$75.08 | -$113.75 | $ — | $ — |
| Income from **real** property *(such as rental Income)* | (N/A) | (N/A) | — | — |
| Interest and dividends | $ (N/A) | $ (N/A) | $ — | $ — |
| Gifts | $83.33 | $83.33 | $83.33 | $83.33 |
| Alimony | $ (N/A) | $ (N/A) | $ (N/A) | $ (N/A) |
| Child support | $ (N/A) | $ (N/A) | $ (N/A) | $ (N/A) |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, Insurance)* | $ (N/A) | $ (N/A) | $ — | $ (N/A) |
| Disability *(such a.r .roe/a/ security, Insurance payments)* | $ 0.00 | $ (N/A) | $ — | $ (N/A) |
| Unemployment payments | $391.66 | $0.00 | $ — | $ (N/A) |
| Public-assistance *(such as welfare)* | $42.83 | $0.OO | $ — | $ (N/A) |
| Other *(specify):* | $ (N/A) | $ (N/A) | $ (N/A) | $ (N/A) |
| **Total monthly Income:** | $1,074.53 | $1,732.52 | $83.33 | $2,183.33 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Clinica Las Mercedes | 900 Park Centre Blvd, Miami Gardens, FL 33169 | January 16/2019 | $2,157.53 |
| | | | $2,157.53 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Kidsville Learning Center | 9526 SW 137 Ave, Miami, Florida 33187 | August 18/2018 | $2,697.60 |
| | | (Note: 9 months a year) | $ |
| | | | $2,697.60 |

4. How much cash do you and your spouse have? $ 67.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase | Savings (Ana) | $0.00 | $10,842.78 |
| Chase | Checking | $0.00 | $959.83 |
| Chase | Business | $0.00 | $83.87 |
| Trust investing | (given up for lost) | $0.00 | $3,000.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (01/09) Application to Proceed in District Court Without Prepaying fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Asset9 owned by you or your spouse | |
|---|---|
| Home *(Value)* | $(N/A) |
| Other real estate *(Value)* | $(N/A) |
| Motor vehicle #J *(Value)* | $(N/A) |
| Make and year: Chevrolet /2019 | Property of TD AUTOFINANCE |
| Model: Cruze | |
| Registration #: NCEZ47 | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: NISSAN 2015 | Property of TD AUTOFINANCE |
| Model: ALTIMA | |
| Registration #: DJRX-18 | |
| Other assets *(Value)* ------------------------- (N/A) | $ |
| Other assets *(Value)* ------------------------- (N/A) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Biden Government (Damage to the economy) | $600,000.00 | $600,000.00 |
| Biden Government (I hurt my son Joel) | $1,000,000.00 | $ (N/A) |
| Idolaida Londeffer director of Las Mercedes Clinic in Miami Garden (Physical and economic damage and complicity in murder) | $1,000,000.00 | (N/A) |
| Med•Care Infusion Services,Inc Rental Equipment Phone: (786) 801 6957 (assassination execution) | $1,000,000.00 | (N/A) |
| Biden Government (For the damage that Obama-Castro has done to us, both physically and mentally annihilating our lives) | $5,000,000.00 | $5,000,000.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| (N/A) | (N/A) | (N/A) |

AO 239 (01/09) Application to Proceed in District Court Without **Prepaying Fees** or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented/or mobile home)* <br> Are real estate taxes included? (X) Yes ( ) No <br> Is property insurance included? (X) Yes ( ) No | $450.00 | $450.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $60.00 | $60.00 |
| Home maintenance *(repairs and upkeep)* | $30.00 | $30.00 |
| Food | $424.50 | $424.5 |
| Clothing | $50.00 | $50.00 |
| Laundry and dry-cleaning | $30.00 | $30.00 |
| Medical and dental expenses | $0.00 | $0.00 |
| Transportation *(not Including motor vehicle payments)* | $230.00 | $305.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $70.00 | $50.00 |
| Insurance *(not deducted from wages or Included in mortgage payments)* |  |  |
|     Home owner's or | $ (N/A) | $ (N/A) |
|     renter's:Life: | $- No | $ - No |
|     Health: | $0.00 | $200.00 |
|     Motor vehicle: | $150.00 | $150.00 |
|     Other: | $(N/A) | $(N/A) |
| Taxes *(not deducted from wages or Included in mortgage payments) (specify):* | $ (N/A) | $ (N/A) |
| Installment paytnents |  |  |
|     Motor vehicle: | $254.35 | $304.25 |
|     Credit card *(name):* | $0.00 | $300.00 |
|     Department store *(name):* | $0.00 | $80.00 |
|     Other: | $0.00 | $0.00 |
| Alimony, maintenance, and support paid to others | $0.00 | $0.00 |

AO 239 (01/09) Application to you expect any major changes to your Proceed in District

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | week from home, oh no, $30.00 | $65.00 |
|---|---|---|
| Other *(specify)*: | $ No | $ No |
| Total monthly expenses: | $1,778.85    0.00 | $2,498.75    0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ( ) Yes (x) No If yes, describe on an attached sheet.

   When I worked, I earned about $2,275.00 a month net, which, as you can see, is approximately what we need to cover our expenses. As much as we tighten our belts, we will not be able to bring the deficit below $1,500.00. If we take into account that there are nine months left in the year, it would add a deficit of $13,500.00. But since my wife is a teacher, there are three months that she does not work for vacations 2½ between June and August and another ½ in December, which would add another $6,600.00 to the deficit, for a total of $20,100.00, almost double what she has left in his account. So I need to work yes or yes, but the FBI is present in its destructive action against me: they want the job for me to be bad, less paid, to be at their mercy and with people willing to collaborate. They found me a job as a Copywriter where I could get about $1,000 a week from home, oh no, not that one! I was working on another with UNITED WEALTH EDUCATION company from home, and they sabotaged me using Indeed. I am 69 years old, I have increasing vision loss, I have a serious heart condition. What do I do?

10. Have you paid- or will you be paying- an attorney any money for services in connection with this case, including the completion of this form? ( ) Yes (x) No

    If yes, how much? $_____

    If yes, state the attorney's name, address, and telephone number

    Note: I would have no objection if it were deducted from the just compensation for the damages.

11. Have you paid - or will you be paying - anyone other than an attorney *(such ar a paralegal ar a typist)* any money for services in connection with this case, including the completion of this form?    ( ) Yes   (x) No

    If yes, how much? $ ,--------

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    As I explained in (9.) I am out of a job and the FBI is making it difficult for me to get a suitable one. If this is not achieved, we will have a deficit of $20,000.00 to guarantee urgent needs.

13. Identify the city and state of your legal residence.
:
    My legal residence is in 23565 SW 112 Pl, Homestead, FL 33032

    But 4 months ago I live in a poster located in 15149 SW 173 Terrace, Miami, FL 33187,

    I have had difficulties making the change through the Internet application

    Your daytime phone number: (407) 860 9511

    Your age: 69 years____    Yyounyyearsof schooling: University (Mathematics Professor)

    Last four digits your social-security number: 5129