UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20887-CV-WILLIAMS

FRANCISCO PASTOR
CHAVIANO GONZALEZ,

    Plaintiff,

v.

WILLIAM JEFFERSON
CLINTON, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report, which recommends that the Court dismiss this action with prejudice (DE 9) ("***Report***"). Specifically, Judge McAliley recommends that the Court dismiss the Complaint because it contains frivolous allegations that fail to state a claim for which relief can be granted. (*Id.* at 3–5.) Additionally, Judge McAliley finds that amendment would be futile because Plaintiff's suit is barred by Defendants', President William J. Clinton and President Barack H. Obama, absolute immunity. (*Id.* at 5–6.) Objections to the Report were due on or before December 21, 2022. (*Id.* at 6.) Plaintiff filed a "reply" to the Report on January 6, 2023 (DE 10) ("***Reply***").[1]

---

[1] To the extent that Plaintiff's Reply is intended to serve as objections to the Report, the objections are untimely. Additionally, the Reply improperly rehashes the allegations set forth in the Complaint rather than specifically identifying the portions of Judge McAliley's proposed findings and recommendation to which Plaintiff is objecting and the specific basis for objection. Accordingly, the Court "need only review the magistrate judge's report for clear error." *Santiago v. Univ. of Miami*, 2021 WL 1165441, at *1 (S.D. Fla. Mar. 26, 2021) (citation omitted); *Gustave v. SBE ENT Holdings, LLC*, 2022 WL 4096656, at *8

Upon an independent review of the Report, the record, and applicable case law, the Court agrees with Judge McAliley's well-reasoned analysis and conclusion that the Complaint be dismissed with prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 9) is **AFFIRMED AND ADOPTED**.

2. The Complaint (DE 1) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of April, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

(S.D. Fla. Aug. 29, 2022) ("Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report."); *Marlite, Inc. v. Eckenrod*, 2012 WL 3614212, at *2 (S.D. Fla. Aug. 21, 2012) ("It is improper for an objecting party to . . . submit [ ] papers to a district court which are nothing more than a rehashing of the same arguments and positions taken in the original papers submitted to the Magistrate Judge.") (citation omitted).